# Notice Recipients

District/Off: 0207−8          User: admin                    Date Created: 8/13/2025
Case: 8−25−73095−ast        Form ID: 309F1                 Total: 381

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
10553181    Case No. 25−73095

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Broadband Telecom, Inc.        100 Quentin Roosevelt Blvd      Suite 503      Garden City, NY 11530 |
| aty | Tracy L Klestadt      Klestadt Winters Jureller      Southard & Stevens, LLP      200 West 41st Street      17th Floor      New York, NY 10036−7203 |
| smg | United States of America      Secretary of the Treasury      15th Street & Pennsylvania Ave. NW      Washington, DC 20220 |
| smg | NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12201 |
| smg | NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205 |
| smg | Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101−7346 |
| smg | United States Trustee      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza      Central Islip, NY 11722−4437 |
| 10553182 | 1−TO−ALL Co LTD      359, 361, 363 Prachautis Road Huaykwang      Bangkok, Thailand 10310 |
| 10553183 | 42 Telecom Limited      Level 1 303 Business Center Territorials      Mriehel, BKR 3000, Malta |
| 10553184 | 6Gtech Systems      1445 Woodmont Lane NW, No. 1683      Atlanta, GA 30318 |
| 10553185 | 6R UK LTD.      Stratford Workshops, Unit 333, Burford R      Stratford      London, England E152S9 |
| 10553186 | 9bits Technologies Limited      1b Etim Inyang Crescent      Victoria Island      Lagos, Nigeria |
| 10553187 | A7−VoipSolutions S.R.O.      Eliova 922/21, Bubenec, 160 00 Praha 6      Czech Republic |
| 10553188 | ACAcell      Al Zaghloul Building, Block B, 3rd Floor      Rabih Street      Beirut, Lebanon |
| 10553191 | ADA DATA AI SOLUTION PTE. LTD.      112 Robinson Road, No. 10−01      Singapore 068902 |
| 10553192 | ADC SRL      Galleria Unione 1 20122      Milano, Italy      Aertel 57, Stroud Green Road      London, England N43EG      United Kingdom |
| 10553553 | ADP, Inc.      10200 Sunset Drive      Miami, FL 33173 |
| 10553193 | AGILE TELECOM S.P.A      Via Baldassarre Peruzzi 26, 41012      Carpi (MO) – Italy |
| 10553194 | AKA Management Inc      1712 Pioneer Avenue, No. 234      Cheyenne, WY 82001 |
| 10553195 | AKTON d.o.o      Dunajska cesta 9,      1000 Ljubljana, Slovenia |
| 10553196 | ALBTELECOM Sh.a.      Autostrada Tirane –Durres Km 7      Tirane, Albania |
| 10553200 | ALTTECO INC.      400 Cure–Labelle, Suite 414      Laval, Canada H7V2S7 |
| 10553201 | AMD Telecom      Baarerstrasse 110B      6302 Zug, Switzerland |
| 10553189 | AceMount Media LTD      Lefkou Anatasiadi 8      Stovolos, Nicosia 2012, Cyprus |
| 10553190 | Acorn Telecommunications LLC      910 Foulk Road, Suite 201      New Castle Country      Wilmington, DE 19803 |
| 10553554 | Alarislabs LLC      68 Circular Road No. 02−01      Singapore 049422 |
| 10553197 | Alfavista S.A      Rincn 610, Oficina 410      Montevideo, Urugay 11000 |
| 10553198 | AlkaIP Telecom LLC      2200N Commerce Parkway, Suite 200      Weston, FL 33326 |
| 10553199 | All IP d.o.o      Tosin bunar 274v/3      Belgade, Serbia      11000 VAT: SR107939177 |
| 10553202 | Amedul S.A.      Colonia 810, Office 403      Montevideo, Uruguay |
| 10553203 | American Samoa Telecommunications Authority      ASCTA Administration Building, Agatogo R      Pago Pago, American Samoa 96799 |
| 10553534 | Anuj Rajan Joshi      73 Hainault Road      Romford      Essex, England RM5 3AD |
| 10553204 | Anymessage GmbH      Moislinger Allee 9d      23558 Luebeck, Germany |
| 10553535 | Ashay N      161 Roehampton Avenue, Unit No 2806      Toronto, Ontario M4P 078      Canada |
| 10553205 | Aviso Messaging Ltd      1, Park Road, Hampton Wick      Kingston upon Thames      Surrey, England KT1 4AS      United Kingdom |
| 10553208 | BAWAY LLC      801 Brickell Avenue, Suite 900      Miami, FL 33131 |
| 10553209 | BAWAY MIDDLE EAST LTD      301, Indigo Icon Tower, Cluster F – Jume      P. O. Box No. 460992      Dubai, United Arab Emirates |
| 10552552 | BBT Voice Private Limited      20/F Champion Building,      287–291 Des Voeux Road Central      Sheung Wan, Hong Kong |
| 10553339 | BITEH LLC      Sham Business Center, Sharjah Media City      P.O. Box 515000      Sharjah, United Aarab Emirates |
| 10553221 | BOTA–SAT TECHNOLOGIES LTD      15 Green Park Estate      Oko–Oba Agege      Lagos Nigeria |
| 10553225 | BRM Telecom LLC      7014 13th Avenue, Suite 202      Brooklyn, NY 11228 |
| 10553551 | Ballard Spahr LLP      1675 Broadway, 19th Floor      New York, NY 10019−5820 |
| 10553206 | Bankai International Pvt. Ltd.      Mohabeer Mungur Street, Trustlink House      Floreal, Mauritius |
| 10553207 | Bantilcor S.A      Plaza Independencia 822, Apt. 13      Montevideo, Uruguay |
| 10553212 | BeMobile LTD      8 Baratashvili str, lll Floor      Georgia |
| 10553211 | Beijing Yulore Hutong Information Technology Limit      4/F, Building 14, Chaolai High Tech Park      Chuangyuan Road, Chaoyang District      Beijing 100012, China |
| 10553213 | Beso General Corporation      125/9th evenu Mayfair      Johannesburg, South Africa |
| 10553214 | Best voice INC      3622 Par Drive      San Luis Obispo, CA 93401 |
| 10553215 | Bestshare Internet Media Limited      45–51 Chatham Road South      Chevalier House, Room 803      Tsim Sha Tsui      Kowloon, Hong Kong |
| 10553216 | Beta Telecommunication LLC      Sheikh Zayed Road      Al Saqr Business Tower, Office No. 804      Dubai, United Arab Emirates |
| 10553217 | Blicnet d.o.o.      Vuka Karadzica 2 78000 Banja Luka      Bosnia and Herzegovina |

| ID | Name | Address |
|---|---|---|
| 10553218 | Bluebrox International INC | 16192 Coastal Highway       Lewes, Delaware 19958 |
| 10553219 | Bonium Network Technologies Ltd. | Landmark North, Room 2113, Level 21       39 Lung Sum Avenue       Sheung Shui, New Territories       Hong Kong |
| 10553220 | Borderless Hub | Jurong East Hall       IHUB, Singapore |
| 10553222 | Brama Tel SRL | 1st District, 49 AV. Petre Cretu Street       Body C1, Loft, Office No. 2, Section 1       Bucharest, Romania |
| 10553224 | Bridgeworld Enterprises L.L.C–FZ | Business Center 1, M Floor       The Meydan Hotel       Nad Al Sheba       Dubai, United Arab Emirates |
| 10553232 | CELCOM S.A. | General Holley 133       Providencia       Santiago, Chile |
| 10553244 | CITIC Telecom International Limited | 93 Kwai Fuk Road, CITIC Telecom Tower       25/F       Kwai Chung, Hong Kong |
| 10553247 | CM Telecom Hong Kong Limited | 18 Harbour Road       3806 Central Plaza       Wanchai, Hong Kong |
| 10553252 | CPEC Tech Ltd | 499– 501 High Road       Chapel Green Apartments       Woodford Green       London, United Kingdom |
| 10553235 | Call Global Systems Pvt Ltd | 15th East View       1/15 Tilak Nagar       New Delhi, India |
| 10553226 | CallCaribe Inc. | 6625 Miami Lakes Drive, Suite 212       Miami Lakes, FL 33014 |
| 10553227 | Callsy Network LLC. | 2055 Limestone Road, Suite 200–C       Wilmington, DE 19808 |
| 10553228 | Cannatatech | Via Bixio       Modena, Italy |
| 10553229 | Capital City Service LTD | Croxley Business Park, Building 2, 1st F       Watford, Hertfordshire WD188YA       United Kingdom |
| 10553230 | Carrier One Telecom (N.B.) Inc. | 2133 Denforth Avenue, Suite 312       Toronto, Ontario M4C1K2 |
| 10553231 | Cascada Telecom | New York |
| 10553233 | Celestatel LTD | Athalassas,169, Strovolos, 2025       Nicosia, Cyprus |
| 10553234 | Cenbong Int'l Holdings Limited | Baoneng Science Park, Baohui Building, B       13th Floor, Room LM       Longhua District Shenzhen       Guagdong, China |
| 10553236 | Chat Link LLC | Kocatepe Mah. Sehit Muhtar Bey Cad. Sait       Apartmani No. 18, IC Kapi No. 3       Beyoglu/Istanbul, Turkey |
| 10553237 | Check Technology Group Pty Ltd | 58 – 62 Water Street, Suite 126       Toowoomba       Queensland, Australia 4350 |
| 10553238 | China Mobile International LTD | Kowloon Commerce Centre, Tower 1       Level 30, No. 51       Kwai Cheong Road       Kwai Chung, N.T., Hong Kong |
| 10553239 | China SkylineTelecom Co.,Ltd | 130–132 Des Voeus Road       12/F Tai Sang Bank Building       Room No. 1205       Central, Hong Kong |
| 10553240 | China Unicom (Europe) Operations Limited | 25 Canada Square, Canary Wharf       Level 35       London E15 5LQ       United Kingdom |
| 10553241 | China Unicom (Singapore) Operations PTE. LTD | 8 Temasek Boulevard, Suntec Tower 3       No. 39–03       Singapore 038988 |
| 10553242 | Choice Technologies (FZC) | Sheikh Zayed Road, City Towers 2       Suite 1801       Dubai 93915 |
| 10553243 | Cibeles Telecom S.A | Avenida del Valle 928, Suite 504       Huechuraba       Santiago, Chile |
| 10553245 | Clarity Networks | 159 Musgrave Road Red Hill, Level 1       Brisbane 4059       Queensland, Australia |
| 10553246 | Cloudcom Consultancy DWC–LLC | DLC–BC–A3–Dubai South       Dubai, United Arab Emirates |
| 10553546 | Cogent Communication UK Limited | Halo, 5th Floor       Counterslip, Bristol BS1 6AJ |
| 10553544 | Cogent Communications USA | P.O. Box 791087       Baltimore, MD 21279–1087 |
| 10553249 | Compaa Paraguaya de Comunicaciones S.A. | Gral Bruguez y Teodoro S Mongelo       1er Piso       Asuncion, Paraguay |
| 10553250 | Core Telecom Limited | 48 Bradford Road, Mazhar House       Stanningley       Yorkshire, United Kingdom |
| 10553251 | Cornwall Telecom Limited | 338 Hennessy Road       11/F CNT Tower, Unit F       Wan Chai, Hong Kong |
| 10553253 | Creative Global Networks Pte Ltd | 2 Kallang Avenue, No. 07–31       CT Hub       Singapore 339407 |
| 10553254 | Customer Connect Nig. Ltd | 18 Presidential Road       Enugu       Lagos, Nigeria |
| 10553539 | DR Silva Consultoria | Rua Centralina 1028, Apt 202       Brazil |
| 10553255 | Data Access Solutions Inc. | 15 Wertheim Court, Unit 107       Richmond Hill       Ontario, Canada L4B3H7 |
| 10553256 | DataBlazers inc | Madrigal Business Park       Richville Corporate Tower, Unit 701       Ayala Alabang, Muntinlupa City       Phillippines |
| 10553257 | Dawn Global Services Limited | SM–office–E1–1619C       Ajman FTZ       United Arab Emirates |
| 10553258 | Dertel Limited | Namanga Road       Kitengela       Nairobi, Kenya |
| 10553259 | Dexter Algorithms | 152–160 City Road       Kemp House       London, England EC1V 2NX       United Kingdom |
| 10553260 | Dial Tel PTE.LTD | 2 Kallang Avenue, No. 07–31       CT HUB Singapore 339407 |
| 10553261 | Dial World Communications LLC | 30591 Longhorn Drive       Canyon Lake, CA 92587 |
| 10553262 | Dialog Axiata PLC. | No. 475, Union Place, Colombo 2       Western Province       Sri Lanka 00940 |
| 10553265 | DigiVoxx | 39 The Metro Centre, Tolpits Lane       Watford       Hertfordshire, England WD18 9SB       United Kingdom |
| 10553264 | Digital World Communications–FZCO | Dubai Silicon Oasis, Dubai Digital Park       IFZA Dubai–Building A1, Unit Number– 001       Dubai, United Arab Emirates |
| 10553266 | DireQ SRL | Tangenziale Bruno Losi 12–41012       Carpi (MO) Italy |
| 10553267 | Divescom Sp.Z O.O. | Melgiewska 74/208 20–234       Lublin, Poland |
| 10553268 | Dobra Telecom | 20–22 Wenlock Road       London, England N17GU       United Kingdom |
| 10553269 | Dott Telecom OU | Tartu mnt 83–206, Tallin City       Harju County, 10115 Estonia |
| 10553270 | Dream Digital Sarlu | 03 Bismark Street, No.3 Gombe       Township Kinshasa       Democratic Republic of Congo 00794 |
| 10553271 | Dreamline Co, Ltd. | DreamMark1 D/C.31–GIL 61 Digital–ro       Guro–gu       Seoul 08375 Korea |
| 10553272 | ECO Networks SIA | Jaunmoku 34, Riga LV–1046       Latvia 1046 |
| 10553273 | EDCH FZE | P.O. Box 17500       Dubai, United Arab Emirates |
| 10553278 | ETI Telecom Inc | 40 S Lemon Avenue, No. 9127       Walnut, CA 91789 |

10553274   Edge Opti Tech LTD.        Kaufmann Yeheskiel 2        Jaffa        Tel Aviv, Israel 6801294
10553275   Elfo SDN.BHD.        C–5–1, Megan Avenue 2        12 Jalan Yap Kwan Seng, 50450        Kuala Lumpur, Malaysia
10553277   Entermark Distribution Inc.        64 Fishleigh Drive        Toronto        Ontario, Canada M1N 1H5
10553279   Eton International Inc        11100 Valley Boulevard, Suite 202        El Monte, CA 91731
10553280   Europeer Limited        18 Harcourt Road, Admiralty Centre        Tower 1        15th Floor, Office 61, Suite 1503        Hong Kong
10553282   Fastipcalls LLC        8233 Harding Avenue        Miami Beach, FL 33141
10553283   Fiber Consultants LLC        3800 Inverary Boulevard, Suite 308B        Lauderhill, FL 33319
10553284   Fiberpipe Communications P Ltd        One World West (Near Vakil Saheb Bridge)        12th Floor, No. 1217        Ambli T Junction, Bopal        Ahmedabad, Gujarat 380052        India
10553285   Fibrenet International LLC        222 Woodfield Road        West Hempstead, NY 11552
10553548   Fidelity Funding Services, LLC        19600 Fairchild Road, Suite 120        Irvine, CA 92612
10553286   Five Star Wholesale, LLC        4120 Cleveland Street        Skokie, IL 60076
10553287   Flames Group FZE        Business Center, Al Shmookh Building,        UAQ Free Trade Zone        Umm Al Quwain, United Arab Emirates
10553288   Flysmaek S.EN.C        343 Notre Dame Est Thetford Mines        G6G2S5 QC–Canada
10553289   G5 Telekom Telekomimikasyon Limited Sirketi        Mah. Kinalizade Sok. No. 4/3        Akemsettin 34080        Fatih/Istanbul, Turkey
10553290   G729 s.l.        C/ Cibeles 16 las Ventas de Retamosa        Toledo 45183, Spain
10553295   GLM Telecom SRL        via V Monti 2 20123        Milano, Italy 20123
10553291   Genius Communications LLC        1011 S Hardwood Street, Apt 543        75021 Dallas, TX
10553292   Genza        rue de lausanne 37 101        geneva geneva
10553293   Gestiones Tecnicas Kasta Costasol S. L.        Urb. Soleuropa Golf. 76        Marbella, Spain 29602
10553296   Global Voice SRL        Almaj. Nr. 41        Dolj. 207010, Romania
10553297   GlobalSysConnect, LLC        1839 Ygnacio Valley Road        No. 162, Walnut Creek
10553298   GlobalTele Technology        Ortigas Center        LG30 Megaplaza, ADB Ave & Garnet Road        Pasig, Philippines 1605
10553299   Go2Tel        13800 Coppermine Road, Suite 224        Herndon, VA 20171
10553300   Go4Mobility, Tecnologia e Servicos para a Mobilida        Rua Fradesso da Silveira, No.4 3B        Lisbon, Portugal        VAT : 507433572 1300609
10553301   GoGoSim Inc.        800 5th Avenue, Suite        Seattle, WA 98104
10553302   Green Packet Global Pte Ltd        220 Orchard Road        No. 05–01        Midpoint Orchard, Singapore 238852
10553303   Green Voice Telecom        Calle Primera 21, Este 1151        Santo Domingo, Dominican Republic
10553304   GreenSatellite–Unipessoal LDA        Avenida Manuel Violas        n 476 Sao Felix da Marinha,4410–137        Vila Nova de Gaia, Portugal
10553305   Grifinum s.r.o.        Zenklova 1545/39, Praha, 180 00        Czech Republic
10553307   Hablame Colombia SA ESP        Carrera 47 No. 96–41, Office No. 501        Bogota, Colombia
10553308   Harisma Communications Limited        153 The Parade High Street        The Old Bank Rego Offices, Office 323        Watford, Hertfordshire        England, United Kingdom WD17 1NA
10553309   Hayo Telecom, Inc.        104 W 40th Street, 5th Floor        New York, NY 10018
10553310   Hefei Gaishe Trading Co.,Ltd.        Xiaowei, Xingzheng County        Weilin Zhen, Chaohu City        Hefei Anhui Province, China
10553311   Hellenic Telecommunications Organization S.A.        99 Kifissias Avenue        Maroussi 151 24        Athens, Greece
10553312   Hicell Telecommunication LTD        Palliser Road, Palliser House, 2nd Floor        London, England        United Kingdom
10553360   Honora Tanzania Public Limited Company        PSSSF Commercial Complex, House No. 24        Sam Nujoma Road        Sinza C– Street        Dar–es–Salaam, Tanzania 16102
10553314   ICS International Carrier Services Inc        463 Bud Gregory Boulevard        Mississauga, Ontario L4Z 2K5        Canada
10553313   IConnect Limited        MBAM0498 Service Block        Al Jazirah, Al Hamra Industrial Zone–FZ        P.O. Box 377310        Ras Ui Khaimah, United Arab Emirates
10553315   IG PLUS Sdn Bhd        Vogue Suit One, Level 31, Suite B–31–05        KL Eco City        59200 Kuala Lumpur, Malaysia
10553316   IGlobe Telecom Networks PTE Limited        23 Church Street        No. 07–00 Capital Square        Singapore 049481
10553317   IMLINK LIMITED        411 Oxford Street, Office 1.01        London, England WlC 2PE
10553319   INFO–Telecom Shpk        Faik Konica Street, No.1        In front of Faculty of Economics        Tirana Albania
10553328   IP Carrier Telecom Do Brasil LTDA        Av. Joquei Clube, 299 SL 1101        Teresina PI 64049, Brazil
10553327   IP Route        6 rue d'Armaille        75017 Paris, France
10553329   IPLAN International Business INC        1209 Orange Street        Wilmington, DE 19801
10553331   IT–Decision Telecom OU        Tornimae tn 5        Tallin City        Harju Country, 10145 Estonia
10553318   In Mobile Marketing Solutions PTY LTD        39 Carl Cronje Drive        Willowbridge Centre, 1st Floor        Tyger Valley        Western Cape, South Africa 7530
10553320   Infobip        35–38 New Bridge Street, 5th Floor        London, England EC4V 6BW        United Kingdom
10553321   Innovartz IT Services PVT LTD (Digi3)        420, Ratna High Street, 4th Floor        Naranpura Char Rasta, Ahmedabad        Gujarat, 380013 India
10553322   Innovatio SRLs        Via Roma 67        00071 Pomezia, Italy
10553323   Integral Worldwide Limited        Mulberry Grove        Wokingham        Berkshire, England RG40 9NN        United Kingdom
10553324   Intergo Telecom Ltd        Tepeleniou 17 Flat/Office 102–103        Paphos, Cyprus 8010
10553325   Intermatica SPA        Via G. Montello, 30        Rome, Italy 00195
10553326   Intermetro        2685 Park Center Drive        Building A        Simi Valley, CA 93065
10553330   Italk Advanced Communications SL        Calle Cernicalo 5        Corralejo, LP Spain 35660
10553333   JDV Telecom        186 Ashleigh Walk Parkway

| | | | |
|---|---|---|---|
| 10553498 | JSC 'Ukrtelecom' (Ukrtelecom JSC) | 18 Boulevard T. Shevchenko | Kiev, Ukraine 01601 |
| 10553332 | JavnaInternational FZC | Free Trade Zone | Ras Al Khaimah, United Arab Emirates |
| 10553552 | Jeffrey Management Corp | 7 Penn Plaza – 11th Floor | New York, NY 10001 |
| 10553334 | Jiaxing Optimal IT Co,Ltd | No. 36 South Changsheng Road, Building 1 | Economic and Technological Development Z | Jiaxing City | Zhejiang Province, China |
| 10553338 | KC Technologies | Harleysville, PA 19438 | Harleysville, Poland 69120 |
| 10553340 | KIP Solutions (Pty) Ltd | 57 Sloane Street | Wrigley Field The Campus | Bryanston Gauteng, South Africa |
| 10553343 | KLOUDER LLC | 30 North Gould Street | Sheridan, WY 82801 |
| 10553345 | KT Corporation | 90 Bulljeong–ro (206 Jungja–dong) | Bundang–gu, Seongnam–city | Gyeonggi–do, Korea 13606 |
| 10553335 | Kaiserlicher Dienst Ag | An der welle 4 | 60322 Frankfurt am Main, Germany |
| 10553536 | Kaizen Business Advisers | A/1002 Kaveri Trisara, DPS Neelkanth Roa | 380059 Ahmedabad, India |
| 10553336 | Kalaam Telecom Bahrain B.S.C (C) | Almoayyed Towers | 6th Floor, Suite 601 | Kingdom of Bahrain |
| 10553537 | Kayantel Ltd | Dubai Airport Freezone | Building 6E–A, Office No. 213 | Dubai, United Arab Emirates |
| 10553341 | Kira Solutions | Sur 101A 404, Heroes de Churubusco | Iztapalapa, Mexico 09090 |
| 10553342 | Kite Telco Ltd | International House 38, Thistle Street | Edinburgh, Scotland EH2 1EN | United Kingdom |
| 10553344 | Kobikom Telekomunikasyon ve Bilisim Hizmetleri San | Altinova Mah 518 Sk. Sama Buttim Is Merk | Osmangazi/Bursa, Turkey 23456 |
| 10553348 | LCB Solutions Corp | P.O. Box 4075 | Santa Fe Springs, CA 90670 |
| 10553346 | Lagata Telekom Telekomunikasyon Ticaret Limited SI | Nazan SK 2, No. 2, Daire: 6 | Evliya elebi Mah. | Tuzla/Istanbul, Turkey 34944 |
| 10553347 | Laxmi Networks OPC LLC | 1612 Coastal Highway | Lewes, DE 19958 |
| 10553349 | Level SMS, LLC (d.b.a) C3NTRO Telecom | 825 Town & Country Lane, 12th floor | Houston, TX 77024 |
| 10553350 | Lightup Network Solutions GmbH & Co. KG | Wiesenhuettenplatz 26 | 60329 Frankfurt, Germany |
| 10553351 | Lightup Network Solutions GmbH & Co. KG. | Hinterbergstrasse 24 | Steinhausen, Switzerland 6312 |
| 10553352 | Linera Servicos LTDA | R 10 N 47 – Vista Alegrerio | De Janeiro–CEP 21.230–555 – Brazil |
| 10553353 | Linkyhop Yazilim Anonim Sirketi | Maden Mh. Oltu Ta?? Sk. No. 5/4 | 34450 Sar?yer/?stanbul, Turkey |
| 10553354 | Lord Mahavira Services India Private Limited | Khasara No. 948/838/774/501 | House No. 651, 8–6 | Chanderlok, New Delhi, Shahdara | Delhi, 110093, India |
| 10553355 | M3ST Limited. | Norfolk House, 4 Station Road | St Ives | Cambridgeshire, England PE275AF |
| 10553502 | MCI International LLC | 5055 North Point Parkway | Alpharetta, GA 30022 |
| 10553361 | MIC Tanzania Public Limited Company | Derm Complex, Plot No.11, Block 45A | P.O. Box 2929 | New Bagamoyo Road, Kijitonyama | Dar–es–Salaam, Tanzania |
| 10553365 | MKEL Networks Limited | 4A Kokoma Close, Wuse 2 | Abuja, Nigeria |
| 10553367 | MOBIK D.O.O. | Cesta v Gorice 34A | 1000 Ljubljana, Slovenia |
| 10553371 | MOV International Telecom PTE Limited | No. 10–01 Jalan Besar Plaza, 101 Kitchen | Singapore 208511 |
| 10553373 | MUASRT PVT LTD | Horton House, Exchange Flags, 5th Floor | Regus Liverpool, England L23PF |
| 10553356 | Masdar Alkon Information Technology | 223, Al Ketbi Building | Al Qusais, United Arab Emirates |
| 10553357 | Mauritius Telecom Limited | Edith Cavell Street | Telecom Tower, 18th Floor | Port–Louis, Mauritius 11302 |
| 10553358 | Megatel Netcom Corp | 11100, Valley Boulevard, No. 202 | El Monte, CA 91731 |
| 10553359 | Message Trade GMBH | Zeughausstrass | 14b 8853 | Lachen, Switzerland |
| 10553537 | Metasync Business Consulting | F 1204, Sun South Rayz, (Opp Gala Luxuri | South Bopal, Ahmedabad | 380058 Gujarat, India |
| 10553362 | Micro Cloud (Bankai) | 7 Temasek Boulevard, No. 18–03 |
| 10553363 | Microtalk Europe Ltd | Riverbank House, 1 Putney Bridge Approac | London, England SW6 3JD | United Kingdom |
| 10553364 | Milagro Telecom LTD | Vyzantiou 42A Grigori Afxentiou Egkomi | 2407 Nicosia, Cyprus |
| 10553366 | Mobiadvanced Interactive Limited | 46 Lyndhurst Terrace | Oriental Crystal Commercial Building 6/F | Central, Hong Kong |
| 10553549 | Mobile Ecosystem Forum LTD | Amelia House, Crescent Road | Worthing, England BN11 1QR | United Kingdom |
| 10553368 | Mobile Response OU | Seebi tn. 1–909, 11316 Harjumaa | Tallinn, Estonia |
| 10553369 | Modica Group Limited | 40 Lady Elizabeth Lane, Level 2 | Wellington, New Zealand 6011 |
| 10553370 | Monty International FZ–LTD P2P | Central Park Tower, Unit 30, Floor 20 | DIFC | Dubai, United Aarab Emirates |
| 10553372 | Movitel SA | Rua Dos Desportistas No. 691 | Predio JAT–VI Piso 12, 14 & 15 | Distrito Kampfumo | Cidade de Maputo, Eswatini | South Africa |
| 10553374 | Munitel GmbH. | Werinherstr. 56 81541 | Munich, Germany |
| 10553375 | My Country Mobile Pte Ltd. | 8 Temasek Boulevard, Suntec Tower 3, No. | Singapore 038988 |
| 10553376 | N.C. NET–CONNECT (CY) LTD | Riga Feriou, 2 Limassol Center | Block B, 4th Floor, Office 406 | 3095 Limassol, Cyprus |
| 10553377 | NBI Telecom INC | 2711, Centerville Road, Suite 400 | Wilmington, DE 19808 |
| 10553385 | NGN CORP S.A.L (Offshore) | Jswiswh 19, 7b, Pierre Gemayel Avenue | Jdeideh Meten, Lebanon |
| 10553387 | NTH AG | Hardturmstrasse 161 | 8005 Zrich, Switzerland |
| 10553538 | Nebular Consultancy Services | B–301 GreenCity Apartments, (Opp Science | Ahmedabad | 380060 Gujarat, India |
| 10553378 | Nedimix S.A | 25 de Mayo 467, Room N 401 | Montevideo, Uruguay | Neom Communications LLC | 701 Tillery Street, Unit 12, 1660 | Austin, TX 78702 |
| 10553379 | Netia S.A. | Warsaw 02–822 13 Poleczki Street | Poland |
| 10553380 | Netline Mobile S.A | AV Los Conquistadores 2430 | Providencia Santiago, Chile |

10553381    New Horizon Networks Pte. Ltd    213/215 Botahtaung Pagoda Street    Yangon, Myanmar (Burma)

10553382    NewTech Voip Services Corporation    Calle Magdalena Suero 1    San Geronimo    Santo Domingo, Dominican Republic

10553383    Next Communications    100 North Biscayne Boulevard, 9th Floor    Miami, FL 33132

10553384    Next Mobile SP Z.o.o    ul.W Rzymowskiego 31, 02–697    Warszawa, Poland

10553386    Nomad Telecom Inc    3257 Carriage Hill Place    Ontario, Canada K1T 3X6

10553388    OBLCOM SWISS AG    Grundstrasse 6    CH–634 Rotkreuz, Switzerland

10553391    OKTELECOM LTD    48 Triq il–Mosta    Attard 1432, Malta

10553392    OM Telentia Networks Pte Ltd    68 Circular Road    No. 02–01, RP Cecil    Marina, Singapore–049422

10553399    OXNP Telecom Limited    604 Tower A, New Trade Plaza    6 On Ping Street    Shatin, New Territories 200070    Hong Kong

10553398    OXNP s.r.o    Sokolovska 694/102a    18600 Praha, Czech Republic

10553389    Ocean Tel Group Ltd    223 Regent Street    International House, 6th Floor    London, England W1B2QD    United Kingdom

10553390    Ocean Telemedia Limited    31–35 Shan Mei Street    Flat F45, 13/F Block F    Wah Lok Industrial Centre Shatin    123456 New Territories, Hong Kong

10553393    One Albania sh.a    Rruga Muhedin Llagami    Kompleksi Square21    Tirana, Albania

10553394    Onextel Technology EST    #765 IBD–Business Bay Branch    Dubai, United Arab Emirates

10553395    Orange Burkina Faso S.A.    771 Avenue of President Aboubacar Sangou    01 BP 6622    Ouagadougou 01, Burkina Faso

10553396    Orange RDC SA avee CA    372 Colonel Mondbija Avenue    Commune De Ngaliema    Kinshasa, Democratic Republic of Congo 0

10553397    Orange Sierra Leone    25 Regent Road, Hill Station    Freetown, Sierra Leone

10553404    PLDTS International Carrier Ltd    111 Park Street    Mayfair    London, England W1K 7JF

10553411    PSTN GLOBAL SDN BHD    No. 71–2 (Room 1) Jalan SBC 1, Taman Sri    Batu Caves, Selangor 68100    Kuala Lumpur

10553405    Palau National Communications Corporation    One Airport Road, Palau, PW 96940    Oceania, Palau 99

10553400    Phoenitele Software FZCO    DSO–IFZA, IFZA Properties    Dubai Silicon Oasis    Dubai, United Arab Emirates

10553401    Pineapple Communications    12886 Elmfield Lane    Poway, CA 92064

10553402    Pingdash PTY LTD    3 Armstrong Road    Melbourne    Victoria 3153 Australia

10553403    Platin Telecom s.r.o.    Masiarska 37    Kosice, Slovakia 04001

10553406    Pontal Servicos De Comunicacao Digital LTDA    Pa Ramos de Azevedo    No. 206 8th Floor CJ 850/840/830    01037–010 Sao Paulo/SP, Brazil

10553407    Premiatel Pte. Limited    105 Cecil Street, No. 06–01 Octagon    Singapore 069354

10553408    Primus Telecommunications Pty Ltd.    Level 10, 452 Flinders Street    Melbourne    Victoria, Australia 3000

10553409    Procube Solution PVT LTD    G7, Sai Towers Ameenpur    Hyderabad, India

10553410    Prolific Telecom LTD.    6/F South China Industrial Building, Roo    1 Chun Pin Street    Kwai Chung, New Territories    Hong Kong

10553412    Pulseem LTD    Masrik Boulevard    Registered Office No. 13    Jaffa    6435121 Tel Aviv, Israel

10553415    QBR TELECOM FZE LLC    A–60–00–01–01/3 – Flamingo Villas    Ajman, United Arab Emirates

10553414    QBR Telecom    913 N Market Street, Suite 200    Wilmington, DE 19801

10553413    Qatama Limited    RAKIA Amenity Center, Suite 464    Al–Jazeera Al–Hamra    Ras Al Khaima, United Arab Emirates

10553416    Qoolize LLC    2701 Centerville Road    Wilmington, DE 19808

10553417    Quiits Consulting    Norwich Enterprise Centre, 4B Guildhall    Norwich    Norfolk, England NR2 1JH

10553418    Quiits Consulting LTD    Snetterton Business Park, Snetterton Par    Office 3    Harling Road, Snetterton    Norfolk, England NR16 2JU

10553419    Qxtel Limited    No.1 Poultry    London, England    United Kingdom

10553424    RH International Limited    11 Cliffe Park Way, Bruntcliffe Road    Morley, Leeds    West Yorkshire, England LS27 0RY

10553425    RITORICA LTD    Elaionon,    101A P.C. 1060    Nicosia, Cyprus

10553550    RTC Associates, LLC    4330 South Lee Street, Building 800B    Buford, GA 30518–3072

10553420    RedeeTel Information Technology LLC    IRISE Tower, Office 22C14, Barsha Height    Dubai, United Arab Emirates

10553421    Reliance Jio Infocomm Limited    Office–101, Saffron, Nr. Centre Point, P    Ambawadi, Ahmedabad–380006    Gujarat, India

10553422    Reliance Jio Infocomm UK Limited    105 Wigmore Street, 8th Floor    London, England W1U1QY    United Kingdom

10553423    Reshetcall a LTD Corporation    33 Hanamal Street    Haifa, Israel

10553426    Route Trade Com PTE LTD    68 Circular Road, No. 02–01    Singapore 049422

10553427    Rovex Telecom Limited    Efesou, 9    Paralimni    5280 Famagusta, Cyprus

10553428    SAIF Telecommunications PTE LTD.    531 Upper Cross Street, No. 02–11    Hong Lim Complex    Singapore 050531

10553434    SIA Vertex LV    Jatnieku Street 77A–24.    Daugavpils, 5410 Latvia

10553439    SIPX Holding Inc    4300 Biscayne Boulevard, Suite 203    Miami, FL 33131

10553263    SMS Plus Ltd    34–35 Hatton Garden    Suite 1086, Unit 3a    Holborn    London, England EC1N 8DX    United Kingdom

10553445    SMS Telecomm, LLC    1303 53rd Street, Suite 103    Brooklyn, NY 11219

10553448    SONATEL    64 Cit Keur Gorgui Dakar– BP 69    Dakar, Senegal

10553451    SROT Telecom PTE LTD    30 Cecil Street, Prudential Tower, No. 1    Singapore 049712

10553452    STC Bahrain B.S.C. Closed    STC Tower 15, Road 68, Block 428    P.O. Box 21529    Seef District, Kingdom of Bahrain

| | | |
|---|---|---|
| 10553453 | SWAN,a.s.        Landererova 12          Bratislava, Slovakia 81109 | |
| 10553454 | SYMBO PTE LTD        30 Cecil Street, Prudential Tower, No. 1          Singapore 049712 | |
| 10553541 | Sakshi Soni        14 Saffron Street        Robertson, New South Wales 4109          Australia | |
| 10553542 | Sansay        4350 La Jolla Village Drive, Suite 888          San Diego, CA 92122–1243 | |
| 10553429 | Scaffnet Pte Ltd        60 Paya Lebar Road, No. 06–34          Paya Lebar Square, Singapore 409051 | |
| 10553430 | Sergel Kredittjnster AB        Adolf Fredriks kyrkogata 8          105 26 Stockholm, Sweden | |
| 10553431 | Servenum Contact Center        Camino de la Secretaria A No. 61 Col. Ca          Mexico City, Mexico | |
| 10553432 | Shansi Communications Pte Ltd        30 Cecil Street, No. 19–08,        Prudential Tower        Singapore 049712 | |
| 10553433 | Shaun Telecom Limited        South China Industrial Building, Room 3        1 Chun Pin Street,        Kwai Chung, New Territories        Hong Kong | |
| 10553435 | Signatek Networks Solution        1, CIPM Building Alausa        Ikeja        Lagos, Nigeria | |
| 10553436 | Sinch Interconnect LLC        3500 Lenox Road, Suite 1875        Atlanta, GA 30326 | |
| 10553437 | Sinch UK Ltd        9–12 Long Lane, Barbican        Cap House, 4th Floor        London, England EC1A9HA        United Kingdom | |
| 10553438 | Sipstatus Global LTD        Arch Makariou III        33 Frixos Court, Office No. 107        6017 Larnaca, Cyprus | |
| 10553440 | Sirius Networks LLC        Baghramyan Avenue, 2nd lane 8/17        0019 Yerevan, Armenia | |
| 10553441 | SixFive Networks LTD        40 Craven Street        Charing Cross        London, England WC2N        United Kingdom | |
| 10553442 | Smart Digital Ideas DOO        Jurija Gagarina 231, Local 329        Serbia, Belgrade 11070 | |
| 10553443 | Smart M2M CY Limited        Proteas House, Floor 5        155 Arch. Makariou III Avenue        Limassol 3026, Cyprus | |
| 10553444 | Smart Text Link, Inc.        804 Monroe Drive        Harleysville, PA 19438 | |
| 10553446 | Soatso AB        Bjornkil Pukeberg 1        58596 Linkoping, Sweden | |
| 10553447 | Softinvest Media Ltd        Apostol Karamitev Street, No. 10, Office        Burgas, Bulgaria | |
| 10553533 | Soty Technologies FZ LLC        SFFO0570 Compass Building        Al Shohada Road, AL Hamra Industrial Zon        Ras Al–Khaimah, United Arab Emirates | |
| 10553449 | Spectrum Wireless Communications Ltd        15 Sumba Road        Nairobi, West Kenya | |
| 10553450 | Spirelio Inc        831 N Tatnall Street        Wilmington, DE 19801 | |
| 10553533 | Stellar Business Consulting        1/1 Laxminagar, GHB Chandkheda        Ahmedabad        380005 Gujarat, India | |
| 10553455 | T–2–d–0–0        Verovskova Ulica 64A        SI–1000 Ljubljana, Slovenia | |
| 10553456 | TALEPPO        Cagis Mh. 15.Sk.Teknokent, No. 2/11        Karesi/Balikesir, Turkey | |
| 10553457 | Talk Telecom Corporation        433 Plaza Real        Suite 275, Office No. 49        Boca Raton, FL 33432 | |
| 10553458 | Talkshop Interactive Inc.        45 Kingsbridge Garden Circle        Mississauga, Ontario L5R3K4        Canada | |
| 10553459 | Tanla Mobile Asia Pacific PTE Limited        10 Jalan Besar, Sim Lim Tower, No. 10–12        Singapore–208787 | |
| 10553460 | Tanzania Telecommunications Corporation        Extelecoms House, 32 Samora Avenue        P.O. Box 9070        Dar es Salaam, Tanzania 11950 | |
| 10553223 | Tapquila LLC        264 Omar Khizanishvili Street,        Tbilisi, Gerogia 0167 | |
| 10553545 | Tata Communications (America) Inc.        Collection Center Drive        Lock Box No. 7595, 7595        Chicago, IL 60693 | |
| 10553461 | Techalpha Group LLC        2164 Woodbine Drive        Canton, MI 48188 | |
| 10553462 | Tecomsa Telecommunications LTD        Gregoriou Xenopoulou 4B Germasogeia        Limassol, Cyprus 4049 | |
| 10553476 | TelNG Ltd        27 Old Gloucester St        London, England EC2A1VW | |
| 10553478 | TelOne (Private) Limited        107 Kwame Nkrumah Avenue        Runhare House        Harare, Zimbabwe | |
| 10553463 | Telco Connection        31821 Via Perdiz        Coto de Caza, CA 92679 | |
| 10553464 | Tele2call LLC        1007 Hartmont Road        Catonsville, Maryland 21228 | |
| 10553465 | Telecall Telecommunications Corp.        848 Brickell Avenue, Suite 1235        Miami, Florida 33131–2975 | |
| 10553466 | Telecel Global Limited        Rue de L'institut, Ebene Skies – 4th Flo        Ebene        Quatre Bornes, Republic of Mauritius | |
| 10553467 | Telecom Italia Sparkle S.p.A        Via di Machhia Palocco 223        Rome, Italy 00125 | |
| 10553468 | Telefonica Global Solutions S.L.U.        Ronda de la comunicacions s/n        Edificio Oeste 1, Planta 2        Madrid, Spain 28050 | |
| 10553469 | Telefonix Inc        410 Chrislea Road, Unit 12        Vaughan        Ontario, Canada,L4L 8B5 | |
| 10553470 | Telekomunikasi Indonesia International (HK) Limite        5 Canton Road, 9/F Ocean Centre, Suite 9        Tsim Sha Tsui        Kowloon, Hong Kong | |
| 10553471 | Telekomunikasi Indonesia International (TL), S.A.        Timor Plaza, 4th Floor        Avenida Presidente Nicolau Lobato        Comoro        Dili, Timor–Leste | |
| 10553472 | Telennovatiq Pte Limited        #18–02 High Street Centre, North Bridge        Singapore 179094 | |
| 10553473 | Telesense Global Carrier Pte Ltd        531A Upper Cross Street        Singapore 051531 | |
| 10553474 | Telia Finland Oyj        Pasilan asema–aukio 1        00520 Helsinki, Finland | |
| 10553475 | Telia Sverige AB        Reg. no. 556430–0142        169 94 Solna, Sweden | |
| 10553540 | Telkor Fides j.d.o.o. (Zoran)        Buanova 8, 10 000        Zagreb, Republic of Croatia | |
| 10553477 | Telnovo Communications Inc        One Global Place, Level 10–1        25th St & 5th Ave        Bonifacio Global City, Taguig 1632        Phillippines | |
| 10553479 | Telxio Network Pte. Ltd.        30 Cecil Street, Prudential Tower        No. 19–08        Singapore | |
| 10553480 | Terminium Telekomunikasyon Limited Sirketi        Kocatepe Mah,Sehit Muhtar Bey Cad. Sait        Beyoglu/Istanbul, Turkey | |
| 10553481 | Teways Limited        13 Regent Road        Lumley, Western Area        Freetown, Sierra Leone | |
| 10553294 | Text Telecom L.L.C–FZ        Business Center 1        The Meydan Hotel, M Floor,        Nad Al Sheba        Dubai, United Arab Emirates | |
| 10553482 | Text2World Limited        16–18 Mau Lam Street, Jordan        Mau Lam Comm Building, Unit 1/F        Yau Ma Tei, Hong Kong | |
| 10553483 | The Big Empire Ltd        311 Regent Park Road        London, England N31DP | |

| | | | | |
|---|---|---|---|---|
| 10553484 | The Dial Pad | Ajman St. 17 | Marib Governorate, Yemen | Yemen Arab Republic |
| 10553485 | TheMost, SIA | Matisa 61 28 | Riga, Latvia 1009 | |
| 10553486 | Thepartner LLC | 1209 Mountain Road Place NE | Albuquerque, NM 87110 | |
| 10553487 | Tip America LLC | 90 N Compass Drive | Fort Lauderdale, FL 33308 | |
| 10553488 | Titan International Wholesale, Inc | 1178 Broadway, 3rd Floor, No. 3219 | New York, NY 10001 | |
| 10553489 | Togo Cellulaire | Place de la Reconciliation | Quartier Atchante, BP | 333 Lome, Togo |
| 10553490 | Tokydigital SRL | Via Zara 44 | 48124 Ravenna, Italy | |
| 10553491 | Transtalkie Limited | 707–713 Nathan Road | 9/F Silvercorp International Tower, Room    Mongkok    Kowloon, Hong Kong | |
| 10553547 | Travelers Insurance | Travelers CL Remittance Center | P.O. Box 660317 | Dallas, TX 75266–0317 |
| 10553493 | Triplet Data Networks and Telecommunications LTD | Panagioti Kanellopoulo, | 18 Sakkas Court 3,1st Floor, Office 102 | 6057 Larnaca, Cyprus |
| 10553494 | Trriple Payment LLC | Al Safa Sheik Zayad Road | Emarat Atrium Building, Block A, Office | Dubai, United Arab Emirates |
| 10553495 | Tuvalu Telecommunications Corporation | F5GV+8XH | Vaiaku    Funafuti, Tuvalu | |
| 10553497 | UK Intis Telecom Ltd | 20 Hammersmith Broadway | London, England W6 7AF | United Kingdom |
| 10553499 | Unicorn Communication Infrastructure Maintenance L | 1904 Al Wahda Investment Commercial Towe    Haza bin Zayed the first street | P.O. Box 45195 | Abu Dhabi, United Arab Emirates |
| 10553248 | Uniko Telecom SA | Bahnhofstrasse 7 | 6930 Zug, Switzerland | |
| 10553501 | VAZQ Communications Inc. | 655 N Central Avenue, Suite 1760 | Glendale, CA 91203 | |
| 10553509 | VOICY S.M.P.C | Filonos 107–109 | Piraeus, Greece 18535 | |
| 10553513 | VONIP LTD | 1208, Warwick Road | Birmingham, England B27 6BY | United Kingdom |
| 10553517 | VX Telecom Group GP | 2967 Dundas St. W, 717d | Toronto, Ontario M6P1Z2 | Canada |
| 10553516 | VX–Telecom GP. | 7398 Yonge Street, Unit 6D – 501 | Thorne Hill, Ontario L4J8J2 | Canada |
| 10553500 | Valley Technologies Limited. | 15/F Cameroon Plaza, Unit B, 23–25 A | Tsim Sha Tsui, Hong Kong | |
| 10553503 | Verscom MENA FZ–LLC | FDRK2993 Compass Building, Al Shodada Ro | AL Hamra Industrial Zone–FZ    Ras Al Khaimah, United Arab Emirates | |
| 10553492 | Vesper Technology Limited | 13A/F South Tower Finance CTR Harbour Ci | 17 Canton Road | Tsim Sha Tsui    Kowloon, Hong Kong |
| 10553504 | Viber Media s.a.r.l | 2, rue du fosse | L–1536 Luxembourg, Grand Duchy of Luxemb | |
| 10553505 | Virtuoso Netsoft Pvt. Ltd | Rajiv Gandhi Technology Park | Plot No. 10, 3rd Floor | Chandigarh, India 160101 |
| 10553506 | Vivaconnect Marketing Management LLC | Sultan Business Centre, Plot Number 11,– | Oud Metha    Dubai, United Arab Emirates | |
| 10553507 | Vocalix Ltd. | 7, ZFAT Street | Holon, Israel 58552 | |
| 10553508 | Voicetec Sys Limited | 790 Uxbridge Road Hayes | Middlesex, England UB4 0RS | |
| 10553510 | Voip4ex LTD | 1 Charterhouse MEWS | London, England EC1M 6BB | |
| 10553511 | Voipleaders System Sdn Bhd. | 1 Menara Standard Chartered, Level 20 | 30 Jalan Sultan Ismail | Kuala Lumpur, Malaysia 50250 |
| 10553512 | Volume International Ltd | 153 The Parade High Street, The Old Bank | Regico Offices, Office 182,    Watford, England WD17 1NA    United Kingdom | |
| 10553514 | Vox Solutions Global Limited | 111 Connaught Road | 21/F Wing on Centre Central, Room 2110    Hong Kong | |
| 10553515 | Voxology Carrier Services INC. | 5000 Birch, Suite 3000 | New Port Beach, CA 92660 | |
| 10553521 | WOLIFY.AI Limited | Vyzantiou, 5 | 6030 Larnaca, Cyprus | |
| 10553518 | Wayvz S.A.L (Offshore) | MEA Building, 5th Floor | Remlet Albaida | Beirut, Lebanon 1809811 |
| 10553519 | We2Stars Company Limited | We2Seafoods Building AFKO Junction | Fishing Harbor | Tema, Ghana |
| 10553520 | Wii Telekom Dis Ticaret Limited Sirketi | Kocatepe Mah. Schit Muhtar Bey Cad Sait | Apt No. 18/3    Beyoglu    Istanbul, Turkey | |
| 10553522 | Wyzer Investments | 18 Msaduku Road | Nairobi, Kenya | |
| 10553523 | Xoom Telecom PTY LTD | 11 Denham Place, Unit 1 | Toorak, Melbourne | 18117 Victoria, Australia |
| 10553524 | Y3M Connection Limited | 1660 S. Highway 100, Suite 500A | St. Louis Park, MN | |
| 10553526 | YGOY INC | 310 Green Field Road | Bridge Water, NJ 08807 | |
| 10553527 | YX International Information Co,LTD | 707–713 Nathan Road | 9/F Silvercorp International Tower, Room    Mongkok    Kowloon, Hong Kong | |
| 10553525 | Yappingo Limited | Kellysgrove | Ballinasloe    Galway, Ireland | |
| 10553529 | ZAYTEL d.o.o. | Ulica XIV. divizije 008 | 3000 Celje, Slovenia | |
| 10553528 | Zambia Telecommunications Company Limited | Zamtel House (Corner of church and Chilu | Lusaka, Zambia | |
| 10553543 | Zayo Group | 114 Whitechapel High Street | The Relay Building, 4th Floor | London, England E1 7PT    United Kingdom |
| 10553530 | Zenit Telecommunication LLC | Griboyedov Street | Building 4, Apt 39 | Yerevan, Armenia |
| 10553531 | Zonevoice Limited | 3 Themistokli Dervi Street | Julia House    Nicosia, Cyprus 1066 | |
| 10553532 | Zorra Telecom Nigeria LTD | 50/52 Toyin Street | Ikeja    Lagos, Nigeria | |
| 10553276 | eNgY Solutions GMBH | Auf dem Hvellande 6 | 44269 Dortmund, Germany | |
| 10553281 | iVAS Communications Ltd | Samer amees Street | Aqua Building, 3rd Floor | Ramallah    Al Bireh, Palestine |
| 10553496 | tyntec Limited | 20 Farringdon Street, 8th Floor | London, England EC4A 4AB | United Kingdom |

TOTAL: 380