# United States Bankruptcy Court
## Eastern District of New York

In re  **Broadband Telecom, Inc.**                              Case No.  **25-73095**
                                Debtor(s)                       Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Broadband Telecom, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BB Carrier LLC**
**100 Quentin Roosevelt Blvd.**
**Suite 503**
**Garden City, NY 11530**

☐ None [*Check if applicable*]

**August 14, 2025**                         **/s/ Tracy L. Klestadt**
Date                                         **Tracy L. Klestadt**
                                             Signature of Attorney or Litigant
                                             Counsel for  **Broadband Telecom, Inc.**
                                             **Klestadt Winters Jureller Southard & Stevens, LLP**
                                             **200 West 41st Street**
                                             **17th Floor**
                                             **New York, NY 10036**
                                             **(212) 972-3000 Fax:(212) 972-2245**
                                             **tklestadt@klestadt.com**