## United States Bankruptcy Court
### Eastern District of New York

In re   **Broadband Telecom, Inc.**            Case No.   **25-73095**

                     Debtor(s)            Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: _____

                                  **Bankim Brahmbhatt**/**Chief Executive Officer**
                                  Signer/Title

Date:   August 18, 2025

                                  */s/ Tracy L. Klestadt*
                                  Signature of Attorney
                                  **Tracy L. Klestadt**
                                  **Klestadt Winters Jureller Southard & Stevens, LLP**
                                  **200 West 41st Street**
                                  **17th Floor**
                                  **New York, NY 10036**
                                  **(212) 972-3000   Fax: (212) 972-2245**

Next Communications
100 North Biscayne Boulevard, 9th Floor
Miami, FL 33132

1-TO-ALL Co LTD
359, 361, 363 Prachautis Road Huaykwang
Bangkok, Thailand 10310

42 Telecom Limited
Level 1 303 Business Center Territorials Street
Mriehel, BKR 3000, Malta

6Gtech Systems
1445 Woodmont Lane NW, No. 1683
Atlanta, GA 30318

6R UK LTD.
Stratford Workshops, Unit 333, Burford Road
Stratford
London, England E152S9

9bits Technologies Limited
1b Etim Inyang Crescent
Victoria Island
Lagos, Nigeria

A7-VoipSolutions S.R.O.
Eliášova 922/21, Bubenec, 160 00 Praha 6
Czech Republic

ACAcell
Al Zaghloul Building, Block B, 3rd Floor
Rabih Street
Beirut, Lebanon

AceMount Media LTD
Lefkou Anatasiadi 8
Stovolos, Nicosia 2012, Cyprus

Acorn Telecommunications LLC
910 Foulk Road, Suite 201
New Castle Country
Wilmington, DE 19803

ADA DATA AI SOLUTION PTE. LTD.
112 Robinson Road, No. 10-01
Singapore 068902

ADC SRL
Galleria Unione 1 20122
Milano, Italy

Aertel
57, Stroud Green Road
London, England N43EG
United Kingdom

AGILE TELECOM S.P.A
Via Baldassarre Peruzzi 26, 41012
Carpi (MO) - Italy

AKA Management Inc
1712 Pioneer Avenue, No. 234
Cheyenne, WY  82001

AKTON d.o.o
Dunajska cesta 9,
1000 Ljubljana, Slovenia

ALBTELECOM Sh.a.
Autostrada Tirane -Durres Km 7
Tirane, Albania

Alfavista S.A
Rincón 610, Oficina 410
Montevideo, Urugay 11000

AlkaIP Telecom LLC
2200N Commerce Parkway, Suite 200
Weston, FL 33326

All IP d.o.o
Tosin bunar 274v/3
Belgade, Serbia
11000 VAT: SR107939177

ALTTECO INC.
400 Cure-Labelle, Suite 414
Laval, Canada H7V2S7

AMD Telecom
Baarerstrasse 110B
6302 Zug, Switzerland

Amedul S.A.
Colonia 810, Office 403
Montevideo, Uruguay

American Samoa Telecommunications Authority
ASCTA Administration Building, Agatogo Road
Pago Pago, American Samoa 96799

Anymessage GmbH
Moislinger Allee 9d
23558 Luebeck, Germany

Aviso Messaging Ltd
1, Park Road, Hampton Wick
Kingston upon Thames
Surrey, England KT1 4AS
United Kingdom

Bankai International Pvt. Ltd.
Mohabeer Mungur Street, Trustlink House
Floreal, Mauritius

Bantilcor S.A
Plaza Independencia 822, Apt. 13
Montevideo, Uruguay

BAWAY LLC
801 Brickell Avenue, Suite 900
Miami, FL 33131

BAWAY MIDDLE EAST LTD
301, Indigo Icon Tower, Cluster F - Jumeirah Lake Towers
P. O. Box No. 460992
Dubai, United Arab Emirates

BBT Voice Private Limited
20/F Champion Building,
287-291 Des Voeux Road Central
Sheung Wan, Hong Kong

Beijing Yulore Hutong Information Technology Limited
4/F, Building 14, Chaolai High Tech Park 36,
Chuangyuan Road, Chaoyang District
Beijing 100012, China

BeMobile LTD
8 Baratashvili str, lll Floor
Georgia

Beso General Corporation
125/9th evenu Mayfair
Johannesburg, South Africa

Best voice INC
3622 Par Drive
San Luis Obispo, CA 93401

Bestshare Internet Media Limited
45-51 Chatham Road South

Chevalier House, Room 803
Tsim Sha Tsui
Kowloon, Hong Kong

Beta Telecommunication LLC
Sheikh Zayed Road
Al Saqr Business Tower, Office No. 804
Dubai, United Arab Emirates

Blicnet d.o.o.
Vuka Karadzica 2 78000 Banja Luka
Bosnia and Herzegovina

Bluebrox International INC
16192 Coastal Highway
Lewes, Delaware 19958

Bonium Network Technologies Ltd.
Landmark North, Room 2113, Level 21
39 Lung Sum Avenue
Sheung Shui, New Territories
Hong Kong

Borderless Hub
Jurong East Hall
IHUB, Singapore

BOTA-SAT TECHNOLOGIES LTD
15 Green Park Estate
Oko-Oba Agege
Lagos Nigeria

Brama Tel SRL
1st District, 49 AV. Petre Cretu Street
Body C1, Loft, Office No. 2, Section 1
Bucharest, Romania

Tapquila LLC
264 Omar Khizanishvili Street,
Tbilisi, Gerogia 0167

Bridgeworld Enterprises L.L.C-FZ
Business Center 1, M Floor
The Meydan Hotel
Nad Al Sheba
Dubai, United Arab Emirates

BRM Telecom LLC
7014 13th Avenue, Suite 202
Brooklyn, NY 11228

CallCaribe Inc.
6625 Miami Lakes Drive, Suite 212
Miami Lakes, FL 33014

Callsy Network LLC.
2055 Limestone Road, Suite 200-C
Wilmington, DE 19808

Cannatatech
Via Bixio
Modena, Italy

Capital City Service LTD
Croxley Business Park, Building 2, 1st Floor
Watford, Hertfordshire WD188YA
United Kingdom

Carrier One Telecom (N.B.) Inc.
2133 Denforth Avenue, Suite 312
Toronto, Ontario M4C1K2

Cascada Telecom
New York

CELCOM S.A.
General Holley 133
Providencia
Santiago, Chile

Celestatel LTD
Athalassas,169, Strovolos, 2025
Nicosia, Cyprus

Cenbong Int'l Holdings Limited
Baoneng Science Park, Baohui Building, Block B
13th Floor, Room LM
Longhua District Shenzhen
Guagdong, China

Call Global Systems Pvt Ltd
15th East View
1/15 Tilak Nagar
New Delhi, India

Chat Link LLC
Kocatepe Mah. Sehit Muhtar Bey Cad. Sait Sakir
Apartmani No. 18, IC Kapi No. 3
Beyoglu/Istanbul, Turkey

Check Technology Group Pty Ltd
58 - 62 Water Street, Suite 126

Toowoomba
Queensland, Australia 4350

China Mobile International LTD
Kowloon Commerce Centre, Tower 1
Level 30, No. 51
Kwai Cheong Road
Kwai Chung, N.T., Hong Kong

China SkylineTelecom Co.,Ltd
130-132 Des Voeus Road
12/F Tai Sang Bank Building
Room No. 1205
Central, Hong Kong

China Unicom (Europe) Operations Limited
25 Canada Square, Canary Wharf
Level 35
London E15 5LQ
United Kingdom

China Unicom (Singapore) Operations PTE. LTD
8 Temasek Boulevard, Suntec Tower 3
No. 39-03
Singapore 038988

Choice Technologies (FZC)
Sheikh Zayed Road, City Towers 2
Suite 1801
Dubai 93915

Cibeles Telecom S.A
Avenida del Valle 928, Suite 504
Huechuraba
Santiago, Chile

CITIC Telecom International Limited
93 Kwai Fuk Road, CITIC Telecom Tower
25/F
Kwai Chung, Hong Kong

Clarity Networks
159 Musgrave Road Red Hill, Level 1
Brisbane 4059
Queensland, Australia

Cloudcom Consultancy DWC-LLC
DLC-BC-A3-Dubai South
Dubai, United Arab Emirates

CM Telecom Hong Kong Limited

18 Harbour Road
3806 Central Plaza
Wanchai, Hong Kong

Uniko Telecom SA
Bahnhofstrasse 7
6930 Zug, Switzerland

Compañía Paraguaya de Comunicaciones S.A.
Gral Bruguez y Teodoro S Mongelo
1er Piso
Asuncion, Paraguay

Core Telecom Limited
48 Bradford Road, Mazhar House
Stanningley
Yorkshire, United Kingdom

Cornwall Telecom Limited
338 Hennessy Road
11/F CNT Tower, Unit F
Wan Chai, Hong Kong

CPEC Tech Ltd
499- 501 High Road
Chapel Green Apartments
Woodford Green
London, United Kingdom

Creative Global Networks Pte Ltd
2 Kallang Avenue, No. 07-31
CT Hub
Singapore 339407

Customer Connect Nig. Ltd
18 Presidential Road
Enugu
Lagos, Nigeria

Data Access Solutions Inc.
15 Wertheim Court, Unit 107
Richmond Hill
Ontario, Canada L4B3H7

DataBlazers inc
Madrigal Business Park
Richville Corporate Tower, Unit 701
Ayala Alabang, Muntinlupa City
Phillippines

Dawn Global Services Limited

SM-office-E1-1619C
Ajman FTZ
United Arab Emirates

Dertel Limited
Namanga Road
Kitengela
Nairobi, Kenya

Dexter Algorithms
152-160 City Road
Kemp House
London, England EC1V 2NX
United Kingdom

Dial Tel PTE.LTD
2 Kallang Avenue, No. 07-31
CT HUB Singapore 339407

Dial World Communications LLC
30591 Longhorn Drive
Canyon Lake, CA 92587

Dialog Axiata PLC.
No. 475, Union Place, Colombo 2
Western Province
Sri Lanka 00940

SMS Plus Ltd
34-35 Hatton Garden
Suite 1086, Unit 3a
Holborn
London, England EC1N 8DX
United Kingdom

Digital World Communications-FZCO
Dubai Silicon Oasis, Dubai Digital Park
IFZA Dubai-Building A1, Unit Number- 001
Dubai, United Arab Emirates

DigiVoxx
39 The Metro Centre, Tolpits Lane
Watford
Hertfordshire, England WD18 9SB
United Kingdom

DireQ SRL
Tangenziale Bruno Losi 12-41012
Carpi (MO) Italy

Divescom Sp.Z O.O.

Melgiewska 74/208 20-234
Lublin, Poland

Dobra Telecom
20-22 Wenlock Road
London, England N17GU
United Kingdom

Dott Telecom OU
Tartu mnt 83-206, Tallin City
Harju County, 10115 Estonia

Dream Digital Sarlu
03 Bismark Street, No.3 Gombe
Township Kinshasa
Democratic Republic of Congo 00794

Dreamline Co, Ltd.
DreamMark1 D/C.31-GIL 61 Digital-ro
Guro-gu
Seoul 08375 Korea

ECO Networks SIA
Jaunmoku 34, Riga LV-1046
Latvia 1046

EDCH FZE
P.O. Box 17500
Dubai, United Arab Emirates

Edge Opti Tech LTD.
Kaufmann Yeheskiel 2
Jaffa
Tel Aviv, Israel 6801294

Elfo SDN.BHD.
C-5-1, Megan Avenue 2
12 Jalan Yap Kwan Seng, 50450
Kuala Lumpur, Malaysia

eNgY Solutions GMBH
Auf dem Hövellande 6
44269 Dortmund, Germany

Entermark Distribution Inc.
64 Fishleigh Drive
Toronto
Ontario, Canada M1N 1H5

ETI Telecom Inc
40 S Lemon Avenue, No. 9127

Walnut, CA 91789

Eton International Inc
11100 Valley Boulevard, Suite 202
El Monte, CA 91731

Europeer Limited
18 Harcourt Road, Admiralty Centre
Tower 1
15th Floor, Office 61, Suite 1503
Hong Kong

iVAS Communications Ltd
Samer amees Street
Aqua Building, 3rd Floor
Ramallah
Al Bireh, Palestine

Fastipcalls LLC
8233 Harding Avenue
Miami Beach, FL 33141

Fiber Consultants LLC
3800 Inverary Boulevard, Suite 308B
Lauderhill, FL 33319

Fiberpipe Communications P Ltd
One World West (Near Vakil Saheb Bridge)
12th Floor, No. 1217
Ambli T Junction, Bopal
Ahmedabad, Gujarat 380052
India

Fibrenet International LLC
222 Woodfield Road
West Hempstead, NY 11552

Five Star Wholesale, LLC
4120 Cleveland Street
Skokie, IL 60076

Flames Group FZE
Business Center, Al Shmookh Building, UAQ Free Trade Zone
Umm Al Quwain, United Arab Emirates

Flysmaek S.EN.C
343 Notre Dame Est Thetford Mines
G6G2S5 QC-Canada

G5 Telekom Telekomimikasyon Limited Sirketi
Mah. Kinalizade Sok. No. 4/3

Akşemsettin 34080
Fatih/İstanbul, Turkey

G729 s.l.
C/ Cibeles 16 las Ventas de Retamosa
Toledo 45183, Spain

Genius Communications LLC
1011 S Hardwood Street, Apt 543
75021 Dallas, TX

Genza
rue de lausanne 37 101
geneva geneva

Gestiones Tecnicas Kasta Costasol S. L.
Urb. Soleuropa Golf. 76
Marbella, Spain 29602

Text Telecom L.L.C-FZ
Business Center 1
The Meydan Hotel, M Floor,
Nad Al Sheba
Dubai, United Arab Emirates

GLM Telecom SRL
via V Monti 2 20123
Milano, Italy 20123

Global Voice SRL
Almaj. Nr. 41
Dolj. 207010, Romania

GlobalSysConnect, LLC
1839 Ygnacio Valley Road
No. 162, Walnut Creek

GlobalTele Technology
Ortigas Center
LG30 Megaplaza, ADB Ave & Garnet Road
Pasig, Philippines 1605

Go2Tel
13800 Coppermine Road, Suite 224
Herndon, VA 20171

Go4Mobility, Tecnologia e Servicos para a Mobilidade Lda
Rua Fradesso da Silveira, No.4 3B
Lisbon, Portugal
VAT : 507433572 1300609

GoGoSim Inc.
800 5th Avenue, Suite
Seattle, WA 98104

Green Packet Global Pte Ltd
220 Orchard Road
No. 05-01
Midpoint Orchard, Singapore 238852

Green Voice Telecom
Calle Primera 21, Este 1151
Santo Domingo, Dominican Republic

GreenSatellite-Unipessoal LDA
Avenida Manuel Violas
nº 476 Sao Felix da Marinha,4410-137
Vila Nova de Gaia, Portugal

Grifinum s.r.o.
Zenklova 1545/39, Praha, 180 00
Czech Republic

Soty Technologies FZ LLC
SFFO0570 Compass Building
Al Shohada Road, AL Hamra Industrial Zone-FZ
Ras Al-Khaimah, United Arab Emirates

Hablame Colombia SA ESP
Carrera 47ª No. 96-41, Office No. 501
Bogota, Colombia

Harisma Communications Limited
153 The Parade High Street
The Old Bank Rego Offices, Office 323
Watford, Hertfordshire
England, United Kingdom WD17 1NA

Hayo Telecom, Inc.
104 W 40th Street, 5th Floor
New York, NY 10018

Hefei Gaishe Trading Co.,Ltd.
Xiaowei, Xingzheng County
Weilin Zhen, Chaohu City
Hefei Anhui Province, China

Hellenic Telecommunications Organization S.A.
99 Kifissias Avenue
Maroussi 151 24
Athens, Greece

Hicell Telecommunication LTD
Palliser Road, Palliser House, 2nd Floor
London, England
United Kingdom

IConnect Limited
MBAM0498 Service Block
Al Jazirah, Al Hamra Industrial Zone-FZ
P.O. Box 377310
Ras Ui Khaimah, United Arab Emirates

ICS International Carrier Services Inc
463 Bud Gregory Boulevard
Mississauga, Ontario L4Z 2K5
Canada

IG PLUS Sdn Bhd
Vogue Suit One, Level 31, Suite B-31-05
KL Eco City
59200 Kuala Lumpur, Malaysia

IGlobe Telecom Networks PTE Limited
23 Church Street
No. 07-00 Capital Square
Singapore 049481

IMLINK LIMITED
411 Oxford Street, Office 1.01
London, England WlC 2PE

In Mobile Marketing Solutions PTY LTD
39 Carl Cronje Drive
Willowbridge Centre, 1st Floor
Tyger Valley
Western Cape, South Africa 7530

INFO-Telecom Shpk
Faik Konica Street, No.1
In front of Faculty of Economics
Tirana Albania

Infobip
35-38 New Bridge Street, 5th Floor
London, England EC4V 6BW
United Kingdom

Innovartz IT Services PVT LTD  (Digi3)
420, Ratna High Street, 4th Floor
Naranpura Char Rasta, Ahmedabad
Gujarat, 380013 India

Innovatio SRLs
Via Roma 67
00071 Pomezia, Italy

Integral Worldwide Limited
Mulberry Grove
Wokingham
Berkshire, England RG40 9NN
United Kingdom

Intergo Telecom Ltd
Tepeleniou 17 Flat/Office 102-103
Paphos, Cyprus 8010

Intermatica SPA
Via G. Montello, 30
Rome, Italy 00195

Intermetro
2685 Park Center Drive
Building A
Simi Valley, CA 93065

IP Route
6 rue d'Armaille
75017 Paris, France

IP Carrier Telecom Do Brasil LTDA
Av. Joquei Clube, 299 SL 1101
Teresina – PI 64049, Brazil

IPLAN International Business INC
1209 Orange Street
Wilmington, DE 19801

Italk Advanced Communications SL
Calle Cernicalo 5
Corralejo, LP Spain 35660

IT-Decision Telecom OU
Tornimae tn 5
Tallin City
Harju Country, 10145 Estonia

Javna International FZC
Free Trade Zone
Ras Al Khaimah, United Arab Emirates

JDV Telecom
186 Ashleigh Walk Parkway

Jiaxing Optimal IT Co,Ltd
No. 36 South Changsheng Road, Building 19, Room 806
Economic and Technological Development Zone
Jiaxing City
Zhejiang Province, China

Kaiserlicher Dienst Ag
An der welle 4
60322 Frankfurt am Main, Germany

Kalaam Telecom Bahrain B.S.C (C)
Almoayyed Towers
6th Floor, Suite 601
Kingdom of Bahrain

Kayantel Ltd
Dubai Airport Freezone
Building 6E-A, Office No. 213
Dubai, United Arab Emirates

KC Technologies
Harleysville, PA 19438
Harleysville, Poland 69120

BITEH LLC
Sham Business Center, Sharjah Media City
P.O. Box 515000
Sharjah, United Aarab Emirates

KIP Solutions (Pty) Ltd
57 Sloane Street
Wrigley Field The Campus
Bryanston Gauteng, South Africa

Kira Solutions
Sur 101A 404, Heroes de Churubusco
Iztapalapa, Mexico 09090

Kite Telco Ltd
International House 38, Thistle Street
Edinburgh, Scotland EH2 1EN
United Kingdom

KLOUDER LLC
30 North Gould Street
Sheridan, WY 82801

Kobikom Telekomunikasyon ve Bilisim Hizmetleri San. Ve Tic. A.S.
Altinova Mah 518 Sk. Sama Buttim Is Merkezi No. 1/7
Osmangazi/Bursa, Turkey 23456

KT Corporation
90 Bulljeong-ro (206 Jungja-dong)
Bundang-gu, Seongnam-city
Gyeonggi-do, Korea 13606

Lagata Telekom Telekomunikasyon Ticaret Limited SI
Nazan SK 2, No. 2, Daire: 6
Evliya Çelebi Mah.
Tuzla/Istanbul, Turkey 34944

Laxmi Networks OPC LLC
1612 Coastal Highway
Lewes, DE 19958

LCB Solutions Corp
P.O. Box 4075
Santa Fe Springs, CA 90670

Level SMS, LLC (d.b.a) C3NTRO Telecom
825 Town & Country Lane, 12th floor
Houston, TX 77024

Lightup Network Solutions GmbH & Co. KG
Wiesenhuettenplatz 26
60329 Frankfurt, Germany

Lightup Network Solutions GmbH & Co. KG.
Hinterbergstrasse 24
Steinhausen, Switzerland 6312

Linera Servicos LTDA
R 10 N 47 - Vista Alegrerio
De Janeiro-CEP 21.230-555 - Brazil

Linkyhop Yazilim Anonim Sirketi
Maden Mh. Oltu Taşı Sk. No. 5/4
34450 Sarıyer/İstanbul, Turkey

Lord Mahavira Services India Private Limited
Khasara No. 948/838/774/501
House No. 651, 8-6
Chanderlok, New Delhi, Shahdara
Delhi, 110093, India

M3ST Limited.
Norfolk House, 4 Station Road
St Ives
Cambridgeshire, England PE275AF

Masdar Alkon Information Technology
223, Al Ketbi Building

Al Qusais, United Arab Emirates

Mauritius Telecom Limited
Edith Cavell Street
Telecom Tower, 18th Floor
Port-Louis, Mauritius 11302

Megatel Netcom Corp
11100, Valley Boulevard, No. 202
El Monte, CA 91731

Message Trade GMBH
Zeughausstrass
14b 8853
Lachen, Switzerland

Honora Tanzania Public Limited Company
PSSSF Commercial Complex, House No. 24
Sam Nujoma Road
Sinza C- Street
Dar-es-Salaam, Tanzania 16102

MIC Tanzania Public Limited Company
Derm Complex, Plot No.11, Block 45A
P.O. Box 2929
New Bagamoyo Road, Kijitonyama
Dar-es-Salaam, Tanzania

Micro Cloud (Bankai)
7 Temasek Boulevard, No. 18-03

Microtalk Europe Ltd
Riverbank House, 1 Putney Bridge Approach
London, England SW6 3JD
United Kingdom

Milagro Telecom LTD
Vyzantiou 42A Grigori Afxentiou Egkomi
2407 Nicosia, Cyprus

MKEL Networks Limited
4A Kokoma Close, Wuse 2
Abuja, Nigeria

Mobiadvanced Interactive Limited
46 Lyndhurst Terrace
Oriental Crystal Commercial Building 6/F
Central, Hong Kong

MOBIK D.O.O.

Cesta v Gorice 34A
1000 Ljubljana, Slovenia

Mobile Response OU
Seebi tn. 1-909, 11316 Harjumaa
Tallinn. Estonia

Modica Group Limited
40 Lady Elizabeth Lane, Level 2
Wellington, New Zealand 6011

Monty International FZ-LTD P2P
Central Park Tower, Unit 30, Floor 20
DIFC
Dubai, United Aarab Emirates

MOV International Telecom PTE Limited
No. 10-01 Jalan Besar Plaza, 101 Kitchener Road
Singapore 208511

Movitel SA
Rua Dos Desportistas No. 691
Predio JAT-VI Piso 12, 14 & 15
Distrito Kampfumo
Cidade de Maputo, Eswatini
South Africa

MUASRT PVT LTD
Horton House, Exchange Flags, 5th Floor
Regus – Liverpool, England L23PF

Munitel GmbH.
Werinherstr. 56 81541
Munich, Germany

My Country Mobile Pte Ltd.
8 Temasek Boulevard, Suntec Tower 3, No. 32-01
Singapore 038988

N.C. NET-CONNECT (CY) LTD
Riga Feriou, 2 Limassol Center
Block B, 4th Floor, Office 406
3095 Limassol, Cyprus

NBI Telecom INC
2711, Centerville Road, Suite 400
Wilmington, DE 19808

Nedimix S.A
25 de Mayo 467, Room N 401
Montevideo, Uruguay

Neom Communications LLC
701 Tillery Street, Unit 12, 1660
Austin, TX 78702

Netia S.A.
Warsaw 02-822 13 Poleczki Street
Poland

Netline Mobile S.A
AV Los Conquistadores 2430
Providencia Santiago, Chile

New Horizon Networks Pte. Ltd
213/215 Botahtaung Pagoda Street
Yangon, Myanmar (Burma)

NewTech Voip Services Corporation
Calle Magdalena Suero 1
San Geronimo
Santo Domingo, Dominican Republic

Next Mobile SP Z.o.o
ul.W Rzymowskiego 31, 02-697
Warszawa, Poland

NGN CORP S.A.L (Offshore)
Jswiswh 19, 7b, Pierre Gemayel Avenue
Jdeideh Meten, Lebanon

Nomad Telecom Inc
3257 Carriage Hill Place
Ontario, Canada K1T 3X6

NTH AG
Hardturmstrasse 161
8005 Zürich, Switzerland

OBLCOM SWISS AG
Grundstrasse 6
CH-634 Rotkreuz, Switzerland

Ocean Tel Group Ltd
223 Regent Street
International House, 6th Floor
London, England W1B2QD
United Kingdom

Ocean Telemedia Limited
31-35 Shan Mei Street
Flat F45, 13/F Block F
Wah Lok Industrial Centre Shatin

123456 New Territories, Hong Kong

OKTELECOM LTD
48 Triq il-Mosta
Attard 1432, Malta

OM Telentia Networks Pte Ltd
68 Circular Road
No. 02-01, RP Cecil
Marina, Singapore-049422

One Albania sh.a
Rruga "Muhedin Llagami"
Kompleksi Square21
Tirana, Albania

Onextel Technology EST
#765 IBD-Business Bay Branch
Dubai, United Arab Emirates

Orange Burkina Faso S.A.
771 Avenue of President Aboubacar Sangoule Lamizana
01 BP 6622
Ouagadougou 01, Burkina Faso

Orange RDC SA avee CA
372 Colonel Mondbija Avenue
Commune De Ngaliema
Kinshasa, Democratic Republic of Congo 01011

Orange Sierra Leone
25 Regent Road, Hill Station
Freetown, Sierra Leone

OXNP s.r.o
Sokolovska 694/102a
18600 Praha, Czech Republic

OXNP Telecom Limited
604 Tower A, New Trade Plaza
6 On Ping Street
Shatin, New Territories 200070
Hong Kong

Phoenitele Software FZCO
DSO-IFZA, IFZA Properties
Dubai Silicon Oasis
Dubai, United Arab Emirates

Pineapple Communications
12886 Elmfield Lane

Poway, CA 92064

Pingdash PTY LTD
3 Armstrong Road
Melbourne
Victoria 3153 Australia

Platin Telecom s.r.o.
Masiarska 37
Kosice, Slovakia 04001

PLDTS International Carrier Ltd
111 Park Street
Mayfair
London, England W1K 7JF

Palau National Communications Corporation
One Airport Road, Palau, PW 96940
Oceania, Palau 99

Pontal Servicos De Comunicacao Digital LTDA
Pça Ramos de Azevedo
No. 206 – 8th Floor CJ 850/840/830
01037-010 Sao Paulo/SP, Brazil

Premiatel Pte. Limited
105 Cecil Street, No. 06-01 Octagon
Singapore 069354

Primus Telecommunications Pty Ltd.
Level 10, 452 Flinders Street
Melbourne
Victoria, Australia 3000

Procube Solution PVT LTD
G7, Sai Towers Ameenpur
Hyderabad, India

Prolific Telecom LTD.
6/F South China Industrial Building, Room No. 603
1 Chun Pin Street
Kwai Chung, New Territories
Hong Kong

PSTN GLOBAL SDN BHD
No. 71-2 (Room 1) Jalan SBC 1, Taman Sri Batu Caves
Batu Caves, Selangor 68100
Kuala Lumpur

Pulseem LTD
Masrik Boulevard

Registered Office No. 13
Jaffa
6435121 Tel Aviv, Israel

Qatama Limited
RAKIA Amenity Center, Suite 464
Al-Jazeera Al-Hamra
Ras Al Khaima, United Arab Emirates

QBR Telecom
913 N Market Street, Suite 200
Wilmington, DE 19801

QBR TELECOM FZE LLC
A-60-00-01-01/3 - Flamingo Villas
Ajman, United Arab Emirates

Qoolize LLC
2701 Centerville Road
Wilmington, DE 19808

Quiits Consulting
Norwich Enterprise Centre, 4B Guildhall Hill
Norwich
Norfolk, England NR2 1JH

Quiits Consulting LTD
Snetterton Business Park, Snetterton Park
Office 3
Harling Road, Snetterton
Norfolk, England NR16 2JU

Qxtel Limited
No.1 Poultry
London, England
United Kingdom

RedeeTel Information Technology LLC
IRISE Tower, Office 22C14, Barsha Heights
Dubai, United Arab Emirates

Reliance Jio Infocomm Limited
Office-101, Saffron, Nr. Centre Point, Panchwati 5 Rasta
Ambawadi, Ahmedabad-380006
Gujarat, India

Reliance Jio Infocomm UK Limited
105 Wigmore Street, 8th Floor
London, England W1U1QY
United Kingdom

Reshetcall a LTD Corporation
33 Hanamal Street
Haifa, Israel

RH International Limited
11 Cliffe Park Way, Bruntcliffe Road
Morley, Leeds
West Yorkshire, England LS27 0RY

RITORICA LTD
Elaionon,
101A P.C. 1060
Nicosia, Cyprus

Route Trade Com PTE LTD
68 Circular Road, No. 02-01
Singapore 049422

Rovex Telecom Limited
Efesou, 9
Paralimni
5280 Famagusta, Cyprus

SAIF Telecommunications PTE LTD.
531 Upper Cross Street, No. 02-11
Hong Lim Complex
Singapore 050531

Scaffnet Pte Ltd
60 Paya Lebar Road, No. 06-34
Paya Lebar Square, Singapore 409051

Sergel Kredittjänster AB
Adolf Fredriks kyrkogata 8
105 26 Stockholm, Sweden

Servenum Contact Center
Camino de la Secretaria A No. 61 Col. Campestre Aragon
Mexico City, Mexico

Shansi Communications Pte Ltd
30 Cecil Street, No. 19-08,
Prudential Tower
Singapore 049712

Shaun Telecom Limited
South China Industrial Building, Room 3 6/F
1 Chun Pin Street,
Kwai Chung, New Territories
Hong Kong

SIA Vertex LV
Jatnieku Street 77A-24.
Daugavpils, 5410 Latvia

Signatek Networks Solution
1, CIPM Building Alausa
Ikeja
Lagos, Nigeria

Sinch Interconnect LLC
3500 Lenox Road, Suite 1875
Atlanta, GA 30326

Sinch UK Ltd
9-12 Long Lane, Barbican
Cap House, 4th Floor
London, England EC1A9HA
United Kingdom

Sipstatus Global LTD
Arch Makariou III
33 Frixos Court, Office No. 107
6017 Larnaca, Cyprus

SIPX Holding Inc
4300 Biscayne Boulevard, Suite 203
Miami, FL 33131

Sirius Networks LLC
Baghramyan Avenue, 2nd lane 8/17
0019 Yerevan, Armenia

SixFive Networks LTD
40 Craven Street
Charing Cross
London, England WC2N
United Kingdom

Smart Digital Ideas DOO
Jurija Gagarina 231, Local 329
Serbia, Belgrade 11070

Smart M2M CY Limited
Proteas House, Floor 5
155 Arch. Makariou III Avenue
Limassol 3026, Cyprus

Smart Text Link, Inc.
804 Monroe Drive
Harleysville, PA 19438

SMS Telecomm, LLC
1303 53rd Street, Suite 103
Brooklyn, NY 11219

Soatso AB
Bjornkil Pukeberg 1
58596 Linkoping, Sweden

Softinvest Media Ltd
Apostol Karamitev Street, No. 10, Office 13
Burgas, Bulgaria

SONATEL
64 Cité Keur Gorgui Dakar- BP 69
Dakar, Senegal

Spectrum Wireless Communications Ltd
15 Sumba Road
Nairobi, West Kenya

Spirelio Inc
831 N Tatnall Street
Wilmington, DE 19801

SROT Telecom PTE LTD
30 Cecil Street, Prudential Tower, No. 19-08
Singapore 049712

STC Bahrain B.S.C. Closed
STC Tower 15, Road 68, Block 428
P.O. Box 21529
Seef District, Kingdom of Bahrain

SWAN,a.s.
Landererova 12
Bratislava, Slovakia 81109

SYMBO PTE LTD
30 Cecil Street, Prudential Tower, No. 19-08
Singapore 049712

T-2-d-0-0
Verovskova Ulica 64A
SI-1000 Ljubljana, Slovenia

TALEPPO
Çagis Mh. 15.Sk.Teknokent, No. 2/11
Karesi/Balikesir, Turkey

Talk Telecom Corporation

433 Plaza Real
Suite 275, Office No. 49
Boca Raton, FL 33432

Talkshop Interactive Inc.
45 Kingsbridge Garden Circle
Mississauga, Ontario L5R3K4
Canada

Tanla Mobile Asia Pacific PTE Limited
10 Jalan Besar, Sim Lim Tower, No. 10-12
Singapore-208787

Tanzania Telecommunications Corporation
Extelecoms House, 32 Samora Avenue
P.O. Box 9070
Dar es Salaam, Tanzania 11950

Techalpha Group LLC
2164 Woodbine Drive
Canton, MI 48188

Tecomsa Telecommunications LTD
Gregoriou Xenopoulou 4B Germasogeia
Limassol, Cyprus 4049

Telco Connection
31821 Via Perdiz
Coto de Caza, CA 92679

Tele2call LLC
1007 Hartmont Road
Catonsville, Maryland 21228

Telecall Telecommunications Corp.
848 Brickell Avenue, Suite 1235
Miami, Florida 33131-2975

Telecel Global Limited
Rue de L'institut, Ebene Skies - 4th Floor
Ebene
Quatre Bornes, Republic of Mauritius

Telecom Italia Sparkle S.p.A
Via di Machhia Palocco 223
Rome, Italy 00125

Telefonica Global Solutions S.L.U.
Ronda de la comunicacions s/n
Edificio Oeste 1, Planta 2
Madrid, Spain 28050

Telefonix Inc
410 Chrislea Road, Unit 12
Vaughan
Ontario, Canada,L4L 8B5

Telekomunikasi Indonesia International (HK) Limited
5 Canton Road, 9/F Ocean Centre, Suite 905
Tsim Sha Tsui
Kowloon, Hong Kong

Telekomunikasi Indonesia International (TL), S.A.
Timor Plaza, 4th Floor
Avenida Presidente Nicolau Lobato
Comoro
Dili, Timor-Leste

Telennovatiq Pte Limited
#18-02 High Street Centre, North Bridge Road
Singapore 179094

Telesense Global Carrier Pte Ltd
531A Upper Cross Street
Singapore 051531

Telia Finland Oyj
Pasilan asema-aukio 1
00520 Helsinki, Finland

Telia Sverige AB
Reg. no. 556430-0142
169 94 Solna, Sweden

TelNG Ltd
27 Old Gloucester St
London, England EC2A1VW

Telnovo Communications Inc
One Global Place, Level 10-1
25th St & 5th Ave
Bonifacio Global City, Taguig 1632
Phillippines

TelOne (Private) Limited
107 Kwame Nkrumah Avenue
Runhare House
Harare, Zimbabwe

Telxio Network Pte. Ltd.
30 Cecil Street, Prudential Tower
No. 19-08

Singapore

Terminium Telekomunikasyon Limited Sirketi
Kocatepe Mah,Sehit Muhtar Bey Cad. Sait Sakir, Apt No. 18/3
Beyoglu/Istanbul, Turkey

Teways Limited
13 Regent Road
Lumley, Western Area
Freetown, Sierra Leone

Text2World Limited
16-18 Mau Lam Street, Jordan
Mau Lam Comm Building, Unit 1/F
Yau Ma Tei, Hong Kong

The Big Empire Ltd
311 Regent Park Road
London, England N31DP

The Dial Pad
Ajman St. 17
Marib Governorate, Yemen
Yemen Arab Republic

TheMost, SIA
Matisa 61 – 28
Riga, Latvia 1009

Thepartner LLC
1209 Mountain Road Place NE
Albuquerque, NM 87110

Tip America LLC
90 N Compass Drive
Fort Lauderdale, FL 33308

Titan International Wholesale, Inc
1178 Broadway, 3rd Floor, No. 3219
New York, NY 10001

Togo Cellulaire
Place de la Reconciliation
Quartier Atchante, BP
333 Lome, Togo

Tokydigital SRL
Via Zara 44
48124 Ravenna, Italy

Transtalkie Limited

707-713 Nathan Road
9/F Silvercorp International Tower, Room A
Mongkok
Kowloon, Hong Kong

Vesper Technology Limited
13A/F South Tower Finance CTR Harbour City, Room 5-15,
17 Canton Road
Tsim Sha Tsui
Kowloon, Hong Kong

Triplet Data Networks and Telecommunications LTD
Panagioti Kanellopoulo,
18 Sakkas Court 3,1st Floor, Office 102
6057 Larnaca, Cyprus

Trriple Payment LLC
Al Safa Sheik Zayad Road
Emarat Atrium Building, Block A, Office 307
Dubai, United Arab Emirates

Tuvalu Telecommunications Corporation
F5GV+8XH
Vaiaku
Funafuti, Tuvalu

tyntec Limited
20 Farringdon Street, 8th Floor
London, England EC4A 4AB
United Kingdom

UK Intis Telecom Ltd
20 Hammersmith Broadway
London, England W6 7AF
United Kingdom

JSC "Ukrtelecom" (Ukrtelecom JSC)
18 Boulevard T. Shevchenko
Kiev, Ukraine 01601

Unicorn Communication Infrastructure Maintenance L.L.C
1904 Al Wahda Investment Commercial Tower,
Haza bin Zayed the first street
P.O. Box 45195
Abu Dhabi, United Arab Emirates

Valley Technologies Limited.
15/F Cameroon Plaza, Unit B, 23-25 A
Tsim Sha Tsui, Hong Kong

VAZQ Communications Inc.

655 N Central Avenue, Suite 1760
Glendale, CA 91203

MCI International LLC
5055 North Point Parkway
Alpharetta, GA 30022

Verscom MENA FZ-LLC
FDRK2993 Compass Building, Al Shohada Road
AL Hamra Industrial Zone-FZ
Ras Al Khaimah, United Arab Emirates

Viber Media s.a.r.l
2, rue du fosse
L-1536 Luxembourg, Grand Duchy of Luxembourg

Virtuoso Netsoft Pvt. Ltd
Rajiv Gandhi Technology Park
Plot No. 10, 3rd Floor
Chandigarh, India 160101

Vivaconnect Marketing Management LLC
Sultan Business Centre, Plot Number 11,-0
Oud Metha
Dubai, United Arab Emirates

Vocalix Ltd.
7, ZFAT Street
Holon, Israel 58552

Voicetec Sys Limited
790 Uxbridge Road Hayes
Middlesex, England UB4 0RS

VOICY S.M.P.C
Filonos 107-109
Piraeus, Greece 18535

Voip4ex LTD
1 Charterhouse MEWS
London, England ECIM 6BB

Voipleaders System Sdn Bhd.
1 Menara Standard Chartered, Level 20
30 Jalan Sultan Ismail
Kuala Lumpur, Malaysia 50250

Volume International Ltd
153 The Parade High Street, The Old Bank
Regico Offices, Office 182,
Watford, England WD17 1NA

United Kingdom

VONIP LTD
1208, Warwick Road
Birmingham, England B27 6BY
United Kingdom

Vox Solutions Global Limited
111 Connaught Road
21/F Wing on Centre Central, Room 2110
Hong Kong

Voxology Carrier Services INC.
5000 Birch, Suite 3000
New Port Beach, CA 92660

VX-Telecom GP.
7398 Yonge Street, Unit 6D - 501
Thorne Hill, Ontario L4J8J2
Canada

VX Telecom Group GP
2967 Dundas St. W, 717d
Toronto, Ontario M6P1Z2
Canada

Wayvz S.A.L (Offshore)
MEA Building, 5th Floor
Remlet Albaida
Beirut, Lebanon 1809811

We2Stars Company Limited
We2Seafoods Building AFKO Junction
Fishing Harbor
Tema, Ghana

Wii Telekom Dis Ticaret Limited Sirketi
Kocatepe Mah. Schit Muhtar Bey Cad Sait Sakir
Apt No. 18/3
Beyoglu
Istanbul, Turkey

WOLIFY.AI Limited
Vyzantiou, 5
6030 Larnaca, Cyprus

Wyzer Investments
18 Msaduku Road
Nairobi, Kenya

Xoom Telecom PTY LTD

11 Denham Place, Unit 1
Toorak, Melbourne
18117 Victoria, Australia

Y3M Connection Limited
1660 S. Highway 100, Suite 500A
St. Louis Park, MN

Yappingo Limited
Kellysgrove
Ballinasloe
Galway, Ireland

YGOY INC
310 Green Field Road
Bridge Water, NJ 08807

YX International Information Co,LTD

707-713 Nathan Road
9/F Silvercorp International Tower, Room A
Mongkok
Kowloon, Hong Kong

Zambia Telecommunications Company Limited
Zamtel House (Corner of church and Chilubi Roads)
Lusaka, Zambia

ZAYTEL d.o.o.
Ulica XIV. divizije 008
3000 Celje, Slovenia

Zenit Telecommunication LLC
Griboyedov Street
Building 4, Apt 39
Yerevan, Armenia

Zonevoice Limited
3 Themistokli Dervi Street
Julia House
Nicosia, Cyprus 1066

Zorra Telecom Nigeria LTD
50/52 Toyin Street
Ikeja
Lagos, Nigeria

Stellar Business Consulting
1/1 Laxminagar, GHB Chandkheda

Ahmedabad
380005 Gujarat, India

Anuj Rajan Joshi
73 Hainault Road
Romford
Essex, England RM5 3AD

Ashay N
161 Roehampton Avenue, Unit No 2806
Toronto, Ontario M4P 078
Canada

Kaizen Business Advisers
A/1002 Kaveri Trisara, DPS Neelkanth Road, Shilaj,
380059 Ahmedabad, India

Metasync Business Consulting
F 1204, Sun South Rayz, (Opp Gala Luxuria)
South Bopal, Ahmedabad
380058 Gujarat, India

Nebular Consultancy Services
B-301 GreenCity Apartments, (Opp Science City)
Ahmedabad
380060 Gujarat, India

DR Silva Consultoria
Rua Centralina 1028, Apt 202
Brazil

Telkor Fides j.d.o.o. (Zoran)
Bužanova 8, 10 000
Zagreb, Republic of Croatia

Sakshi Soni
14 Saffron Street
Robertson, New South Wales 4109
Australia

Sansay
4350 La Jolla Village Drive, Suite 888
San Diego, CA 92122-1243

Zayo Group
114 Whitechapel High Street
The Relay Building, 4th Floor
London, England E1 7PT
United Kingdom

Cogent Communications USA

P.O. Box 791087
Baltimore, MD 21279-1087

Tata Communications (America) Inc.
Collection Center Drive
Lock Box No. 7595, 7595
Chicago, IL 60693

Cogent Communication UK Limited
Halo, 5th Floor
Counterslip, Bristol BS1 6AJ

Travelers Insurance
Travelers CL Remittance Center
P.O. Box  660317
Dallas, TX 75266-0317

Fidelity Funding Services, LLC
19600 Fairchild Road, Suite 120
Irvine, CA 92612

Mobile Ecosystem Forum LTD
Amelia House, Crescent Road
Worthing, England BN11 1QR
United Kingdom

RTC Associates, LLC
4330 South Lee Street, Building 800B
Buford, GA 30518-3072

Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820

Jeffrey Management Corp
7 Penn Plaza - 11th Floor
New York, NY 10001

ADP, Inc.
10200 Sunset Drive
Miami, FL 33173

Alarislabs LLC
68 Circular Road No. 02-01
Singapore 049422