# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 25-73095 (AST) |
| BROADBAND TELECOM, INC., | : | |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 25-73096 (AST) |
| BB SERVICER, LLC, | : | |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| BRIDGEVOICE, INC., | : | Case No. 25-73097 (AST) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| CARRIOX TELECAP LLC, | : | Case No. 25-73098 (AST) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| CARRIOX TOWERCAP LLC, | : | Case No. 25-73099 (AST) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------x

# ORDER PURSUANT TO RULE 1015(b) OF THE
# FEDERAL RULES OF BANKRUPTCY PROCEDURE
# DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Debtors' chapter 11 cases (the "Bankruptcy Cases"), and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and the Motion being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors; and the Court having determined that the legal and factual bases set forth in the Motion justify the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that the above-captioned Bankruptcy Cases are consolidated for procedural purposes only and shall be jointly administered by this Court in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and it is further

**ORDERED**, that the Clerk of the Court shall maintain one file and one docket for the Bankruptcy Cases, which file and docket shall be the file and docket for the chapter 11 case of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

Broadband Telecom, Inc., Case No. 25-73095 (AST). The caption of the jointly administered cases is to read as follows:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re                                                                    :
                                                                               :              Chapter 11
BROADBAND TELECOM, INC., *et al.*,           :
                                                                               :              Case No. 25-73095 (AST)
                                                                               :
                                                                               :              (Jointly Administered)
                                                                               :
                        Debtors.                            :
----------------------------------------------------------x

and it is further

**ORDERED**, that the foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code; and it is further

**ORDERED**, that all pleadings filed and each notice mailed by the Debtors will include a footnote listing the Debtors and the last four digits of their tax identification numbers as follows:

> *The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) BB Servicer, LLC (3400); (2) Carriox Telecap LLC (4403); (3) Carriox Towercap LLC (1520); (4) Bridgevoice, Inc. (9499); and (5)Broadband Telecom, Inc. (0930). The location of the Debtor Broadband Telecom, Inc.'s principal place of business is 100 Quintin Roosevelt Blvd, Suite 503, Garden City, New York 11530, and the Debtors' service addresses in these Chapter 11 Cases is the same.*

and it is further

**ORDERED**, that a docket entry shall be entered on the docket of Broadband Telecom, Inc. to reflect the joint administration of the Bankruptcy Cases in substantially the following form:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Broadband Telecom, Inc. (25-73095 (AST)); BB Servicer, LLC (25-73096 (AST)); Bridgevoice, Inc. (25-73097 (AST)); Carriox Telecap LLC (25-73098 (AST)); and Carriox Towercap LLC (25-73099 (AST)). The docket in Bankruptcy Case No. 25-73095 (AST) should be consulted for all matters affecting these cases.

and it is further

**ORDERED**, that the Debtors shall file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, in accordance with the applicable instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation; and it is further

**ORDERED**, that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the estates in these Bankruptcy Cases; and it is further

**ORDERED**, that the Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York
Dated: _____, 2025

                                                                           _____
HONORABLE ALAN S. TRUST
CHIEF UNITED STATES BANKRUPTCY JUDGE