**ROBERT H. WARSHAUER**
8680 Empire Club Drive, Unit # 5,
Park City, Utah 84060
robertwarshauer@gmail.com
914 552-2600

## Work Summary

Mr. Warshauer is an experienced, consensus building executive with 35 years of unique operational, financial and investment banking expertise with both public and private companies in a wide range of industries. Mr. Warshauer has worked with boards of directors, management teams and creditors on all aspects of capital markets transactions, including restructurings, refinancings and M&A

**BLST Holdings, LLC dba Bluestem Brands, Eden Prairie, MN**, Chief Executive Officer, February 2020 - Present
- Fingerhut a billion dollar fintech, fusing AI data modeling and analytics to provide flexible payment options for customers to build or rebuild credit through purchases of national brand merchandise
- Orchard Brands through distinctive labels offers a large selection of private label merchandise through E-Commerce and catalog mailings.

**Imperial Capital, LLC, New York, NY,** Managing Director – April 2008 - June 2020
Head Investment Banking – New York & Co-Head National Restructuring Advisory Practice
- Provide capital markets and financial advisory services to companies, boards and creditors on refinancings, restructurings, recapitalizations and acquisitions across a variety of industries
- Unique combination of investment banking expertise and operational performance improvement experience to provide a broader range of services to large and middle market companies

**Kroll Zolfo Cooper, New York, NY,** Managing Director – April 2007 - April 2008
- Provided operational improvement, cost reduction, merger & acquisition, interim CEO management and capital market advisory services to public and private clients

**Lighting Science Group Corporation, Dallas, TX (NASDAQ: LSCG)**
President & Member of the Board of Directors – March 2006 - March 2007
Investment Banker to the Company (client of Giuliani Capital) – February 2005 - March 2006
- Coordinated new capital raising programs, Asian manufacturing and operational improvements, and the ultimate sale of the company to a leading private equity group

**Ernst & Young LLP and Affiliated Companies –** 1985 - 2006
**Ernst & Young LLP, New York, San Francisco, Los Angeles,** Partner – 1985 - 1999
- Negotiated spin-off transactions to create Giuliani Capital Advisors and EY Corporate Finance
- Negotiated restructurings, acquisitions and capital raising efforts on behalf of clients across many industries including manufacturing, retail/consumer, airlines, energy, technology and telecom

**Ernst & Young Corporate Finance LLC, New York, NY**
- Senior Managing Director, Member of the Board of Managers – 1999 - 2004

**Giuliani Capital Advisors LLC, New York, NY (Successor Company to EY Corporate Finance)**
- Senior Managing Director and Member of the Board of Managers – November 2004 - August 2006

**W.R. Grace Inc., New York, NY** Senior Financial Analyst, Corporate Financial Planning and Mergers & Acquisitions – 1983 - 1985

**Price Waterhouse, New York/Stamford CT,** Senior Accountant and CPA – 1980 - 1983

**Board of Director and Executive Management Positions**

**BC Partners, New York** – a leading Private Equity and Credit investment firm with over $50 Billion in assets
    **BC Partners Specialty Lending, Inc, NY & London,** Board of Directors 2018 - Present
- Chair of the Audit Committee and Independent Director of this business development investment company

    **Portman Ridge Finance Corp., Inc. NY,** (NASDAQ:PTMN) Board of Directors 2019 - Present
- Chair of the Audit Committee and Independent Director of this publicly traded BDC, successor entity of KCAP (NASDAQ:KCAP), Kohlberg & Company's specialty lending vehicle

    **Logan Ridge Finance Corp, Inc. NY,** (NASDAQ:LRFC) Board of Directors 2021 - Present
- Chair of the Audit Committee and Independent Director of this closed-end investment company

    **Alternative Credit Income Fund** & **Opportunistic Credit Income Fund**, **NY,** Independent Trustee
- Chair of the Audit Committee of these specialized interval funds 2021 – Present

**Runway Growth Capital, NY,** (NASDAQ:RWAY) Independent Director, March 2025 - Present
- Specialty finance company focused on providing flexible capital solutions to late-stage and growth companies seeking an alternative to raising equity

**Desktop Metal Corp, MA,** (NYSE: DM) Independent Director, April 2025 – Present
- Leading 3-D printing and additive materials manufacturer serving the aerospace, automotive, medical and consumer industries

**Synthego, CA,** Independent Director, April 2025 – August 2025
- Industry leading supplier of CRISPR cell and gene solutions and gene editing therapies aimed at eradication of diseases and improved outcomes in therapeutic treatments

**Accuride Corporation, MI,** Independent Director, January 2025 – March 2025
- Leading supplier of steel and aluminum wheel end systems to the global commercial vehicle market

**KAL Freight, Inc, Arlington, TX,** Independent Director, November 2024 – April 2025
- Fast growing trucking company that offers a complete range of transportation and logistics, and trailer leasing services to diverse industries across the US

**ZIPS Car Wash, Plano, TX,** Independent Director, October 2024 - Present
- The largest privately held car wash operator in the country with more than 275 locations across 23 states providing the highest quality express tunnel car wash in the industry

**Worldwide Machinery, Houston, TX, Independent Director**, September 2024 - Present
- Supplier of large heavy earthmoving and pipeline laying equipment across the globe for sale, lease and long-term rental

**Horizon Maritime Holdings. New Foundland, Canada,** Board of Directors April 2024 - Present
- Leading provider of vessels and offshore maritime services for harsh weather and deep water environments in Canada, Norway and around the globe

**Chicken Soup for the Soul Entertainment, CT, (**NASDAQ:CSSE) Independent Director, May 2024 - July 2024
- Publicly traded entertainment and media company as a premium provider of ad-supported video-on-demand, owner of 50,000 content titles and 29,000 retail video kiosks

**Cognition Financial Co. Boston, MA,** Board of Directors April 2023 - October 2023
- Leading private student loan lending, financing and servicing company

**Icon Parking Holdings, LLC, New York, NY,** Independent Board of Directors June 2020 - April 2023
- Largest parking garage company in Manhattan operating under the Icon and Quick Park brands

**Powermat Technologies, Inc. Tel Aviv, Israel,** Board of Directors June 2020 - October 2022
- Global provider of wireless charging platforms to consumers worldwide

**Redbox Entertainment, Inc, New York, NY,** (NASDAQ:RDBX) Board of Directors April 2022 - July 2022
- Leading video on-demand streaming and video rental company

**Global Knowledge Inc, Cary, NC,** Independent Board of Directors June 2020 – June 2021
- World's leading technology skills training provider, supporting major tech enterprises & professionals

**MD America Energy, LLC, Ft Worth, Texas,** Chairman Board of Directors April 2020 - December 2020
- Oil and gas operating company engaged in the acquisition, development, exploitation and production of crude oil and natural gas properties in East Texas with over $1 Billion invested

**LBI Media** (dba Estrella Media), **Los Angeles, CA** Board of Directors 2019 - 2021
- Leading vertically integrated, multi-platform, Spanish language TV and radio media company

**Element Power Holdings & Greenlink Interconnect, Dublin, Ireland,** Board of Directors 2019 - 2021
- Clean energy technology solutions throughout Europe and South America

**STG Group, Inc., Washington, D.C.,** Chairman Board of Directors 2017 - 2018
- Provides cyber security, network intrusion detection, access control, and risk assessment services to US Defense and National Security Agencies including the NSA, CIA, FBI, Army, Navy, etc.

**UniTek Global Services, Blue Bell, PA (NASDAQ: UNTK),** Board of Directors 2015 - 2018
- Fully integrated solutions provider, offering systems integration to cable, satellite carriers

**Heartland Automotive, Dallas, TX,** Interim President & CEO 2014 - 2015, Board of Directors 2015 - 2016
- Operator of over 500 Jiffy Lube locations in 23 states with 5,500 employees

**Coyne Textile Services, Syracuse, NY**, Board of Directors 2010 - 2011
- Uniform rental, industrial products and business services company

**Shred-it International, Inc., Toronto, Canada**, President & Chief Executive Officer 2007 - 2009
- International document management company with 2,500 employees operating in 16 countries through company owned and franchised locations throughout the world

In addition, Mr. Warshauer has served as Board Observer for **Quicken, Inc**. and **Cedar Electronics, Inc.**

**Professional and Affiliations**
Global M&A Network - Atlas M&A & Restructuring Award Winner
American Bankruptcy Institute – Former Board of Directors & Nominating Committee
American Institute of Certified Public Accountants & New York State Society of CPAs
Frequent speaker at conferences and quoted in business publications on capital markets and restructurings

**Education**
New York University – MBA Degree in Finance
Bucknell University – BSBA Degree in Business and Accounting
NASD Representative – Series 7, 24 and 63
Certified Public Accountant – New York State (Non-Practicing)