# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
In re                                                    :
                                                         :          Chapter 11
BROADBAND TELECOM, INC., *et al.*, [1]     :
                                                         :          Case No. 25-73095 (AST)
                                                         :          (Joint Administration Requested)
                                                         :
                              Debtors.          :
--------------------------------------------------------x

**ORDER SHORTENING TIME WITH RESPECT TO THE DEBTORS' *EX PARTE* MOTION TO SHORTEN TIME WITH RESPECT TO THE HEARING ON THE DEBTORS' MOTION TO APPROVE (I) RETENTION AND EMPLOYMENT OF ROBERT WARSHAUER AS INDEPENDENT DIRECTOR TO THE DEBTORS *NUNC PRO TUNC* TO AUGUST 21, 2025; (II) RETENTION AND EMPLOYMENT OF JOHN D. BAUMGARTNER AS CHIEF RESTRUCTURING OFFICER OF THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE; AND (III) APPROVING AND SO ORDERING PROPOSED STIPULATION SETTING FORTH THE TERMS OF AN AGREEMENT BETWEEN THE DEBTORS, SPVS, BANKIM BRAHMBHATT, AGENT, AND LENDERS**

Upon the *ex parte* motion (the "Motion to Shorten Time") for an order, pursuant to Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9077-1 of Local Bankruptcy Rules for the Eastern District of New York (the "Local Rules"), shortening the time with respect to the hearing on the Debtor's *Motion to Approve (I) Retention and Employment of Robert Warshauer as Independent Director to the Debtors Nunc Pro Tunc to August 21, 2025; (II) Retention and Employment of John D. Baumgartner as Chief Restructuring Officer of the Debtors Nunc Pro Tunc to the Petition Date; and (III) Approving and So Ordering Stipulation Setting Forth*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) BB Servicer, LLC (3400); (2) Carriox Telecap LLC (4403); (3) Carriox Towercap LLC (1520); (4) Bridgevoice, Inc. (9499); and (5) Broadband Telecom, Inc. (0930). The location of the Debtor Broadband Telecom, Inc.'s principal place of business is 100 Quintin Roosevelt Blvd, Suite 503, Garden City, New York 11530, and the Debtors' service addresses in these Chapter 11 Cases is the same.

the Terms of an Agreement Between the Debtors, SPVs, Banim Brahmbhatt, Agent and Lenders (the "Motion to Approve")[2]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, dated January 31, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion to Shorten Time and the hearing to consider the Motion to Shorten Time was sufficient under the circumstances; and this Court having determined that the relief requested in the Motion to Shorten Time is in the best interests of the Debtors, their estate, their creditors and other parties in interest; and it appearing that no notice of the relief requested in the Motion to Shorten Time need be provided; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.     The Motion to Shorten Time is GRANTED as set forth herein.

2.     The hearing to consider the approval of the Motion to Approve shall be held **on August [28], 2025 at 10:00 a.m. (EST)**, before the Honorable Alan S. Trust, Chief United States Bankruptcy Judge,

3.     Any objections to the Motion to Approve shall be filed by **August [27], 2025 at 4:00 p.m. (EST)** and served upon (i) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip,

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Approve.

New York 11722, Attn: Christine Black, Assistant U.S. Trustee; and (ii) counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Tracy L. Klestadt: tklestadt@klestadt.com; John E. Jureller, Jr.: jjureller@klestadt.com; Brendan M. Scott: bscott@klestadt.com.

4.      Within one (1) business day of entry of this Order, the Debtors shall serve this Order via electronic mail if known, and by U.S. Mail if email not known, upon: (a) the United States Trustee for the Eastern District of New York; (b) secured creditors, EAVF/SLF CC Leverage SPV, LLC, EAVF/SLF BB Leverage SPV, LLC, and AVF III US Aggregator, L.P. and their administrative agent Alter Domus (US) LLC; (c) the parties listed in the list of twenty (20) largest unsecured creditors filed by the Debtors in these Chapter 11 Cases; (d) the Internal Revenue Service; (e) the Securities and Exchange Commission; (f) any party that has requested notice pursuant to Bankruptcy Rule 2002; and (g) any other party entitled to notice pursuant to Local Rule 9013-1(d).

5.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the enforcement of this Order.