Bennett Murphy
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St. 10th Floor
Los Angeles, CA 90017
213-443-3000 Main Office Number
bennettmurphy@quinnemanuel.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| *Broadand Telecom*, *Inc.*, | : | Case No. 25-73095 |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears in this case as counsel for EAVF/SLF CC LEVERAGE SPV, LLC, EAVF/SLF BB LEVERAGE SPV, LLC and AVF III US AGGREGATOR, L.P., pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following:

> Bennett Murphy
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 S Figueroa St. 10th Floor
> Los Angeles, CA 90017
> 213-443-3000 Main Office Number
> bennettmurphy@quinnemanuel.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail,

facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

Dated: August 26, 2025
      New York, New York

          */s/* Bennett Murphy
          Bennett Murphy
          Quinn Emanuel Urquhart & Sullivan, LLP
          865 S Figueroa St. 10th Floor
          Los Angeles, CA 90017
          213-443-3000 Main Office Number
          bennettmurphy@quinnemanuel.com

          *Counsel to EAVF/SLF CC LEVERAGE SPV,LLC, EAVF/SLF BB LEVERAGE SPV, LLC and AVF III US AGGREGATOR, L.P*