UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                              :
                                                        :      Chapter 11
                                                        :
BROADBAND TELECOM, INC., *et al.*, [1]       :      Case No. 25-73095 (AST)
                                                        :
                                                        :      (Joint Administration Requested)
                               Debtors.      :
-----------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 26th day of August 2025, I served copies of:

- Notice of Hearing [Case No. 25-73095, Docket No. 22-2];

- Debtor's Motion for Entry of an Order (I) Extending Time to File Schedules and Statements; and (II) Granting Additional Time to File Applicable Reports of Financial Information Required Under Bankruptcy Rule 2015.3, along with the exhibit referenced therein [Case No. 25-73095, Docket No. 22]; and

- Debtors' Motion for Entry of an Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of the Chapter 11 Cases, along with copies of the exhibits referenced therein [Case No. 25-73095, Docket No. 16]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) BB Servicer, LLC (3400); (2) Carriox Telecap LLC (4403); (3) Carriox Towercap LLC (1520); (4) Bridgevoice, Inc. (9499); and (5) Broadband Telecom, Inc. (0930). The location of the Debtor Broadband Telecom, Inc.'s principal place of business is 100 Quintin Roosevelt Blvd, Suite 503, Garden City, New York 11530, and the Debtors' service addresses in these Chapter 11 cases is the same.

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 26, 2025

                                              */s/Lily Nevins-Perle*
                                              Lily Nevins-Perle

**Schedule A**

Al Bahrania Al Urdunia
Liltaknia Wa Alitisalat
Queen Nour Street
P.O. Box 942481
Al-Shmeisani
Amman 11194, Jordan

Bankai International Pvt. Ltd.
Mohabeer Mungur Street
Trustlink House
Floreal, Mauritius

ADP Payroll
10200 Sunset Drive
Miami, FL 33173

CPEC Tech Ltd.
499- 501 High Road
Chapel Green Apartments
Woodford Green, England

Amedul S.A.
Colonia 810, Office 403
Montevideo, Uruguay

BENIN TELECOMS S.A
Ganhi, 01
BP 5959 Cotonou, Benin

Orange Sierra Leone
25 Regent Road
Hill Station
Freetown, Sierra Leone

SONATEL
64 Cité Keur Gorgui
BP 69 Dakar, Senegal

Tapquila LLC
264 Omar Khizanishvili Street
Tbilisi, Georgia 167

Orange RDC SA avee CA
372 Colonel Mondbija Avenue
Commune De Ngaliema
Township Kinshasa
Democratic Republic of Congo 01011

6R UK LTD.
Burford Road, Stratford Workshops, Unit 333
Stratford
London, England E152S9

Telekomunikasi Indonesia International (TL), S.A.
Avenida Presidente Nicolau Lobato
Timor Plaza, 4th Floor
Comoro
Dili, Timor-Leste

Bridgeworld Enterprises L.L.C-FZ
The Meydan Hotel, Business Center 1, M Floor
Nad Al Sheba
Dubai, United Arab Emirates

Broadband Hybrid Solutions
Building No. 1, 4th Floor, No. 401
Dubai Media City
Dubai, United Arab Emirates

Go2Tel
13800 Coppermine Road, Suite 224
Herdnon, VA 20171

Text Telecom L.L.C-FZ
The Meydan Hotel, Business Center 1, M Floor
Nad Al Sheba
Dubai, United Arab Emirates

Techoraco Limited
4 Bouverie Street
London, England EC4Y 8AX

TOGO CELLULAIRE
Place de la Reconciliation
Quartier Atchante
BP 333 Lome, Togo

Smart M2M CY Limited
155 Arch. Makariou III Avenue
Proteas House, Floor 5
Limassol 3026, Cyprus

MCI International LLC
5055 North Point Parkway
Alpharetta, GA 30022

JSC "UKRTELECOM" (UKRTELECOM JSC).
Tarasa Shevchenko Boulevard, 18
Kiev, Ukraine 01601

Tanzania Telecommunications Corporation
32 Samora Avenue, Extelecoms House
P.O. Box 9070
Dar es Salaam, Tanzania 11950

China Unicom (Europe) Operations Limited
Canary Wharf
25 Canada Square, Level 35
London, England E15 5LQ

KT Corporation
90 Buljeong-ro
Bundang-gu, Seongnam-si
Gyeonggi-do, Korea 13606

STC Bahrain B.S.C. Closed
STC Tower 15, Road 68, Seef District, Block 428
P.O. Box 21529
Manama, Kingdom of Bahrain

Libtelco ( BVI)
858X+H35, Lynch Street
Monrovia, Liberia

SMS Plus Ltd
34-35 Hatton Garden, Unit 3a, Suite 1086
Holborn, London EC1N 8DX

Telecom Italia Sparkle S.p.A
Via di Machhia Palocco 223
Rome, Italy 00125

Jeffery Management Corp
7 Penn Plaza - 11th Floor
New York, NY 10001

AIS Portfolio Services, LLC
Attn: BMW Bank of North America, Dept. APS
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

Alter Domus (US) LLC
Attn: ABL Department and Legal Department
225 W Washington Street, 9th Floor
Chicago, IL 60606

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

Attn: Christine H. Black
Office of the US Trustee
Alfonse D'Amato Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722-4456

Attn: Scott S. Markowitz, Alex Spizz
& Rocco A. Cavaliere
Tarter Krinsky & Drogin LLP
1350 Broadway, 11th Floor
New York, NY 10018

Attn: Enid Nagler Stuart
Assistant Attorney General
Office of the New York State Attorney General
Special Bankruptcy Counsel
28 Liberty Street, 17th Floor
New York, NY 10005

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

U.S Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Attn: Susheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016

United States Attorney's Office
610 Federal Plaza
Central Islip NY 11722-4454

United States Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Mobile Ecosystem Forum LTD
Amelia House, Crescent Road
Worthing
West Sussex, England BN11 1QR

Telecom (Fiji) Pte Limited
Edward Street
GPO New Wing Building, Level 5
Suva, Fiji

Attn: Bennett Murphy
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017