**LEECH TISHMAN ROBINSON BROG, PLLC**
One Dag Hammarskjöld Plaza
885 Second Avenue, 3rd Floor
New York, New York 10017
Clement Yee, Esq.
*Attorneys for Quentin Roosevelt Associates, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

In re:                                              Chapter 11

**BROADBAND TELECOM, INC.,** *et al.,* [1]       Case No:  25-73095 (AST)

                        Debtors.              (Jointly Administered)

---------------------------------------------------------X

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE,** that the undersigned hereby appears for **Quentin Roosevelt**

**Associates, LLC,** creditor and landlord, and pursuant to Rule 2002 of the Federal Rules of

Bankruptcy Procedure and 11 U.S.C. Section 1109(b), hereby demands that all notices given or

required to be given in these cases be given to and served upon the following:

>    Clement Yee, Esq.
>    Leech Tishman Robinson Brog, PLLC
>    One Dag Hammarskjöld Plaza
>    885 Second Avenue, 3rd Floor
>    New York, New York 10017
>    cyee@leechtishman.com
>    Telephone: 212-603-6300
>    Fax: 212-956-2164

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this

demand shall be broadly construed to include, by way of example and not by way of limitation,

all notices and papers, including, without limitation, orders and notices of any application,

---

1 The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are:  BB Servicer, LLC (3400); Carriox Telecap LLC (4403); Carroix Towercap LLC (1520); Bridgvoice, Inc. (9499); and Broadband Telecom, Inc. (0930). The location of Debtor Broadband Telecom, Inc.'s principal place of business is 100 Quentin Roosevelt Blvd, Suite 503, Garden City, New York 11503 and the Debtors' service

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail  or otherwise, which affects, or purports to affect, the estates of the above named Debtors or the property of the estates of the above named Debtors.

**DATED:**   New York, New York
             September 5, 2025

> **LEECH TISHMAN ROBINSON BROG, PLLC**
> *Attorneys for Quentin Roosevelt Associates, LLC*
> One Dag Hammarskjöld Plaza
> 885 Second Avenue, 3rd Floor
> New York, New York  10017
> (212) 603-6300
>
> **By**  */s/ Clement Yee*_____
>        **Clement Yee**