**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
John E. Jureller, Jr.
Brendan M. Scott
Andrew C. Brown
Kevin B. Collins

*Proposed Counsel to BB Capital SPV, LLC*
  *and Carriox Capital II LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 25-73095 (AST) |
| BROADBAND TELECOM, INC., *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 25-74026 (AST) |
| BB CAPITAL SPV, LLC | : | |
| | : | (Joint Administration Requested) |
| Debtor. | : | |
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 25-74031 (AST) |
| CARRIOX CAPITAL II LLC | : | |
| | : | (Joint Administration Requested) |
| Debtor. | : | |
| ------------------------------------------------------------x | | |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) BB Servicer, LLC (3400); (2) Carriox Telecap LLC (4403); (3) Carriox Towercap LLC (1520); (4) Bridgevoice, Inc. (9499); and (5) Broadband Telecom, Inc. (0930). The location of the Debtor Broadband Telecom, Inc.'s principal place of business is 100 Quentin Roosevelt Blvd, Suite 503, Garden City, New York 11530, and the Debtors' service addresses in these Chapter 11 cases is the same.

**DEBTORS BB CAPITAL SPV, LLC AND CARRIOX CAPITAL II LLC'S FIRST MOTION FOR ENTRY OF AN ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS**

**TO THE HONORABLE ALAN S. TRUST,**
**CHIEF UNITED STATES BANKRUPTCY JUDGE:**

BB Capital SPV, LLC ("BB Capital") and Carriox Capital II LLC ("Carriox Capital", and together with BB Capital, the "Subsequent Debtors"), as debtors and debtors-in-possession in certain of the above-captioned Chapter 11 cases, by and through their undersigned proposed counsel, hereby move (the "Motion")[2] for entry of an order, in substantially the same form as that attached hereto as **Exhibit "A"** (the "Proposed Order"), pursuant to Sections 105(a) and 521 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 1007(a)(5), 1007(c), and 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rules 1007- 1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York (the "Local Rules"), extending the initial fourteen (14) day period by which the Subsequent Debtors are required to file their respective schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules and Statements") by fourteen (14) days to through and including November 17, 2025, without prejudice to the Subsequent Debtors' right to request additional time should it become necessary. In further support of the Motion, the Subsequent Debtors respectfully represent as follows:

**JURISDICTION AND VENUE**

1.     The United States Bankruptcy Court for the Eastern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Administrative Order No. 264 titled "In the Matter of The Referral of Matters to the Bankruptcy Judges" of the

---

[2] Capitalized terms used but not immediately defined herein shall have the meanings assigned to them elsewhere in the Motion.

United States District Court for the Eastern District of New York (Weinstein, C.J.), dated August 28, 1986, and Administrative Order No. 601 of the United States District Court for the Eastern District of New York (Amon, C.J.), dated December 5, 2012. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are sections 105(a) and 521 of the Bankruptcy Code, Bankruptcy Rules 1007(a)(5), 1007(c) and 9006(b), and Local Rule 1007-1.

## BACKGROUND

4. On August 12, 2025, each of: (1) BB Servicer, LLC; (2) Carriox Telecap LLC; (3) Carriox Towercap LLC; (4) Bridgevoice, Inc.; and (5) Broadband Telecom, Inc. (collectively, the "Initial Debtors", and together with the Subsequent Debtors, the "Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Initial Bankruptcy Cases").

5. The Initial Debtors continue to operate their businesses and manage their property as debtors and debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

6. By Order dated September 17, 2025 [Case No. 25-73095 (AST), Docket No. 40], the Court granted the Initial Debtors' request for the procedural consolidation and joint administration of the Initial Bankruptcy Cases pursuant to Rule 1015(b) of the Bankruptcy Rules.

7. No trustee or examiner has been appointed in the Initial Bankruptcy Cases. As of date hereof, no official committee of unsecured creditors has been appointed or designated in the Initial Bankruptcy Cases.

8. Relatedly, on August 22, 2025, the Initial Debtors filed that certain *Debtors' Motion to Approve (I) Retention and Employment of Robert Warshauer as Independent Director of the Debtors Nunc Pro Tunc to August 21, 2025; (II) Retention and Employment of John D. Baumgartner as Chief Restructuring Officer of the Debtors, Nunc Pro Tunc to the Petition Dates; and (III) Approving and So Ordering Proposed Stipulation Setting Forth the Terms of an Agreement Between the Debtors, SPVs, Bankim Brahmbhatt, Agent, and Lenders* (the "Motion to Approve") [Case No. 25-73095 (AST), Docket No. 17], which motion was subsequently granted by the Court on September 17, 2025 (the "Stipulation, ID, and CRO Order") [Case No. 25-73095 (AST), Docket No. 41]. The Stipulation, ID, and CRO Order authorized, *inter alia*, the retention and employment of (i) Robert Warshauer as Independent Manager or Independent Director (as defined in the Motion to Approve), as applicable, of the Initial Debtors, and (ii) John Baumgartner as Chief Restructuring Officer of the Initial Debtors.

9. An accounting of the events precipitating the Initial Bankruptcy Cases is included in the *Declaration of John D. Baumgartner, Chief Restructuring Officer, in Accordance with Rule 1007 of the Federal Rules of Bankruptcy Procedure and Local Rule 1007-4* (the "First Day Declaration") [Case No. 25-73095 (AST), Docket No. 36], which is incorporated herein by reference.

10. As set forth in the First Day Declaration, each of the Debtors are related entities and the filing of each of the bankruptcy cases was precipitated by similar events.

11. On October 20, 2025 (the "Subsequent Debtors' Petition Date"), each of the Subsequent Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Subsequent Bankruptcy Cases", and together with the Initial Bankruptcy Cases, the "Bankruptcy Cases").

12. The Subsequent Debtors continue to operate their businesses and manage their property as debtors and debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

13. No trustee or examiner has been appointed in the Subseuqent Bankruptcy Cases. As of date hereof, no official committee of unsecured creditors has been appointed or designated in the Subsequent Bankruptcy Cases.

14. The Office of the United States Trustee scheduled the Subsequent Debtor's initial Section 341 meeting of creditors on November 25, 2025 (the "Section 341 Meeting").

15. On October 22, 2025, the Debtors filed that certain *Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Entry of an Order Directing (I) that Certain Orders in the Chapter 11 Cases of Broadband Telecom, Inc., et al., be Made Applicable to Subsequent Debtors, and (II) Joint Administration of Subsequent Bankruptcy Cases* (the "Subsequent Debtor Motion") [Case No. 25-73095 (AST), Docket No. 86; Case No. 25-74026 (AST), Docket No. 9; Case No. 25-74031 (AST), Docket No. 9] seeking, *inter alia*, the joint administration of the Initial Bankruptcy Cases and Subsequent Bankruptcy Cases as well as the application of certain orders previously entered by the Court in the Initial Bankruptcy Cases to the Subsequent Bankruptcy Cases.

## RELIEF REQUESTED

16. By this Motion, the Subsequent Debtors seek entry of the Proposed Order granting the Subsequent Debtors an additional fourteen (14) days through and including November 17, 2025, to file their respective Schedules and Statements.

**BASIS FOR RELIEF**

**I.       The Deadline to File Schedules and Statements Should be Extended**

17.     Section 521 of the Bankruptcy Code provides that a debtor shall file, among other things, "(i) a schedule of assets and liabilities; (ii) a schedule of current income and current expenditures; (iii) a statement of the debtor's financial affairs . . . ." *See* 11 U.S.C. § 521(a)(1)(B). Bankruptcy Rule 1007 requires a debtor to also file, among other things, a schedule of executory contracts and unexpired leases. Bankruptcy Rule 1007(c) further provides that this Court is authorized to grant an extension of the time to file the Schedules and Statements "for cause."

18.     Furthermore, section 105(a) of the Bankruptcy Code provides that the "court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

19.     Additionally, Bankruptcy Rule 9006(b)(1) provides for the enlargement of time and states, in relevant part:

> [W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of the court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by previous order . . . .

Fed. R. Bankr. P. 9006(b)(1).

20.     The Subsequent Debtors respectfully request that the Court extend their initial fourteen (14) day deadline to file their Schedules and Statements by an additional fourteen (14) days to through and including November 17, 2025.

21.     As indicated, the Stipulation, ID, and CRO Order confirmed the Initial Debtors' previous engagement of both an independent director (the "ID") and chief restructuring officer (the "CRO") to take over and manage the day-to-day operations of the Initial Debtors. By the

Subsequent Debtor Motion, the Debtors seek, *inter alia*, application of the Stipulation, ID, and CRO Order to the Subsequent Debtors' previous engagement of the ID and CRO.

22. Since his initial engagement at the outset of these Bankruptcy Cases, the CRO's primary concern has been: (i) stabilizing the relationship with the Debtors' lenders in order to create a pathway toward, among other things, the consensual use of the Debtors' cash collateral to fund the restructuring process in these Bankruptcy Cases, (ii) negotiating the Debtors' use of said cash collateral with the Lenders and understanding and verifying the sources and uses of the Debtors' cash flows to develop a detailed go forward budget of the Debtors' operations for use in connection with said negotiations, which negotiations have resulted in the entry of that certain *Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection* [Case No. 25-73095 (AST), Docket No. 81], and (iii) working with the Debtors' outsourced third-party service providers, all located in India and thus several time zones apart from the East Coast, to gain a complete understanding of the Debtors' day-to-day business operations, including facilitating the continued inflow of information from said third-parties in connection with the same. Additionally, the CRO recently completed and filed the Schedules and Statements for each of the five (5) Initial Debtors and attended the Initial Debtors' Section 341 Meeting of Creditors.

23. Since the Subsequent Debtors' Petition Date, the CRO has also been diligently reviewing and vetting the available data for each of the Subsequent Debtors that will be disclosed in their respective Schedules and Statements. While the CRO has made progress to date, the incoming flow of information and related review process remains ongoing. Consequently, the CRO will require a short extension of time to complete this review and file the Subsequent Debtors' Schedules and Statements. The Subsequent Debtors' respectfully submit that no party will be prejudiced by this short extension as (i) all parties in interest will benefit from the most

complete and accurate Schedules and Statements being filed, and (ii) such extension contemplated herein will not require any further adjournment of the Subsequent Debtors' current Section 341 Meeting, which, as noted above, is scheduled to be held on November 25, 2025.

24. In light of the forgoing, the Subsequent Debtors respectfully submit that "cause" exists to extend the deadline to file their Schedules and Statements and that such extension is appropriate under the circumstances.

**NOTICE**

25. Notice of this Motion shall be given to the Office of the United States Trustee.

**NO PRIOR REQUEST**

26. No previous request for the relief sought herein has been made by the Subsequent Debtors to this or any other Court.

*[Remainder intentionally blank]*

## CONCLUSION

**WHEREFORE**, the Subsequent Debtors respectfully request that the Court (a) enter the Proposed Order granting the relief requested herein, and (b) grant such other and further relief as may be just and proper.

Dated: New York, New York
October 31, 2025

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Tracy L. Klestadt*
Tracy L. Klestadt
John E. Jureller, Jr.
Brendan M. Scott
Andrew C. Brown
Kevin Collins
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com
jjureller@klestadt.com
bscott@klestadt.com
abrown@klestadt.com
kcollins@klestadt.com

*Proposed Counsel to BB Capital SPV, LLC and Carriox Capital II LLC*