**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                :       Chapter 11
                                                   :
                                                   :       Case No. 25-73095 (AST)
BROADBAND TELECOM, INC., *et al.*,[1]    :
                                                 :       (Jointly Administered)
                    Debtors.                  :
------------------------------------------------------------x
In re                                                :       Chapter 11
                                                   :
                                                   :       Case No. 25-74026 (AST)
BB CAPITAL SPV, LLC                    :
                                                 :       (Joint Administration Requested)
                    Debtor.                  :
------------------------------------------------------------x
In re                                                :       Chapter 11
                                                   :
                                                   :       Case No. 25-74031 (AST)
CARRIOX CAPITAL II LLC                :
                                                 :       (Joint Administration Requested)
                    Debtor.                  :
------------------------------------------------------------x

**ORDER EXTENDING DEBTORS BB CAPITAL SPV, LLC AND**
**CARRIOX CAPITAL II LLC'S TIME TO FILE SCHEDULES AND STATEMENTS**

Upon the motion (the "Motion")[2] of BB Capital SPV, LLC ("BB Capital") and Carriox Capital II LLC ("Carriox Capital", and together with BB Capital, the "Debtors"), debtors and debtors in possession in certain of the above-captioned Chapter 11 cases, for entry of an order (the "Order") granting the Debtors fourteen (14) additional days, through and including November 17, 2025, to file their Schedules and Statements, without prejudice to the Debtors' right to request additional time; and this Court having jurisdiction to consider the Motion and the relief requested

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) BB Servicer, LLC (3400); (2) Carriox Telecap LLC (4403); (3) Carriox Towercap LLC (1520); (4) Bridgevoice, Inc. (9499); and (5) Broadband Telecom, Inc. (0930). The location of the Debtor Broadband Telecom, Inc.'s principal place of business is 100 Quentin Roosevelt Blvd, Suite 503, Garden City, New York 11530, and the Debtors' service addresses in these Chapter 11 cases is the same.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

therein pursuant to 28 U.S.C. §§ 157 and 1334, Administrative Order No. 264, and Administrative Order No. 601; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and the Court having reviewed the Motion and the First Day Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and all objections to the Motion, if any, having been withdrawn or overruled; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Debtors are hereby granted an extension of fourteen (14) days to through and including November 17, 2025, to file their respective Schedules and Statements.

3. The relief granted by this Order is without prejudice to the Debtors' right to seek further extensions of time to file their respective Schedules and Statements.

4. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of, interpretation, or enforcement of this Order.