UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 25-73095 (AST) |
| BROADBAND TELECOM, INC., *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 25-74026 (AST) |
| BB CAPITAL SPV, LLC | : | |
| | : | (Joint Administration Requested) |
| Debtor. | : | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 25-74031 (AST) |
| CARRIOX CAPITAL II LLC | : | |
| | : | (Joint Administration Requested) |
| Debtor. | : | |

-------------------------------------------------------------x

**STIPULATION AND ORDER BETWEEN CORPORATE DEBTORS AND INDIVIDUAL
DEBTOR TO EXTEND DEADLINE FOR INDIVIDUAL DEBTOR
TO FILE PROOFS OF CLAIM**

**IT IS HEREBY STIPULATED AND ORDERED**, by and between Broadband Telecom,

Inc. ("Broadband"), BB Servicer, LLC ("BB Servicer"), Bridgevoice, Inc. ("Bridgevoice"),

Carriox Telecap, LLC ("Carriox Telecap"), and Carriox Towercap LLC ("Carriox

Towercap")(collectively, the "Initial Corporate Debtors"), and BB Capital SPV, LLC ("BB

Capital") and Carriox Capital II LLC ("Carriox Capital", together with BB Capital, the

"Subsequent Corporate Debtors", and together with the Initial Debtors, the "Corporate Debtors"),

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) BB Servicer, LLC (3400); (2) Carriox Telecap LLC (4403); (3) Carriox Towercap LLC (1520); (4) Bridgevoice, Inc. (9499); and (5) Broadband Telecom, Inc. (0930). The location of the Debtor Broadband Telecom, Inc.'s principal place of business is 100 Quentin Roosevelt Blvd, Suite 503, Garden City, New York 11530, and the Debtors' service addresses in these Chapter 11 cases is the same.

on the one hand, and Bankim Brahmbhatt (the "Individual Debtor")(the Individual Debtor and the Corporate Debtors collectively as the "Parties", and each a "Party"), on the other hand, each as debtors and debtors-in-possession, (the "Stipulation")[2], as follows:

## RECITALS

**WHEREAS**, on August 12, 2025 (the "Individual Corporate Debtors Petition Date"), each of the Initial Corporate Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Initial Corporate Debtors Bankruptcy Cases");

**WHEREAS**, by Order dated August 13, 2025, the Court entered its *Order Establishing Deadline for Filing Proofs of Claim And Directing the Form And Manner of Notice* (the "Initial Corporate Debtors Bar Date Order") [Docket No. 5], establishing October 20, 2025 ("Initial Corporate Debtors Bar Date") as the deadline to file claims against the Initial Corporate Debtors' estates;

**WHEREAS**, on September 17, 2025, the Court entered its *Order (I) Extending Time to File Schedules and Statements; And (II) Granting Additional Time to File Reports of Financial Information Required under Bankruptcy Rule 2015.3* ("First Schedule Extension Order") [Docket No. 39], extending the Initial Debtors time to file Schedules and Statements until September 25, 2025;

**WHEREAS**, on October 1, 2025, the Court entered its *Order Further Extending Debtors' Time to File Schedules and Statements* ("Second Schedule Extension Order") [Docket No. 65], extending the Initial Debtors time to file Schedules and Statements until September 25, 2025; extending the Initial Debtors time to file Schedules and Statements until October 9, 2025;

---

[2] Capitalized terms used but not immediately defined herein shall have the meanings assigned to them elsewhere in the Stipulation.

**WHEREAS**, on October 9, 2025, the Initial Corporate Debtors filed their respective Schedules and Statements;

**WHEREAS**, on October 20, 2025 (the "Subsequent Corporate Debtors' Petition Date"), each of the Subsequent Corporate Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Subsequent Corporate Debtors Bankruptcy Cases", and together with the Initial Corporate Debtors Bankruptcy Cases, the "Corporate Debtors Bankruptcy Cases");

**WHEREAS**, to date, no bar date has been entered in the Subsequent Corporate Debtor Bankruptcy Cases;

**WHEREAS**, the Initial Corporate Debtors Bar Date Order was not served upon the Individual Debtor, nor was the Individual Debtor listed on the Initial Corporate Debtors' schedules of assets and liabilities;

**WHEREAS**, no trustee or examiner has been appointed, and no official committee of unsecured creditors has been appointed or designated, in either the Corporate Bankruptcy Cases or the Individual Debtor Bankruptcy Case; and

**WHEREAS**, the Parties have been discussing an extension of the Initial Corporate Debtors Bar Date as it relates to the Individual Debtor.

**NOW, THEREFORE**, the Parties, for good and valuable consideration, hereby stipulate:

1.      The Initial Corporate Debtors Bar Date shall be modified and extended for the Individual Debtor through and including January 31, 2026.

2.      Nothing contained herein shall prejudice the rights of the Individual Debtor to seek a further Order of the Court to further extend the Initial Corporate Debtors Bar.

<b>SIGNATURE PAGES TO FOLLOW ON SPEARATE PAGE</b>

Dated:    October 31, 2025

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**


By:    */s/John E. Jureller, Jr.*
     Tracy L. Klestadt
     John E. Jureller, Jr.
     Brendan M. Scott
     Andrew C. Brown
     Kevin Collins
     200 West 41st Street, 17th Floor
     New York, New York 10036
     Tel: (212) 972-3000
     Email: tklestadt@klestadt.com
          jjureller@klestadt.com
          bscott@klestadt.com
          abrown@klestadt.com
          kcollins@klestadt.com

*Counsel to the Corporate Debtors*

Dated:    October 31, 2025

**TARTER KRINSKY & DROGIN LLP**


By:    */s/Scott S. Markowitz*
     Scott S. Markowitz
     Alex Spizz
     Rocco A. Cavaliere
     1350 Broadway, 11th Floor
     New York, New York 10018
     Tel: (212) 216-8000
     Email: smarkowitz@tarterkrinsky.com
          aspizz@tarterkrinsky.com
          rcavaliere@tarterkrinsky.com

*Counsel to the Individual Debtor*

5

**ORDERED:**