**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                                                              :         Chapter 11
                                                                                         :
                                                                                         :         Case No. 25-73095 (AST)
BROADBAND TELECOM, INC., *et al.*, [1]         :
                                                                                         :         (Jointly Administered)
                                                       Debtors.           :
-----------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.  I am over the age of 18, am not a party to this action, and am a partner in the law firm of Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2.  On the 18th day of November 2025, I served copies of the:

- *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 95]

by email upon those parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 18, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/John E. Jureller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　John E. Jureller, Jr.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) BB Servicer, LLC (3400); (2) Carriox Telecap LLC (4403); (3) Carriox Towercap LLC (1520); (4) Bridgevoice, Inc. (9499); (5) Broadband Telecom, Inc. (0930); (6) BB Capital SPV, LLC (9947); and Carriox Capital II LLC (0514). The location of the Debtor Broadband Telecom, Inc.'s principal place of business is 100 Quentin Roosevelt Blvd, Suite 503, Garden City, New York 11530, and the Debtors' service addresses in these Chapter 11 cases is the same.

# SCHEDULE A

(i)     the Debtors, c/o Getzler Henrich LLP, Attn: John Baumgartner, CRO, jbaumgartner@getzlerhenrich.com;

(ii)    the Office of the U.S. Trustee, Office of The United States Trustee Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722, Attn: Christine H. Black, christine.h.black@usdoj.gov; and

(iii)   counsel to the Debtors' prepetition secured lenders, Quinn Emmanuel Urquhart & Sullivan LLP, 295 5th Ave, New York, New York 10016, Attn: Susheel Kirpalani and Bennett Murphy,  susheelkirpalani@quinnemanuel.com; bennettmurphy@quinnemanuel.com