

**Getzler Henrich**
295 Madison Ave, 20th Floor
New York, NY 10017
212-697-2400
www.getzlerhenrich.com

# INVOICE

| | |
|---|---|
| Total Amount: | $117,771.75 |
| Number: | 08.2025 FEES |
| Invoice Period: | 08/12/25 - 08/31/25 |

**Broadband Telecom, Inc.**
Broadband Telecom, Inc. et al, Case No. 25-73095-AST
100 Quentin Roosevelt Blvd
Suite 503
Garden City, NY 11530

| | |
|---|---|
| **TOTAL FEES** | **$115,628.75** |
| **TOTAL EXPENSES** | **$2,143.00** |
| **INVOICE TOTAL** | **$117,771.75** |

## FEES SUMMARY

| Description | Title | Years of Experience | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| William Henrich | Co-Chairman | 20+ | 9.80 | $895.00 | $8,771.00 |
| John Baumgartner | Managing Director | 20+ | 66.20 | $825.00 | $54,615.00 |
| John Baumgartner - Travel | Managing Director | 20+ | 7.80 | $412.50 | $3,217.50 |
| Charvi Gupta | Senior Director | 10 | 31.10 | $675.00 | $20,992.50 |
| Charvi Gupta - Travel | Senior Director | 10 | 3.20 | $337.50 | $1,080.00 |
| Brandon Kim | Senior Associate | 9 | 8.60 | $495.00 | $4,257.00 |
| Brandon Kim - Travel | Senior Associate | 9 | 2.70 | $247.50 | $668.25 |
| Carl Finkbeiner | Data Engineer | 7 | 20.50 | $495.00 | $10,147.50 |
| Pearse Mascola | Senior Associate | 4 | 23.50 | $495.00 | $11,632.50 |
| Pearse Mascola | Senior Associate | 4 | 1.00 | $247.50 | $247.50 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **$115,628.75** |

Re: BB Telecom Ch 11
*********************************************************************************
PAYMENT INFORMATION FOR ACH/WIRE TRANSFERS:
Bank Name: Bank of America
Account Name: GETZLER HENRICH & ASSOCIATES
Routing number ACH/EFT: 071000039
Routing number DOM.WIRES: 026009593
Account Number: 008670329131
SWIFT ID: BOFAUS3N (U.S DOMESTIC) BOFAUS6S (FOREIGN CURRENCY)

**Getzler Henrich**
295 Madison Ave, 20th Floor
New York, NY 10017
212-697-2400
www.getzlerhenrich.com

**INVOICE**

**Broadband Telecom, Inc.**
Broadband Telecom, Inc. et al, Case No. 25-73095-AST
100 Quentin Roosevelt Blvd
Suite 503
Garden City, NY 11530

## EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Travel | $1641.67 |
| Meals | $243.61 |
| Internet Connectivity | $8.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **$2,143.00** |

Re: BB Telecom Ch 11
*******************************************************************************************
PAYMENT INFORMATION FOR ACH/WIRE TRANSFERS:
Bank Name: Bank of America
Account Name: GETZLER HENRICH & ASSOCIATES
Routing number ACH/EFT: 071000039
Routing number DOM.WIRES: 026009593
Account Number: 008670329131
SWIFT ID: BOFAUS3N (U.S DOMESTIC) BOFAUS6S (FOREIGN CURRENCY)

**Getzler Henrich and Associates**
**Exhibit A: Fee Detail**
**For the Period August 12, 2025 through August 31, 2025**

| Staff Member | Category | Date | Quantity | Bill Rate ($) | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Charvi Gupta | Case Management | 8/12/25 | 0.30 | $ 675.00 | $ 202.50 | Reviewed petition documents. |
| William Henrich | Case Management | 8/12/25 | 0.50 | 895.00 | 447.50 | Meeting with Klestadt Winters, Hodgson Russ, Getzler Henrich, and B. Brahmbhatt regarding post-bankruptcy filing actions, including required Chancery Court procedures and immediate information needs for budget preparation. |
| John Baumgartner | Cash Flow & Financial Projections | 8/13/25 | 0.80 | 825.00 | 660.00 | Prepared and delivered initial data request to management for documents supporting cash forecast preparation. |
| John Baumgartner | Case Management | 8/13/25 | 1.50 | 825.00 | 1,237.50 | Organized engagement structure to ensure team file access and proper recordkeeping. |
| John Baumgartner | Financing and Cash Collateral | 8/13/25 | 0.70 | 825.00 | 577.50 | Conference with Debtors' counsel regarding lender discussions and potential cash collateral use. |
| John Baumgartner | Financing and Cash Collateral | 8/13/25 | 0.50 | 825.00 | 412.50 | Conference with Debtors' management and CFO regarding available documents, information sharing, and case priorities. |
| John Baumgartner | Financing and Cash Collateral | 8/13/25 | 0.60 | 825.00 | 495.00 | Extended email exchange with lender representative to establish working relationship and schedule initial meeting. |
| John Baumgartner | Case Management | 8/13/25 | 2.00 | 825.00 | 1,650.00 | Reviewed documents from counsel and prior audits to gain understanding of company financial position. |
| Charvi Gupta | Financing and Cash Collateral | 8/13/25 | 0.50 | 675.00 | 337.50 | Call with A. Pomal, J. Baumgartner, and B. Kim regarding financial data and records. |
| Charvi Gupta | Case Management | 8/13/25 | 0.50 | 675.00 | 337.50 | Call with counsel to discuss case strategy. |
| Charvi Gupta | Work Plan Development | 8/13/25 | 0.30 | 675.00 | 202.50 | Call with J. Baumgartner to develop work plan and determine next steps. |
| Charvi Gupta | Case Management | 8/13/25 | 0.30 | 675.00 | 202.50 | Reviewed term sheet for plan administration arrangements and related correspondence. |
| Charvi Gupta | Case Management | 8/13/25 | 0.20 | 675.00 | 135.00 | Reviewed correspondence regarding case strategy and procedural direction. |
| Charvi Gupta | Financing and Cash Collateral | 8/13/25 | 0.80 | 675.00 | 540.00 | Reviewed financial information files received from counsel. |
| William Henrich | Case Management | 8/13/25 | 0.70 | 895.00 | 626.50 | Discussion with J. Baumgartner to prepare for meeting with Klestadt Winters and Hodgson Russ, identifying priority information needs. |
| William Henrich | Financing and Cash Collateral | 8/13/25 | 0.50 | 895.00 | 447.50 | Reviewed and drafted response correspondence regarding secured lender meeting coordination, plan administration proposal, and independent director candidate discussions. |
| John Baumgartner | Financing and Cash Collateral | 8/14/25 | 1.00 | 825.00 | 825.00 | Conference with Debtors' counsel (Klestadt, Hodgson Russ, and Kaplan Rice) regarding negotiations with lender over case administration terms. |
| John Baumgartner | Case Management | 8/14/25 | 2.50 | 825.00 | 2,062.50 | Reviewed documents from counsel and audit files to further understand the company's financial situation. |
| John Baumgartner | Case Management | 8/14/25 | 0.50 | 825.00 | 412.50 | Conference with potential independent board member to evaluate suitability in event additional recommendations are needed. |

| Staff Member | Category | Date | Quantity | Bill Rate ($) | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| John Baumgartner | Case Management | 8/14/25 | 0.50 | 825.00 | 412.50 | Conference with B. Henrich (Getzler Henrich) and lender to discuss case status, lender concerns, and priorities. |
| John Baumgartner | Case Management | 8/14/25 | 0.30 | 825.00 | 247.50 | Follow-up with T. Klestadt after lender conference with B. Henrich (Getzler Henrich) to summarize lender's position regarding board composition and concerns. |
| John Baumgartner | Financing and Cash Collateral | 8/14/25 | 1.00 | 825.00 | 825.00 | Prepared for call with CEO on August 15, including review of accounts payable, accounts receivable, and staffing data; developed meeting agenda. |
| Charvi Gupta | Business Operations | 8/14/25 | 0.90 | 675.00 | 607.50 | Call with management and counsel regarding case progress. |
| Charvi Gupta | Business Operations | 8/14/25 | 0.80 | 675.00 | 540.00 | Reviewed bank statements and coordinated with J. Baumgartner regarding financial documentation. |
| William Henrich | Financing and Cash Collateral | 8/14/25 | 0.90 | 895.00 | 805.50 | Meeting with Klestadt Winters, Hodgson Russ, Kaplan Rice, Getzler Henrich, S. Leonhardt, and B. Brahmbhatt regarding consideration of secured lender's plan administration proposal. |
| William Henrich | Financing and Cash Collateral | 8/14/25 | 0.50 | 895.00 | 447.50 | Meeting with lender and J. Baumgartner regarding lender's perspective on company position, account management introduction, and corporate governance issues. |
| William Henrich | Financing and Cash Collateral | 8/14/25 | 0.40 | 895.00 | 358.00 | Meeting with T. Klestadt and J. Baumgartner regarding lender call debrief, plan administration proposal negotiations, 13-week budget presentation, and documentation needs. |
| John Baumgartner | Financing and Cash Collateral | 8/15/25 | 1.00 | 825.00 | 825.00 | Call with CEO rescheduled; further reviewed financial documents to analyze short-term cash requirements. |
| John Baumgartner | Financing and Cash Collateral | 8/15/25 | 1.00 | 825.00 | 825.00 | Conference with Debtors' counsel (Klestadt and Hodgson Russ) regarding proposal from lender's counsel. |
| John Baumgartner | Financing and Cash Collateral | 8/15/25 | 0.50 | 825.00 | 412.50 | Conference with lender regarding loan history, company background, management team roles, and lender priorities. |
| John Baumgartner | Financing and Cash Collateral | 8/15/25 | 0.40 | 825.00 | 330.00 | Conference with J. Jureller (Klestadt) regarding lender discussion and their concerns and objectives. |
| Charvi Gupta | Business Operations | 8/15/25 | 0.20 | 675.00 | 135.00 | Correspondence regarding status update call and management coordination. |
| Charvi Gupta | Business Operations | 8/15/25 | 0.30 | 675.00 | 202.50 | Reviewed company operational and financial data. |
| William Henrich | Financing and Cash Collateral | 8/15/25 | 0.50 | 895.00 | 447.50 | Meeting with Klestadt Winters, Hodgson Russ, Getzler Henrich, and S. Leonhardt regarding secured lender's plan administration proposal, including independent director candidate considerations and governance structure. |
| William Henrich | Financing and Cash Collateral | 8/15/25 | 0.30 | 895.00 | 268.50 | Discussion with J. Baumgartner regarding results of conversation with Ashley, information flow, and company decision-making process. |
| William Henrich | Financing and Cash Collateral | 8/15/25 | 0.20 | 895.00 | 179.00 | Discussion with T. Klestadt regarding status of secured lender and litigation counsel negotiations on plan administration proposal. |

| Staff Member | Category | Date | Quantity | Bill Rate ($) | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Brandon Kim | Case Management | 8/15/25 | 2.00 | 495.00 | 990.00 | Reviewed documents in data room for financial and legal reference. |
| Brandon Kim | Cash Flow & Financial Projections | 8/15/25 | 3.00 | 495.00 | 1,485.00 | Reviewed financial data for preparation of cash flow budget. |
| John Baumgartner | Financing and Cash Collateral | 8/16/25 | 0.80 | 825.00 | 660.00 | Email exchange and review of proposed plan administrator term sheet. |
| William Henrich | Financing and Cash Collateral | 8/16/25 | 0.20 | 895.00 | 179.00 | Reviewed and drafted responding email regarding secured lender plan administration settlement status and independent director candidate. |
| Charvi Gupta | Case Management | 8/17/25 | 0.20 | 675.00 | 135.00 | Reviewed independent director proposal. |
| John Baumgartner | Business Operations | 8/18/25 | 1.00 | 825.00 | 825.00 | Managed D&O insurance email correspondence and document submissions. |
| John Baumgartner | Business Operations | 8/18/25 | 0.50 | 825.00 | 412.50 | Conference with Amit regarding bank accounts, MORs, required reporting, and cash forecast. |
| John Baumgartner | Reporting | 8/18/25 | 0.40 | 825.00 | 330.00 | Follow-up to conference with Amit, including discussion with B. Kim regarding MOR template. |
| Charvi Gupta | Business Operations | 8/18/25 | 0.60 | 675.00 | 405.00 | Call with A. Pomal, J. Baumgartner, and B. Kim regarding financial data. |
| Charvi Gupta | Business Operations | 8/18/25 | 0.20 | 675.00 | 135.00 | Correspondence with J. Baumgartner regarding insurance matters. |
| Charvi Gupta | Cash Flow & Financial Projections | 8/18/25 | 0.20 | 675.00 | 135.00 | Correspondence with J. Baumgartner regarding 13-week cash flow templates for delivery to A. Pomal. |
| Charvi Gupta | Cash Flow & Financial Projections | 8/18/25 | 0.20 | 675.00 | 135.00 | Correspondence with J. Baumgartner and A. Pomal regarding data requests. |
| Brandon Kim | Business Operations | 8/18/25 | 0.50 | 495.00 | 247.50 | Internal GH team meeting with Amit Pomal (BBT). |
| John Baumgartner | Business Operations | 8/19/25 | 0.40 | 825.00 | 330.00 | Conference with Amit regarding bank account access and formatting, and cash forecast updates. |
| John Baumgartner | Business Operations | 8/19/25 | 1.00 | 825.00 | 825.00 | Analyzed bank account activity. |
| Charvi Gupta | Cash Flow & Financial Projections | 8/19/25 | 0.20 | 675.00 | 135.00 | Call with A. Pomal regarding cash flow template and data request. |
| Charvi Gupta | Business Operations | 8/19/25 | 0.40 | 675.00 | 270.00 | Call with A. Pomal regarding scheduling daily update call and pending information requests. |
| Charvi Gupta | Business Operations | 8/19/25 | 0.20 | 675.00 | 135.00 | Call with J. Baumgartner regarding scheduling daily management call and outstanding items. |
| Charvi Gupta | Cash Flow & Financial Projections | 8/19/25 | 0.20 | 675.00 | 135.00 | Correspondence with A. Pomal regarding cash flow template. |
| Charvi Gupta | Cash Flow & Financial Projections | 8/19/25 | 0.20 | 675.00 | 135.00 | Correspondence with B. Kim regarding development of data request list for 13-week cash flow. |
| John Baumgartner | Business Operations | 8/20/25 | 0.50 | 825.00 | 412.50 | Drafted and sent email to Bankim Brahmbhatt regarding open requests and required data. |
| John Baumgartner | Business Operations | 8/20/25 | 0.50 | 825.00 | 412.50 | Daily call with Amit and GH team regarding operations, cash forecast, and data needs. |
| John Baumgartner | Business Operations | 8/20/25 | 2.20 | 825.00 | 1,815.00 | Analyzed bank accounts to begin estimating cash collections. |
| John Baumgartner | Business Operations | 8/20/25 | 0.50 | 825.00 | 412.50 | Calls with GH team to plan next steps. |
| John Baumgartner | Business Operations | 8/20/25 | 0.50 | 825.00 | 412.50 | Gathered documents for D&O policy underwriting. |
| John Baumgartner | Business Operations | 8/20/25 | 2.30 | 825.00 | 1,897.50 | Analyzed AR and AP files to begin estimating operating expenses. |
| John Baumgartner | Business Operations | 8/20/25 | 0.50 | 825.00 | 412.50 | Conference with Independent Director. |
| Carl Finkbeiner | Business Operations | 8/20/25 | 1.30 | 495.00 | 643.50 | Reviewed bank statements and organized statement inventory for data conversion. |

| Staff Member | Category | Date | Quantity | Bill Rate ($) | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Charvi Gupta | Reporting | 8/20/25 | 0.20 | 675.00 | 135.00 | Call with A. Pomal regarding June financials. |
| Charvi Gupta | Reporting | 8/20/25 | 0.30 | 675.00 | 202.50 | Call with B. Kim regarding information request list and SOFAs/Schedules requirements. |
| Charvi Gupta | Business Operations | 8/20/25 | 0.50 | 675.00 | 337.50 | Call with J. Baumgartner regarding data requests, case updates, management calls, and tax payment. |
| Charvi Gupta | Business Operations | 8/20/25 | 0.20 | 675.00 | 135.00 | Calls with A. Pomal regarding tax invoice. |
| Charvi Gupta | Business Operations | 8/20/25 | 0.20 | 675.00 | 135.00 | Correspondence with J. Baumgartner and B. Kim regarding site visit. |
| Charvi Gupta | Business Operations | 8/20/25 | 0.70 | 675.00 | 472.50 | Daily update call with A. Pomal. |
| Charvi Gupta | Business Operations | 8/20/25 | 0.30 | 675.00 | 202.50 | Follow-up calls with J. Baumgartner regarding site visit planning. |
| Charvi Gupta | Business Operations | 8/20/25 | 0.10 | 675.00 | 67.50 | Follow-up email to B. Kim regarding information request list. |
| Charvi Gupta | Business Operations | 8/20/25 | 0.40 | 675.00 | 270.00 | Reviewed information request list compiled by B. Kim and provided comments. |
| Charvi Gupta | Reporting | 8/20/25 | 0.30 | 675.00 | 202.50 | Reviewed SOFAs/Schedules information to be sent to client. |
| William Henrich | Cash Flow & Financial Projections | 8/20/25 | 0.30 | 895.00 | 268.50 | Discussion with J. Baumgartner regarding company information retrieval status, acceleration options, and potential India site visit. |
| William Henrich | Cash Flow & Financial Projections | 8/20/25 | 0.20 | 895.00 | 179.00 | Reviewed and drafted email regarding payroll information required for cash flow projections and use-of-cash-collateral order. |
| Brandon Kim | Business Operations | 8/20/25 | 0.50 | 495.00 | 247.50 | Internal GH team meeting with Amit Pomal. |
| John Baumgartner | Business Operations | 8/21/25 | 0.50 | 825.00 | 412.50 | Conference with Bankim Brahmbhatt and GH team regarding operations and data requests. |
| John Baumgartner | Business Operations | 8/21/25 | 0.80 | 825.00 | 660.00 | Daily conference with Amit P. regarding operations and data requests. |
| John Baumgartner | Business Operations | 8/21/25 | 2.10 | 825.00 | 1,732.50 | Conducted further analysis of bank statements. |
| John Baumgartner | Business Operations | 8/21/25 | 1.20 | 825.00 | 990.00 | Planned onsite visits for India and Long Island (August 22). |
| John Baumgartner | Business Operations | 8/21/25 | 0.70 | 825.00 | 577.50 | Extended email exchange with counsel regarding retention application and supporting declaration. |
| Carl Finkbeiner | Business Operations | 8/21/25 | 3.10 | 495.00 | 1,534.50 | Converted PDF bank statements to Excel format for transaction analysis. |
| Carl Finkbeiner | Business Operations | 8/21/25 | 0.70 | 495.00 | 346.50 | Organized converted transaction data into a unified dataset. |
| Charvi Gupta | Business Operations | 8/21/25 | 0.10 | 675.00 | 67.50 | Call with B. Kim regarding updates to information request list. |
| Charvi Gupta | Work Plan Development | 8/21/25 | 0.60 | 675.00 | 405.00 | Call with J. Baumgartner regarding work plan development. |
| Charvi Gupta | Reporting | 8/21/25 | 0.20 | 675.00 | 135.00 | Correspondence with B. Kim regarding distribution of SOFAs/Schedules forms and templates to management. |
| Charvi Gupta | Business Operations | 8/21/25 | 0.20 | 675.00 | 135.00 | Daily update call with A. Pomal. |
| Charvi Gupta | Reporting | 8/21/25 | 0.10 | 675.00 | 67.50 | Reviewed correspondence regarding payroll matters. |
| Charvi Gupta | Business Operations | 8/21/25 | 0.80 | 675.00 | 540.00 | Reviewed data room documents. |
| Charvi Gupta | Case Management | 8/21/25 | 0.20 | 675.00 | 135.00 | Scheduled call with counsel. |
| Brandon Kim | Business Operations | 8/21/25 | 0.50 | 495.00 | 247.50 | GH team meeting with Bankim Brahmbhatt. |
| John Baumgartner | Business Operations | 8/22/25 | 1.90 | 825.00 | 1,567.50 | Conducted additional analysis of bank statements and developed plan for account access. |
| John Baumgartner | Business Operations | 8/22/25 | 1.70 | 825.00 | 1,402.50 | Calls with team regarding Long Island site visit and monitoring related activities. |

| Staff Member | Category | Date | Quantity | Bill Rate ($) | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| John Baumgartner | Business Operations | 8/22/25 | 1.90 | 825.00 | 1,567.50 | Continued email exchange with counsel regarding retention application and supporting declaration. |
| John Baumgartner | Business Operations | 8/22/25 | 0.50 | 825.00 | 412.50 | Conference with Klestadt counsel regarding information flow, engagement priorities, and status of stipulation among Debtors and B. Brahmbhatt. |
| Carl Finkbeiner | Business Operations | 8/22/25 | 0.60 | 495.00 | 297.00 | Call with J. Baumgartner to review bank statement data. |
| Carl Finkbeiner | Business Operations | 8/22/25 | 2.50 | 495.00 | 1,237.50 | Developed Python script to identify counterparties in bank statements to support transaction analysis. |
| Carl Finkbeiner | Business Operations | 8/22/25 | 0.50 | 495.00 | 247.50 | Reviewed Python output and updated script to handle edge cases. |
| Carl Finkbeiner | Business Operations | 8/22/25 | 1.00 | 495.00 | 495.00 | Analyzed refined bank statement dataset and prepared communication to J. Baumgartner identifying potentially suspicious transactions. |
| Charvi Gupta | Business Operations | 8/22/25 | 0.10 | 675.00 | 67.50 | Call with B. Kim regarding site visit. |
| Charvi Gupta | Business Operations | 8/22/25 | 0.30 | 675.00 | 202.50 | Call with B. Kim and J. Baumgartner regarding site visit findings. |
| Charvi Gupta | Case Management | 8/22/25 | 0.30 | 675.00 | 202.50 | Call with P. Mascola regarding case updates. |
| Charvi Gupta | Business Operations | 8/22/25 | 0.30 | 675.00 | 202.50 | Calls with B. Kim regarding site visit coordination. |
| Charvi Gupta | Business Operations | 8/22/25 | 0.30 | 675.00 | 202.50 | Calls with J. Baumgartner regarding local site visit logistics. |
| Charvi Gupta | Business Operations | 8/22/25 | 0.20 | 675.00 | 135.00 | Correspondence with A. Brown regarding site visit. |
| Charvi Gupta | Reporting | 8/22/25 | 0.20 | 675.00 | 135.00 | Correspondence with A. Pomal regarding SOFAs/Schedules. |
| Charvi Gupta | Business Operations | 8/22/25 | 0.20 | 675.00 | 135.00 | Correspondence with B. Kim regarding site visit. |
| Charvi Gupta | Business Operations | 8/22/25 | 0.20 | 675.00 | 135.00 | Correspondence with B. Kim and J. Baumgartner regarding site visit. |
| Charvi Gupta | Business Operations | 8/22/25 | 0.20 | 675.00 | 135.00 | Daily update call with A. Pomal. |
| Charvi Gupta | Business Operations | 8/22/25 | 0.20 | 675.00 | 135.00 | Reviewed employee resignation emails. |
| Charvi Gupta | Reporting | 8/22/25 | 0.90 | 675.00 | 607.50 | Conducted site visit to Long Island office. |
| Charvi Gupta | Travel | 8/22/25 | 3.20 | 337.50 | 1,080.00 | Travel to and from Long Island at 50 percent billable rate. |
| Charvi Gupta | Case Management | 8/22/25 | 0.70 | 675.00 | 472.50 | Update call with counsel. |
| William Henrich | Business Operations | 8/22/25 | 0.70 | 895.00 | 626.50 | Meeting with Klestadt Winters and Getzler Henrich regarding information retrieval issues, review of received materials, bank signatory changes, office visit planning, A/R listing, proposed Bankim cooperation demand notice, and retention application structure. |
| William Henrich | Employment and Fee Applications | 8/22/25 | 0.20 | 895.00 | 179.00 | Discussion with J. Baumgartner regarding modifications required to retention application. |
| William Henrich | Cash Flow & Financial Projections | 8/22/25 | 0.20 | 895.00 | 179.00 | Discussion with J. Baumgartner regarding results of Kew Gardens office visit. |
| William Henrich | Employment and Fee Applications | 8/22/25 | 0.30 | 895.00 | 268.50 | Reviewed and drafted email correspondence regarding stipulation motion and retention of Independent Director and Getzler Henrich. |
| Brandon Kim | Travel | 8/22/25 | 0.70 | 247.50 | 173.25 | Travel to Kew Gardens site visit at 50 percent rate. |
| Brandon Kim | Case Management | 8/22/25 | 0.90 | 495.00 | 445.50 | Conducted site visits at Kew Gardens and Garden City office locations. |
| Brandon Kim | Travel | 8/22/25 | 0.90 | 247.50 | 222.75 | Travel from Kew Gardens to Garden City at 50 percent rate. |

| Staff Member | Category | Date | Quantity | Bill Rate ($) | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Brandon Kim | Travel | 8/22/25 | 1.10 | 247.50 | 272.25 | Travel from Garden City office to home at 50 percent rate. |
| Brandon Kim | Case Management | 8/22/25 | 1.20 | 495.00 | 594.00 | Called office managers and tenants at Kew Gardens and Garden City to confirm building details, operations, and access procedures. |
| Pearse Mascola | Work Plan Development | 8/22/25 | 0.30 | 495.00 | 148.50 | Initial call with C. Gupta to come up to speed on engagement. |
| Pearse Mascola | Case Management | 8/22/25 | 1.10 | 495.00 | 544.50 | Reviewed case updates. |
| John Baumgartner | Business Operations | 8/23/25 | 0.50 | 825.00 | 412.50 | Emailed counsel summarizing open requests to B. Brahmbhatt and responses received to date. |
| Charvi Gupta | Reporting | 8/23/25 | 0.10 | 675.00 | 67.50 | Correspondence with J. Baumgartner regarding open items. |
| Charvi Gupta | Business Operations | 8/24/25 | 0.30 | 675.00 | 202.50 | Call with local contact regarding India office operations. |
| Charvi Gupta | Business Operations | 8/24/25 | 0.10 | 675.00 | 67.50 | Call with P. Mascola regarding India operations. |
| Charvi Gupta | Business Operations | 8/24/25 | 0.20 | 675.00 | 135.00 | Correspondence with P. Mascola regarding India operations. |
| John Baumgartner | Business Operations | 8/25/25 | 2.00 | 825.00 | 1,650.00 | Daily conference with Amit Pomal and Rohan Barot (Bankai) regarding cash forecast, bank account access, and operating expenses. Email exchange with R. Warshauer regarding priorities and activities. Planning work for case strategy and budgets to resume operations. |
| Carl Finkbeiner | Business Operations | 8/25/25 | 2.20 | 495.00 | 1,089.00 | Extracted transactions from June bank statements and converted data into Excel for analysis. |
| Carl Finkbeiner | Business Operations | 8/25/25 | 0.70 | 495.00 | 346.50 | Updated bank statement inventory with new June data. |
| Charvi Gupta | Reporting | 8/25/25 | 0.20 | 675.00 | 135.00 | Call and correspondence with A. Pomal regarding SOFAs/Schedules. |
| Charvi Gupta | Business Operations | 8/25/25 | 0.20 | 675.00 | 135.00 | Correspondence with J. Baumgartner regarding local site visit in India. |
| Charvi Gupta | Business Operations | 8/25/25 | 0.30 | 675.00 | 202.50 | Daily update call with A. Pomal. |
| Charvi Gupta | Business Operations | 8/25/25 | 0.30 | 675.00 | 202.50 | Reviewed information request list tracker and corresponded with P. Mascola regarding updates. |
| Charvi Gupta | Business Operations | 8/25/25 | 0.10 | 675.00 | 67.50 | Scheduled update call. |
| Pearse Mascola | Business Operations | 8/25/25 | 0.50 | 495.00 | 247.50 | Catch-up call with J. Baumgartner, C. Gupta, A. Pomal, and Rohan (Bankai). |
| Pearse Mascola | Case Management | 8/25/25 | 0.90 | 495.00 | 445.50 | Reviewed court docket. |
| Pearse Mascola | Business Operations | 8/25/25 | 2.20 | 495.00 | 1,089.00 | Reviewed documents provided by the company. |
| John Baumgartner | Business Operations | 8/26/25 | 1.50 | 825.00 | 1,237.50 | Daily conference with Amit Pomal and Rohan Barot regarding cash forecast, including detailed review of forecasted expenses and collections. |
| John Baumgartner | Business Operations | 8/26/25 | 0.50 | 825.00 | 412.50 | Planning for site visit on August 28. |
| John Baumgartner | Business Operations | 8/26/25 | 1.00 | 825.00 | 825.00 | Cash forecast analysis. |
| John Baumgartner | Business Operations | 8/26/25 | 0.90 | 825.00 | 742.50 | Conference with Klestadt, R. Warshauer, and GHA regarding cash forecast and financials. |
| Carl Finkbeiner | Business Operations | 8/26/25 | 0.80 | 495.00 | 396.00 | Researched OpenAI API options to leverage for enhanced transaction analysis. |
| Carl Finkbeiner | Business Operations | 8/26/25 | 1.90 | 495.00 | 940.50 | Finalized extraction of June bank statement data. |
| Carl Finkbeiner | Business Operations | 8/26/25 | 2.80 | 495.00 | 1,386.00 | Developed Python script to categorize transactions based on description content. |

| Staff Member | Category | Date | Quantity | Bill Rate ($) | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Carl Finkbeiner | Business Operations | 8/26/25 | 0.30 | 495.00 | 148.50 | Reviewed categorization results and refined script to support edge cases. |
| Carl Finkbeiner | Business Operations | 8/26/25 | 0.60 | 495.00 | 297.00 | Integrated new transaction data into master transaction analysis sheet. |
| Charvi Gupta | Cash Flow & Financial Projections | 8/26/25 | 0.10 | 675.00 | 67.50 | Call with P. Mascola regarding cash flow. |
| Charvi Gupta | Cash Flow & Financial Projections | 8/26/25 | 0.20 | 675.00 | 135.00 | Call with P. Mascola and J. Baumgartner regarding cash flow. |
| Charvi Gupta | Business Operations | 8/26/25 | 0.20 | 675.00 | 135.00 | Call and correspondence with P. Mascola regarding India local office address. |
| Charvi Gupta | Business Operations | 8/26/25 | 0.40 | 675.00 | 270.00 | Calls with J. Baumgartner regarding landlord and office access issues. |
| Charvi Gupta | Business Operations | 8/26/25 | 0.20 | 675.00 | 135.00 | Calls with P. Mascola regarding landlord and office access. |
| Charvi Gupta | Business Operations | 8/26/25 | 0.30 | 675.00 | 202.50 | Calls with property manager at Garden City office regarding access. |
| Charvi Gupta | Business Operations | 8/26/25 | 0.20 | 675.00 | 135.00 | Correspondence with J. Baumgartner regarding India site visit. |
| Charvi Gupta | Business Operations | 8/26/25 | 1.40 | 675.00 | 945.00 | Daily update call with A. Pomal. |
| Charvi Gupta | Business Operations | 8/26/25 | 0.30 | 675.00 | 202.50 | Researched Garden City office landlord. |
| William Henrich | Cash Flow & Financial Projections | 8/26/25 | 0.80 | 895.00 | 716.00 | Meeting with Klestadt Winters, R. Warshauer, and J. Baumgartner regarding information received, independent director issues, payroll processing needs, cash collateral order, office visits, A/R listing, cooperation demand to Bankim, and retention application structure. |
| Pearse Mascola | Business Operations | 8/26/25 | 2.90 | 495.00 | 1,435.50 | Reviewed documentation and online resources to understand debtor office addresses and case background. |
| John Baumgartner | Travel | 8/27/25 | 3.30 | 412.50 | 1,361.25 | Travel from Santa Barbara to Denver at 50 percent rate. |
| John Baumgartner | Business Operations | 8/27/25 | 0.30 | 825.00 | 247.50 | Email exchange with Chase regarding account access contacts. |
| John Baumgartner | Business Operations | 8/27/25 | 0.30 | 825.00 | 247.50 | Email exchange with Lockton regarding D&O insurance. |
| John Baumgartner | Business Operations | 8/27/25 | 0.40 | 825.00 | 330.00 | Worked on obtaining HSBC account access. |
| John Baumgartner | Business Operations | 8/27/25 | 0.40 | 825.00 | 330.00 | Email exchanges with counsel regarding case status items. |
| John Baumgartner | Business Operations | 8/27/25 | 1.20 | 825.00 | 990.00 | Reviewed cash activity analysis. |
| John Baumgartner | Business Operations | 8/27/25 | 1.50 | 825.00 | 1,237.50 | Transport from LGA to GHA office, including calls with C. Gupta regarding site visit, cash forecast, and HSBC access. |
| John Baumgartner | Work Plan Development | 8/27/25 | 0.40 | 825.00 | 330.00 | Discussion with C. Gupta regarding work plan development. |
| John Baumgartner | Business Operations | 8/27/25 | 1.10 | 825.00 | 907.50 | Meeting with GHA team regarding workstreams. |
| John Baumgartner | Business Operations | 8/27/25 | 1.30 | 825.00 | 1,072.50 | Reviewed HSBC account access status. |
| John Baumgartner | Business Operations | 8/27/25 | 0.30 | 825.00 | 247.50 | Email exchange with HSBC representative. |
| John Baumgartner | Business Operations | 8/27/25 | 0.80 | 825.00 | 660.00 | Email exchange with Rohan Barot regarding vendor and customer communications. |
| John Baumgartner | Business Operations | 8/27/25 | 0.50 | 825.00 | 412.50 | Update email to professionals regarding current status. |
| Charvi Gupta | Work Plan Development | 8/27/25 | 0.40 | 675.00 | 270.00 | Calls with J. Baumgartner regarding work plan development. |
| Charvi Gupta | Business Operations | 8/27/25 | 0.50 | 675.00 | 337.50 | Discussion with P. Mascola regarding Garden City office access and cash flow call debrief. |
| Charvi Gupta | Work Plan Development | 8/27/25 | 1.40 | 675.00 | 945.00 | Meeting with J. Baumgartner and P. Mascola regarding work plan and case updates. |

| Staff Member | Category | Date | Quantity | Bill Rate ($) | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Charvi Gupta | Financing and Cash Collateral | 8/27/25 | 0.20 | 675.00 | 135.00 | Reviewed correspondence regarding secured creditor/CRO call scheduling. |
| William Henrich | Financing and Cash Collateral | 8/27/25 | 0.40 | 895.00 | 358.00 | Reviewed and drafted email correspondence regarding secured lender progress meeting, independent director authority, bank account control letters, and non-debtor filings. |
| Pearse Mascola | Business Operations | 8/27/25 | 0.30 | 495.00 | 148.50 | Call with Rohan and Amit regarding general work plan. |
| Pearse Mascola | Business Operations | 8/27/25 | 1.50 | 495.00 | 742.50 | Reviewed building ownership information, identified correct landlord contact, and prepared access request correspondence. |
| Pearse Mascola | Business Operations | 8/27/25 | 1.50 | 495.00 | 742.50 | Reviewed documentation and explored HSBC portal capabilities and available reports. |
| Pearse Mascola | Cash Flow & Financial Projections | 8/27/25 | 2.00 | 495.00 | 990.00 | Cash flow review. |
| John Baumgartner | Travel | 8/28/25 | 1.00 | 412.50 | 412.50 | Travel to client site on Long Island. |
| John Baumgartner | Business Operations | 8/28/25 | 0.30 | 825.00 | 247.50 | Conference with Chase Bank representative regarding account access, case update, and scheduling in-person meeting. |
| John Baumgartner | Financing and Cash Collateral | 8/28/25 | 0.60 | 825.00 | 495.00 | Conference with professionals to prepare for lender call. |
| John Baumgartner | Business Operations | 8/28/25 | 1.00 | 825.00 | 825.00 | Site visit to corporate office; landlord refused access. |
| John Baumgartner | Financing and Cash Collateral | 8/28/25 | 0.70 | 825.00 | 577.50 | Conference with lender, lender counsel, and debtor professionals. |
| John Baumgartner | Business Operations | 8/28/25 | 0.50 | 825.00 | 412.50 | Conference with HSBC representative. |
| John Baumgartner | Travel | 8/28/25 | 1.50 | 412.50 | 618.75 | Travel back from site visit. |
| John Baumgartner | Business Operations | 8/28/25 | 1.00 | 825.00 | 825.00 | Cash forecast review. |
| John Baumgartner | Business Operations | 8/28/25 | 0.50 | 825.00 | 412.50 | Bank activity analysis. |
| John Baumgartner | Business Operations | 8/28/25 | 0.20 | 825.00 | 165.00 | Coordination for IDI meeting. |
| John Baumgartner | Business Operations | 8/28/25 | 0.50 | 825.00 | 412.50 | Follow-up with counsel regarding Garden City office access, landlord letter, and motion to compel access. |
| John Baumgartner | Business Operations | 8/28/25 | 0.30 | 825.00 | 247.50 | Received and reviewed KeyBank balance email from A. Pomal. |
| John Baumgartner | Business Operations | 8/28/25 | 0.40 | 825.00 | 330.00 | Read and responded to draft Rule 1007 declaration. |
| John Baumgartner | Business Operations | 8/28/25 | 0.10 | 825.00 | 82.50 | Emailed Bankim B. confirming HSBC access. |
| John Baumgartner | Work Plan Development | 8/28/25 | 0.20 | 825.00 | 165.00 | Discussion with C. Gupta regarding work plan development. |
| John Baumgartner | Cash Flow & Financial Projections | 8/28/25 | 0.30 | 825.00 | 247.50 | Discussion with C. Gupta regarding cash flow. |
| Charvi Gupta | Business Operations | 8/28/25 | 0.20 | 675.00 | 135.00 | Call with A. Pomal regarding new contract signatories. |
| Charvi Gupta | Business Operations | 8/28/25 | 0.10 | 675.00 | 67.50 | Call with B. Scott regarding new contracts. |
| Charvi Gupta | Financing and Cash Collateral | 8/28/25 | 0.60 | 675.00 | 405.00 | Call with counsel, lender, and lender counsel regarding case update. |
| Charvi Gupta | Business Operations | 8/28/25 | 0.40 | 675.00 | 270.00 | Call with HSBC regarding bank accounts. |
| Charvi Gupta | Work Plan Development | 8/28/25 | 0.20 | 675.00 | 135.00 | Call with J. Baumgartner regarding work plan development. |
| Charvi Gupta | Business Operations | 8/28/25 | 0.20 | 675.00 | 135.00 | Call with local contact regarding India office activities. |
| Charvi Gupta | Cash Flow & Financial Projections | 8/28/25 | 0.30 | 675.00 | 202.50 | Calls with J. Baumgartner regarding contract signatories and cash flow updates. |
| Charvi Gupta | Business Operations | 8/28/25 | 0.20 | 675.00 | 135.00 | Correspondence with A. Pomal regarding contracts and D&O insurance. |
| Charvi Gupta | Business Operations | 8/28/25 | 0.20 | 675.00 | 135.00 | Correspondence with J. Baumgartner regarding operational matters. |
| Charvi Gupta | Business Operations | 8/28/25 | 0.40 | 675.00 | 270.00 | Daily update call with A. Pomal. |

| Staff Member | Category | Date | Quantity | Bill Rate ($) | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Charvi Gupta | Case Management | 8/28/25 | 0.30 | 675.00 | 202.50 | Reviewed stipulation document for Independent Director. |
| Charvi Gupta | Cash Flow & Financial Projections | 8/28/25 | 0.60 | 675.00 | 405.00 | Reviewed updated cash flow. |
| Charvi Gupta | Case Management | 8/28/25 | 0.60 | 675.00 | 405.00 | Update call with counsel. |
| Charvi Gupta | Business Operations | 8/29/25 | 0.50 | 675.00 | 337.50 | Daily call with Bankai Infotech regarding financial and operational matters. |
| William Henrich | Business Operations | 8/28/25 | 0.70 | 895.00 | 626.50 | Meeting with Klestadt Winters, R. Warshauer, and GHA regarding CRO progress, cash flow status, information retrieval, physical office access, records preservation, India office verification, bank account control, payroll issues, lender meeting preparation, and UST insurance questions. |
| William Henrich | Financing and Cash Collateral | 8/28/25 | 0.70 | 895.00 | 626.50 | Meeting with Klestadt Winters, R. Warshauer, Quinn Emanuel, lender, and GHA regarding office access, server locations, employee roster, cash flow forecast, data validation efforts, information retrieval status, financial institution identification, reporting practices, D&O insurance status, and SPV filing intentions. |
| William Henrich | Cash Flow & Financial Projections | 8/28/25 | 0.10 | 895.00 | 89.50 | Reviewed correspondence regarding debtor office access and related court motion. |
| William Henrich | Case Management | 8/28/25 | 0.30 | 895.00 | 268.50 | Reviewed Baumgartner draft Rule 1007 declaration. |
| Charvi Gupta | Business Operations | 8/29/25 | 1.00 | 675.00 | 675.00 | Meeting with Chase. |
| Charvi Gupta | Business Operations | 8/29/25 | 0.50 | 675.00 | 337.50 | Debrief with team following meeting with Chase. |
| Pearse Mascola | Business Operations | 8/28/25 | 1.10 | 495.00 | 544.50 | Meeting with counsel and GH team at office location to secure access. |
| Pearse Mascola | Business Operations | 8/28/25 | 0.40 | 495.00 | 198.00 | Meeting with HSBC. |
| Pearse Mascola | Cash Flow & Financial Projections | 8/28/25 | 3.40 | 495.00 | 1,683.00 | Detailed review of updated cash flow for methodology and accuracy. |
| Pearse Mascola | Travel | 8/28/25 | 1.00 | 247.50 | 247.50 | Travel to and from Long Island office. |
| John Baumgartner | Business Operations | 8/29/25 | 1.00 | 825.00 | 825.00 | Meeting with Tammy Petro (Chase) regarding account access. |
| John Baumgartner | Business Operations | 8/29/25 | 1.50 | 825.00 | 1,237.50 | Daily call with Amit Pomal and Rohan Barot regarding cash forecast. |
| John Baumgartner | Business Operations | 8/29/25 | 0.50 | 825.00 | 412.50 | Planning session with Charvi and Pearse following Chase meeting. |
| John Baumgartner | Business Operations | 8/29/25 | 1.90 | 825.00 | 1,567.50 | Review of updated cash forecast. |
| John Baumgartner | Business Operations | 8/29/25 | 0.60 | 825.00 | 495.00 | KeyBank outreach. |
| John Baumgartner | Business Operations | 8/29/25 | 0.70 | 825.00 | 577.50 | Conference with R. Warshauer regarding fees, followed by emails to Bankim B. and lender. |
| John Baumgartner | Business Operations | 8/29/25 | 0.60 | 825.00 | 495.00 | Weekly update email to professionals. |
| John Baumgartner | Business Operations | 8/29/25 | 0.70 | 825.00 | 577.50 | Extended email exchange with Rohan Barot regarding vendor/customer messaging and contract decisions. |
| John Baumgartner | Travel | 8/29/25 | 2.00 | 412.50 | 825.00 | Four hours of travel home from NYC while performing client work. |
| Carl Finkbeiner | Business Operations | 8/29/25 | 1.00 | 495.00 | 495.00 | Daily meeting with Amit and Bankai team. |
| Carl Finkbeiner | Business Operations | 8/29/25 | 0.50 | 495.00 | 247.50 | Discussion regarding next steps for BTI transaction analysis. |
| William Henrich | Business Operations | 8/29/25 | 0.20 | 895.00 | 179.00 | Reviewed and drafted email regarding bank account access progress, founder correspondence, and customer contact issues. |
| Pearse Mascola | Cash Flow & Financial Projections | 8/29/25 | 1.20 | 495.00 | 594.00 | Call with Bankai Infotech regarding cash flow review. |

| Staff Member | Category | Date | Quantity | Bill Rate ($) | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Pearse Mascola | Work Plan Development | 8/29/25 | 1.20 | 495.00 | 594.00 | Communications with GH team regarding ongoing work plan development. |
| Pearse Mascola | Business Operations | 8/29/25 | 1.00 | 495.00 | 495.00 | Meeting with JPMC personnel regarding company accounts. |
| Pearse Mascola | Business Operations | 8/29/25 | 2.00 | 495.00 | 990.00 | Reviewed HSBC portal for download capabilities and reviewed data room files and contracts. |
| | **Total** | | **174.40** | | **$ 115,628.75** | |

**Getzler Henrich and Associates**
**Exhibit B: Expense Detail**
**For the Period August 12, 2025 through August 31, 2025**

| Staff Member | Category | Subcategory | Date | Billable ($) | Notes |
|---|---|---|---|---|---|
| Brandon Kim | Travel | Car Rental/ Ground Transportation | 8/22/25 | $ 95.49 | Travel from manhattan to BBT first site visit |
| Brandon Kim | Travel | Car Rental/ Ground Transportation | 8/22/25 | 154.23 | Travel from Garden City BBT office back to Manhattan (rush hour) |
| John Baumgartner | Travel | Airfare | 8/26/25 | 394.38 | Flight to NYC from Santa Barbara for client purposes |
| John Baumgartner | Meals | Lunch | 8/27/25 | 55.67 | Dinner while in NYC on client business |
| John Baumgartner | Internet Connection | Wi-Fi | 8/27/25 | 8.00 | Wifi on flight to NYC |
| John Baumgartner | Travel | Car Rental/ Ground Transportation | 8/27/25 | 88.73 | Taxi to hotel from LGA |
| John Baumgartner | Travel | Car Rental/ Ground Transportation | 8/27/25 | 36.76 | Uber to Santa Barbara airport |
| John Baumgartner | Meals | Breakfast | 8/28/25 | 17.10 | travel breakfast before site visit |
| John Baumgartner | Travel | Train | 8/28/25 | 9.75 | Train back to NYC after site visit |
| John Baumgartner | Travel | Train | 8/28/25 | 9.75 | Train to Garden City for site visit |
| John Baumgartner | Meals | Lunch | 8/28/25 | 29.76 | Working lunch with Pearse Mascola and Andrew Brown (Klestsdt) |
| John Baumgartner | Travel | Car Rental/ Ground Transportation | 8/28/25 | 16.89 | Uber to BTI office after train to Garden City |
| John Baumgartner | Meals | Dinner | 8/28/25 | 57.10 | Dinner while in NYC for client work |
| Pearse Mascola | Travel | Auto Mileage | 8/28/25 | 57.26 | Trip to and back from LI office |
| John Baumgartner | Meals | Dinner | 8/29/25 | 31.90 | Dinner at LGA on the way home |
| John Baumgartner | Meals | Lunch | 8/29/25 | 52.08 | Working lunch with Pearse Mascola |
| John Baumgartner | Travel | Accommodations Hotel/Motel | 8/29/25 | 854.65 | lodging in NYC while working on client issues |
| John Baumgartner | Travel | Car Rental/ Ground Transportation | 8/29/25 | 93.79 | Uber to LGA for flight home after client work |
| John Baumgartner | Travel | Car Rental/ Ground Transportation | 8/30/25 | 79.71 | Cab home from IAH |
| **Total** | | | | **$2,143.00** | |