

**Getzler Henrich**
295 Madison Ave, 20th Floor
New York, NY 10017
212-697-2400
www.getzlerhenrich.com

**INVOICE**

| | |
|---|---|
| Total Amount: | $189,352.48 |
| Number: | 01.2026 FEES |
| Invoice Period: | 01/01/26 - 01/31/26 |

**Broadband Telecom, Inc.**
Broadband Telecom, Inc. et al, Case No. 25-73095-AST
295 Madison Ave
Floor 20
New York, NY 10017

| | |
|---|---|
| **TOTAL FEES** | **$186,374.50** |
| **TOTAL EXPENSES** | **$2,977.98** |
| **INVOICE TOTAL** | **$189,352.48** |

## FEES SUMMARY

| Description | Title | Years of Experience | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| William Henrich | Co-Chairman | 20+ | 4.0 | $895.00 | $3,580.00 |
| John Baumgartner | Managing Director | 20+ | 77.2 | $825.00 | $63,690.00 |
| John Baumgartner - Travel | Managing Director | 20+ | 15.4 | $412.50 | $6,352.50 |
| Charvi Gupta | Senior Director | 10 | 61.4 | $675.00 | $41,445.00 |
| Jonathan Vukanovich | Director | 17 | 9.0 | $675.00 | $6,075.00 |
| Carl Finkbeiner | Senior Associate | 7 | 2.8 | $495.00 | $1,386.00 |
| Pearse Mascola | Senior Associate | 4 | 78.8 | $495.00 | $39,006.00 |
| Marco Nykodym | Associate | 2 | 55.2 | $450.00 | $24,840.00 |
| **TOTAL AMOUNT DUE** | | | **303.8** | | **$186,374.50** |

Re: BB Telecom Ch 11
*************************************************************************************
PAYMENT INFORMATION FOR ACH/WIRE TRANSFERS:
Bank Name: Bank of America
Account Name: GETZLER HENRICH & ASSOCIATES
Routing number ACH/EFT: 071000039
Routing number DOM.WIRES: 026009593
Account Number: 008670329131
SWIFT ID: BOFAUS3N (U.S DOMESTIC) BOFAUS6S (FOREIGN CURRENCY)

**Getzler Henrich**  
295 Madison Ave, 20th Floor  
New York, NY 10017  
212-697-2400  
www.getzlerhenrich.com

**INVOICE**

**Broadband Telecom, Inc.**  
Broadband Telecom, Inc. et al, Case No. 25-73095-AST  
295 Madison Ave  
Floor 20  
New York, NY 10017

## EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Travel | $2,209.84 |
| Meals | $269.14 |
| Computer Services and Supplies | $499.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **$2,977.98** |

Re: BB Telecom Ch 11  
*******************************************************************************************  
PAYMENT INFORMATION FOR ACH/WIRE TRANSFERS:  
Bank Name: Bank of America  
Account Name: GETZLER HENRICH & ASSOCIATES  
Routing number ACH/EFT: 071000039  
Routing number DOM.WIRES: 026009593  
Account Number: 008670329131  
SWIFT ID: BOFAUS3N (U.S DOMESTIC) BOFAUS6S (FOREIGN CURRENCY)

**Getzler Henrich and Associates**
**Exhibit A: Fee Detail**
**For the Period January 1, 2026 through January 31, 2026**

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Charvi Gupta | Business Operations | 1/1/26 | 0.2 | $ 675.00 | $ 135.00 | Reviewed correspondence regarding deed of adherence and insurance policy. |
| Charvi Gupta | Employment and Fee Applications | 1/2/26 | 0.1 | 675.00 | 67.50 | Corresponded with M. Nykodym regarding fee statement. |
| Charvi Gupta | Business Operations | 1/2/26 | 0.1 | 675.00 | 67.50 | Corresponded with P. Brahmbhatt regarding Chase vendor payment template. |
| Charvi Gupta | Business Operations | 1/2/26 | 0.2 | 675.00 | 135.00 | Reviewed correspondence related to insurance and payments. |
| John Baumgartner | Employment and Fee Applications | 1/2/26 | 0.6 | 825.00 | 495.00 | Further attention to payment of GHA fees. |
| John Baumgartner | Business Operations | 1/2/26 | 2.0 | 825.00 | 1,650.00 | Finalized review of vendor payment templates on JPMorgan portal. |
| John Baumgartner | Business Operations | 1/2/26 | 1.0 | 825.00 | 825.00 | Email exchanges with outsourced management regarding questions. |
| Pearse Mascola | Business Operations | 1/2/26 | 0.3 | 495.00 | 148.50 | Correspondence with J. Baumgartner to discuss banking templates. |
| Pearse Mascola | Business Operations | 1/2/26 | 1.0 | 495.00 | 495.00 | Reviewed payment and banking templates. |
| Carl Finkbeiner | Case Management | 1/5/26 | 0.5 | 495.00 | 247.50 | Prep and attended weekly check-in call. |
| Charvi Gupta | Business Operations | 1/5/26 | 0.5 | 675.00 | 337.50 | Call and correspondence with J. Baumgartner regarding Chase account. |
| Charvi Gupta | Business Operations | 1/5/26 | 0.5 | 675.00 | 337.50 | Debtors' standing call. |
| Charvi Gupta | Business Operations | 1/5/26 | 0.2 | 675.00 | 135.00 | Reviewed correspondence regarding conflict parties and vendor payment templates. |
| Charvi Gupta | Case Management | 1/5/26 | 0.3 | 675.00 | 202.50 | Call with team regarding work plan development. |
| Charvi Gupta | Case Management | 1/5/26 | 0.2 | 675.00 | 135.00 | Correspondence with India counsel. |
| Charvi Gupta | Employment and Fee Applications | 1/5/26 | 1.8 | 675.00 | 1,215.00 | Edited fee statement and call with M. Nykodym regarding revisions. |
| John Baumgartner | Business Operations | 1/5/26 | 0.3 | 825.00 | 247.50 | [REDACTED] |
| John Baumgartner | Case Management | 1/5/26 | 0.7 | 825.00 | 577.50 | [REDACTED] |
| John Baumgartner | Case Management | 1/5/26 | 0.5 | 825.00 | 412.50 | Weekly conference with debtors' counsel, independent director, and GHA to coordinate workstreams and priorities. |
| John Baumgartner | Business Operations | 1/5/26 | 0.5 | 825.00 | 412.50 | Conference with C. Gupta regarding Euro accounts and payment confirmations. |
| John Baumgartner | Case Management | 1/5/26 | 0.4 | 825.00 | 330.00 | Prepped for and led weekly GHA engagement team update call. |
| John Baumgartner | Employment and Fee Applications | 1/5/26 | 0.5 | 825.00 | 412.50 | Extended email exchange with India counsel regarding case updates and fee statements. |
| John Baumgartner | Case Management | 1/5/26 | 0.4 | 825.00 | 330.00 | [REDACTED] |
| John Baumgartner | Case Management | 1/5/26 | 0.3 | 825.00 | 247.50 | Email update to independent director regarding prior week activity. |
| John Baumgartner | Case Administration | 1/5/26 | 0.4 | 825.00 | 330.00 | Reviewed U.S. Trustee fee due for Q3 and planned for payment. |
| John Baumgartner | Meetings and Communications with Creditors | 1/5/26 | 0.3 | 825.00 | 247.50 | Prepared for weekly lender conference call. |
| John Baumgartner | Business Operations | 1/5/26 | 0.4 | 825.00 | 330.00 | Prepared vendor payment template on JPMorgan web portal. |
| John Baumgartner | Business Operations | 1/5/26 | 0.4 | 825.00 | 330.00 | Authorized release of vendor payments on JPMorgan web portal. |
| John Baumgartner | Employment and Fee Applications | 1/5/26 | 0.2 | 825.00 | 165.00 | Reviewed and arranged payment of August and September GHA fees. |
| Jonathan Vukanovich | Case Management | 1/5/26 | 1.0 | 675.00 | 675.00 | Prep and attended weekly GHA catch-up meeting. |
| Marco Nykodym | Case Management | 1/5/26 | 0.3 | 450.00 | 135.00 | Call with internal team. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Marco Nykodym | Employment and Fee Applications | 1/5/26 | 0.2 | 450.00 | 90.00 | Correspondence with C. Gupta regarding recategorization of timesheets. |
| Marco Nykodym | Employment and Fee Applications | 1/5/26 | 1.5 | 450.00 | 675.00 | Updated categorizations on timesheets. |
| Marco Nykodym | Employment and Fee Applications | 1/5/26 | 0.5 | 450.00 | 225.00 | Created PDF for October timesheet. |
| Marco Nykodym | Case Management | 1/5/26 | 1.7 | 450.00 | 765.00 | **[REDACTED]** |
| Marco Nykodym | Case Management | 1/5/26 | 0.3 | 450.00 | 135.00 | **[REDACTED]** |
| Pearse Mascola | Case Management | 1/5/26 | 0.3 | 495.00 | 148.50 | Internal team agenda call for the week. |
| Charvi Gupta | Business Operations | 1/6/26 | 0.2 | 675.00 | 135.00 | Approved wire templates on Chase access portal. |
| Charvi Gupta | Case Management | 1/6/26 | 0.3 | 675.00 | 202.50 | Call with India counsel. |
| Charvi Gupta | Meetings and Communications with Creditors | 1/6/26 | 0.6 | 675.00 | 405.00 | Call with lenders. |
| Charvi Gupta | Business Operations | 1/6/26 | 0.3 | 675.00 | 202.50 | Correspondence with J. Baumgartner regarding wire approvals. |
| Charvi Gupta | Case Administration | 1/6/26 | 0.6 | 675.00 | 405.00 | Reviewed correspondence regarding senior counsel retention and UST fees, and reviewed Section 9 petition changes. |
| Charvi Gupta | Employment and Fee Applications | 1/6/26 | 1.9 | 675.00 | 1,282.50 | Reviewed and edited November fee statement and corresponded with M. Nykodym regarding revisions. |
| John Baumgartner | Business Operations | 1/6/26 | 1.0 | 825.00 | 825.00 | Attended to JPMorgan payment issues for Euro currency vendors and reviewed vendor templates. |
| John Baumgartner | Business Operations | 1/6/26 | 0.4 | 825.00 | 330.00 | Correspondence with C. Gupta regarding approvals for updated vendor payment templates on JPMorgan portal. |
| John Baumgartner | Business Operations | 1/6/26 | 0.4 | 825.00 | 330.00 | Email exchange with outsourced management regarding Euro currency vendor payments. |
| John Baumgartner | Case Administration | 1/6/26 | 0.3 | 825.00 | 247.50 | Further work on issuing payment to UST for Q3 fees. |
| John Baumgartner | Accounting/Auditing | 1/6/26 | 0.6 | 825.00 | 495.00 | Reviewed payment and collection activity in HSBC accounts. |
| John Baumgartner | Case Management | 1/6/26 | 1.0 | 825.00 | 825.00 | **[REDACTED]** |
| John Baumgartner | Case Management | 1/6/26 | 0.3 | 825.00 | 247.50 | Conference with counsel regarding litigation in India. |
| John Baumgartner | Meetings and Communications with Creditors | 1/6/26 | 0.5 | 825.00 | 412.50 | Prepared for weekly lender conference call. |
| John Baumgartner | Meetings and Communications with Creditors | 1/6/26 | 0.6 | 825.00 | 495.00 | Led weekly lender conference call. |
| John Baumgartner | Business Operations | 1/6/26 | 0.7 | 825.00 | 577.50 | Conference with outsourced management regarding JPMorgan portal and Euro currency payment issues. |
| John Baumgartner | Business Operations | 1/6/26 | 1.4 | 825.00 | 1,155.00 | Series of conference calls with JPMorgan support regarding portal and Euro currency payment issues. |
| Jonathan Vukanovich | Meetings and Communications with Creditors | 1/6/26 | 1.0 | 675.00 | 675.00 | Prepped for and attended weekly lender call. |
| Marco Nykodym | Employment and Fee Applications | 1/6/26 | 1.9 | 450.00 | 855.00 | Updated categorizations of November timesheets. |
| Marco Nykodym | Employment and Fee Applications | 1/6/26 | 1.0 | 450.00 | 450.00 | Created cover pages for November fee and expense submissions. |
| Marco Nykodym | Employment and Fee Applications | 1/6/26 | 0.7 | 450.00 | 315.00 | Troubleshot variances between document versions. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Marco Nykodym | Employment and Fee Applications | 1/6/26 | 0.5 | 450.00 | 225.00 | Assembled November fee and expense packet with exhibits. |
| Marco Nykodym | Employment and Fee Applications | 1/6/26 | 0.8 | 450.00 | 360.00 | Created December expense exhibit. |
| Pearse Mascola | Meetings and Communications with Creditors | 1/6/26 | 0.8 | 495.00 | 396.00 | Prepared for and participated in lender call. |
| Pearse Mascola | Case Administration | 1/6/26 | 0.5 | 495.00 | 247.50 | Correspondence with J. Baumgartner regarding workstreams and trustee fee review. |
| Pearse Mascola | Business Operations | 1/6/26 | 0.5 | 495.00 | 247.50 | Reviewed JPMorgan payments and system approvals. |
| Charvi Gupta | Business Operations | 1/7/26 | 0.3 | 675.00 | 202.50 | Correspondence with P. Brahmbhatt and approval of wire template on Chase. |
| Charvi Gupta | Reporting | 1/7/26 | 0.3 | 675.00 | 202.50 | Correspondence with P. Mascola regarding MORs and correspondence with counsel. |
| Charvi Gupta | Business Operations | 1/7/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Mascola regarding vendor payment approvals. |
| Charvi Gupta | Case Management | 1/7/26 | 0.2 | 675.00 | 135.00 | Reviewed revised Section 9 petition and correspondence regarding same. |
| John Baumgartner | Accounting/Auditing | 1/7/26 | 0.5 | 825.00 | 412.50 | **[REDACTED]** |
| John Baumgartner | Case Management | 1/7/26 | 0.5 | 825.00 | 412.50 | Further review and revisions to draft India litigation petition. |
| John Baumgartner | Business Operations | 1/7/26 | 1.2 | 825.00 | 990.00 | Email exchange with customer regarding hesitancy to remit payment. |
| Marco Nykodym | Employment and Fee Applications | 1/7/26 | 2.3 | 450.00 | 1,035.00 | Broke out combined timesheet entries. |
| Marco Nykodym | Employment and Fee Applications | 1/7/26 | 2.3 | 450.00 | 1,035.00 | Cleaned up timesheet descriptions for grammar and spelling. |
| Marco Nykodym | Employment and Fee Applications | 1/7/26 | 1.8 | 450.00 | 810.00 | Fixed categorizations of timesheets. |
| Marco Nykodym | Employment and Fee Applications | 1/7/26 | 1.0 | 450.00 | 450.00 | Created December front pages. |
| Marco Nykodym | Employment and Fee Applications | 1/7/26 | 1.0 | 450.00 | 450.00 | Ensured consistency and anonymity across timesheet entries. |
| Pearse Mascola | Case Administration | 1/7/26 | 1.5 | 495.00 | 742.50 | Aggregated and checked trustee fees. |
| Pearse Mascola | Case Management | 1/7/26 | 1.2 | 495.00 | 594.00 | Reviewed docket for accuracy. |
| Charvi Gupta | Business Operations | 1/8/26 | 0.4 | 675.00 | 270.00 | Approved Chase payments and corresponded with Pavan regarding same. |
| Charvi Gupta | Employment and Fee Applications | 1/8/26 | 0.2 | 675.00 | 135.00 | Correspondence regarding October and November fee statements. |
| Charvi Gupta | Case Management | 1/8/26 | 0.2 | 675.00 | 135.00 | Reviewed correspondence regarding Section 9. |
| Charvi Gupta | Business Operations | 1/8/26 | 0.3 | 675.00 | 202.50 | Reviewed G&A payments and related correspondence. |
| John Baumgartner | Business Operations | 1/8/26 | 0.4 | 825.00 | 330.00 | Email to customer regarding payment hesitancy due to Chapter 11. |
| John Baumgartner | Case Administration | 1/8/26 | 0.4 | 825.00 | 330.00 | Email exchange regarding payment of U.S. Trustee fees for Q3. |
| John Baumgartner | Business Operations | 1/8/26 | 0.3 | 825.00 | 247.50 | Conference with HSBC regarding transfer of funds to JPMorgan account. |
| John Baumgartner | Business Operations | 1/8/26 | 1.0 | 825.00 | 825.00 | Follow-up to HSBC conference by drafting and sending letter requesting transfer of funds to JPMorgan account. |
| Marco Nykodym | Reporting | 1/8/26 | 2.1 | 450.00 | 945.00 | Assisting on the production of the Monthly Operating Report |
| Pearse Mascola | Case Administration | 1/8/26 | 1.5 | 495.00 | 742.50 | Aggregated taxpayer identification numbers and other final information required for trustee payment. |
| Pearse Mascola | Reporting | 1/8/26 | 2.2 | 495.00 | 1,089.00 | Initial work framing December Monthly Operating Reports. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Pearse Mascola | Business Operations | 1/8/26 | 0.3 | 495.00 | 148.50 | Correspondence with JPMorgan to ensure accounts would not be restricted for specific payments. |
| Charvi Gupta | Employment and Fee Applications | 1/9/26 | 1.8 | 675.00 | 1,215.00 | Reviewed and edited December fee detail. |
| Charvi Gupta | Business Operations | 1/9/26 | 0.3 | 675.00 | 202.50 | Reviewed task list file. |
| John Baumgartner | Employment and Fee Applications | 1/9/26 | 0.4 | 825.00 | 330.00 | Final review and distribution to independent director of GHA fee statements for October and November. |
| John Baumgartner | Case Management | 1/9/26 | 0.8 | 825.00 | 660.00 | **[REDACTED]** |
| John Baumgartner | Case Administration | 1/9/26 | 0.5 | 825.00 | 412.50 | Continued efforts related to payment of U.S. Trustee fees for Q3. |
| John Baumgartner | Business Operations | 1/9/26 | 0.5 | 825.00 | 412.50 | Reviewed and worked on JPMorgan payment templates and vendor payments. |
| John Baumgartner | Business Operations | 1/9/26 | 0.5 | 825.00 | 412.50 | Attended to payment of Independent Director fees for January. |
| Pearse Mascola | Reporting | 1/9/26 | 0.6 | 495.00 | 297.00 | Worked on MOR work statements. |
| Pearse Mascola | Case Administration | 1/9/26 | 0.7 | 495.00 | 346.50 | Correspondence with J. Baumgartner regarding final submission of trustee fees and general case matters. |
| Pearse Mascola | Business Operations | 1/9/26 | 0.4 | 495.00 | 198.00 | Reviewed aggregated disbursement materials in preparation for call. |
| Charvi Gupta | Reporting | 1/10/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Mascola regarding December MOR. |
| Carl Finkbeiner | Case Management | 1/12/26 | 0.6 | 495.00 | 297.00 | Weekly team meeting. |
| Charvi Gupta | Case Management | 1/12/26 | 0.3 | 675.00 | 202.50 | Correspondence with J. Baumgartner regarding case updates and work plan development. |
| Charvi Gupta | Business Operations | 1/12/26 | 0.2 | 675.00 | 135.00 | Correspondence regarding G&A payments and rent. |
| Charvi Gupta | Reporting | 1/12/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Mascola regarding MOR and bank statements. |
| Charvi Gupta | Meetings and Communications with Creditors | 1/12/26 | 0.2 | 675.00 | 135.00 | **[REDACTED]** |
| Charvi Gupta | Case Management | 1/12/26 | 0.5 | 675.00 | 337.50 | Standing debtors' call. |
| John Baumgartner | Case Management | 1/12/26 | 0.4 | 825.00 | 330.00 | **[REDACTED]** |
| John Baumgartner | Case Management | 1/12/26 | 0.3 | 825.00 | 247.50 | Conference with C. Gupta regarding vendor payments, consultant contracts, and fee statements. |
| John Baumgartner | Business Operations | 1/12/26 | 0.5 | 825.00 | 412.50 | Email exchange with outsourced management regarding G&A payments to be released. |
| John Baumgartner | Case Management | 1/12/26 | 0.4 | 825.00 | 330.00 | **[REDACTED]** |
| John Baumgartner | Business Operations | 1/12/26 | 0.7 | 825.00 | 577.50 | Attended to internal JPMorgan Chase cash transfers. |
| John Baumgartner | Meetings and Communications with Creditors | 1/12/26 | 0.3 | 825.00 | 247.50 | Drafted and circulated agenda for lender call on January 13. |
| John Baumgartner | Case Management | 1/12/26 | 0.5 | 825.00 | 412.50 | Prepared for weekly GHA team call by reviewing key priorities and tasks. |
| John Baumgartner | Case Management | 1/12/26 | 0.6 | 825.00 | 495.00 | Led weekly GHA team call to discuss priorities and tasks. |
| John Baumgartner | Case Management | 1/12/26 | 0.6 | 825.00 | 495.00 | **[REDACTED]** |
| John Baumgartner | Case Management | 1/12/26 | 0.5 | 825.00 | 412.50 | Weekly debtor professional call with independent director, counsel, and senior GHA professionals to discuss case priorities. |
| Jonathan Vukanovich | Case Management | 1/12/26 | 1.0 | 675.00 | 675.00 | Prepped for and attended weekly GHA catch-up call. |
| Marco Nykodym | Case Management | 1/12/26 | 0.5 | 450.00 | 225.00 | Call with internal GH team. (Joined late) |
| Pearse Mascola | Business Operations | 1/12/26 | 0.9 | 495.00 | 445.50 | Vendor payment diligence and related correspondence. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Pearse Mascola | Case Management | 1/12/26 | 0.6 | 495.00 | 297.00 | Internal GH team call to review weekly workstreams. |
| Pearse Mascola | Case Management | 1/12/26 | 0.3 | 495.00 | 148.50 | Correspondence with counsel regarding required bank statements. |
| Pearse Mascola | Meetings and Communications with Creditors | 1/12/26 | 1.5 | 495.00 | 742.50 | Reviewed items to be presented to creditors. |
| Charvi Gupta | Business Operations | 1/13/26 | 0.2 | 675.00 | 135.00 | Call with A. Pomal. |
| Charvi Gupta | Business Operations | 1/13/26 | 0.2 | 675.00 | 135.00 | Correspondence with team regarding operational items. |
| Charvi Gupta | Meetings and Communications with Creditors | 1/13/26 | 0.8 | 675.00 | 540.00 | Lender call preparation and participation. |
| Charvi Gupta | Business Operations | 1/13/26 | 0.2 | 675.00 | 135.00 | Reviewed correspondence regarding Bankai Infotech payment. |
| Charvi Gupta | Business Operations | 1/13/26 | 0.6 | 675.00 | 405.00 | Reviewed correspondence regarding fee statements, Chase access portal, Section 9 updates, A&M retention, and HSBC account matters. |
| Charvi Gupta | Business Operations | 1/13/26 | 0.3 | 675.00 | 202.50 | Reviewed correspondence regarding G&A payments. |
| Charvi Gupta | Case Management | 1/13/26 | 0.3 | 675.00 | 202.50 | **[REDACTED]** |
| Charvi Gupta | Accounting/Auditing | 1/13/26 | 0.2 | 675.00 | 135.00 | Reviewed week-in/week-out report. |
| John Baumgartner | Meetings and Communications with Creditors | 1/13/26 | 0.5 | 825.00 | 412.50 | Prepared for lender call. |
| John Baumgartner | Meetings and Communications with Creditors | 1/13/26 | 0.6 | 825.00 | 495.00 | Weekly conference with lenders. |
| John Baumgartner | Business Operations | 1/13/26 | 0.4 | 825.00 | 330.00 | Reviewed and approved vendor payment templates. |
| John Baumgartner | Business Operations | 1/13/26 | 0.8 | 825.00 | 660.00 | Reviewed outstanding vendor payments from November. |
| John Baumgartner | Business Operations | 1/13/26 | 1.8 | 825.00 | 1,485.00 | Conference with P. Mascola regarding diligence on vendors with outstanding November payments, including Prolific, Text Telecom, Bridgeworld Enterprises, and BSNL. |
| Jonathan Vukanovich | Meetings and Communications with Creditors | 1/13/26 | 1.4 | 675.00 | 945.00 | Prepared for lender call. |
| Jonathan Vukanovich | Meetings and Communications with Creditors | 1/13/26 | 0.6 | 675.00 | 405.00 | Update call with lender group and daily update call with BTI. |
| Marco Nykodym | Employment and Fee Applications | 1/13/26 | 2.3 | 450.00 | 1,035.00 | Redacted sensitive November entries. |
| Marco Nykodym | Employment and Fee Applications | 1/13/26 | 0.7 | 450.00 | 315.00 | Created new versions of November fee and expense packets. |
| Marco Nykodym | Business Operations | 1/13/26 | 0.5 | 450.00 | 225.00 | Reviewed BB Telecom mail received at NYC office. |
| Marco Nykodym | Case Management | 1/13/26 | 0.4 | 450.00 | 180.00 | **[REDACTED]** |
| Pearse Mascola | Business Operations | 1/13/26 | 1.8 | 495.00 | 891.00 | Call with J. Baumgartner to discuss diligence efforts and work item agenda. |
| Pearse Mascola | Business Operations | 1/13/26 | 0.6 | 495.00 | 297.00 | Reviewed and corresponded with GH team regarding discuss bank records. |
| Pearse Mascola | Meetings and Communications with Creditors | 1/13/26 | 0.8 | 495.00 | 396.00 | Prepared for and participated in creditor call. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Charvi Gupta | Business Operations | 1/14/26 | 0.4 | 675.00 | 270.00 | Correspondence with J. Baumgartner regarding payment approvals and wire processing, including approval of wires and templates on Chase portal. |
| Charvi Gupta | Employment and Fee Applications | 1/14/26 | 0.2 | 675.00 | 135.00 | Correspondence with M. Nykodym regarding billings. |
| Charvi Gupta | Business Operations | 1/14/26 | 0.2 | 675.00 | 135.00 | Reviewed correspondence regarding Chase access portal. |
| John Baumgartner | Business Operations | 1/14/26 | 0.5 | 825.00 | 412.50 | Further work to set up internal JPMorgan Chase cash transfers. |
| Marco Nykodym | Business Operations | 1/14/26 | 1.9 | 450.00 | 855.00 | Conducted vendor diligence on key relationships |
| Marco Nykodym | Business Operations | 1/14/26 | 0.7 | 450.00 | 315.00 | Consolidated findings into deliverable |
| Pearse Mascola | Business Operations | 1/14/26 | 0.9 | 495.00 | 445.50 | [REDACTED] |
| Pearse Mascola | Accounting/Auditing | 1/14/26 | 2.5 | 495.00 | 1,237.50 | Diligence and reconciliation of bank statements and cash flows over time for creditor presentation. |
| Pearse Mascola | Accounting/Auditing | 1/14/26 | 2.4 | 495.00 | 1,188.00 | Tracking and documenting findings. |
| Charvi Gupta | Case Management | 1/15/26 | 0.1 | 675.00 | 67.50 | Correspondence with J. Baumgartner regarding case updates. |
| Charvi Gupta | Case Management | 1/15/26 | 0.2 | 675.00 | 135.00 | [REDACTED] |
| Charvi Gupta | Business Operations | 1/15/26 | 0.2 | 675.00 | 135.00 | Correspondence with J. Baumgartner regarding BB Capital life insurance policy. |
| Charvi Gupta | Employment and Fee Applications | 1/15/26 | 0.2 | 675.00 | 135.00 | Correspondence with M. Nykodym regarding billings. |
| Charvi Gupta | Business Operations | 1/15/26 | 0.1 | 675.00 | 67.50 | Correspondence with U. Odedara regarding BrightR. |
| Charvi Gupta | Case Management | 1/15/26 | 0.1 | 675.00 | 67.50 | Reviewed Section 9 update correspondence. |
| John Baumgartner | Employment and Fee Applications | 1/15/26 | 0.8 | 825.00 | 660.00 | Reviewed draft November fee statement and provided comments. |
| Marco Nykodym | Business Operations | 1/15/26 | 0.6 | 450.00 | 270.00 | Reviewed and circulated mail received at NYC office. |
| Marco Nykodym | Business Operations | 1/15/26 | 0.8 | 450.00 | 360.00 | [REDACTED] |
| Pearse Mascola | Accounting/Auditing | 1/15/26 | 2.0 | 495.00 | 990.00 | [REDACTED] |
| Pearse Mascola | Accounting/Auditing | 1/15/26 | 1.0 | 495.00 | 495.00 | Consolidated findings for presentation materials. |
| Charvi Gupta | Case Management | 1/16/26 | 0.9 | 675.00 | 607.50 | [REDACTED] |
| Charvi Gupta | Employment and Fee Applications | 1/16/26 | 0.1 | 675.00 | 67.50 | Correspondence with J. Baumgartner regarding fee statement. |
| Charvi Gupta | Business Operations | 1/16/26 | 0.2 | 675.00 | 135.00 | [REDACTED] |
| Charvi Gupta | Business Operations | 1/16/26 | 0.1 | 675.00 | 67.50 | Correspondence with HSBC. |
| Charvi Gupta | Case Management | 1/16/26 | 0.2 | 675.00 | 135.00 | Correspondence with India counsel regarding Gujarat petition. |
| Charvi Gupta | Business Operations | 1/16/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Brahmbhatt regarding G&A payments. |
| Charvi Gupta | Reporting | 1/16/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Mascola regarding MOR. |
| Charvi Gupta | Case Management | 1/16/26 | 0.2 | 675.00 | 135.00 | Correspondence with internal team regarding operational items. |
| Charvi Gupta | Business Operations | 1/16/26 | 0.2 | 675.00 | 135.00 | Reviewed G&A payments. |
| John Baumgartner | Business Operations | 1/16/26 | 0.4 | 825.00 | 330.00 | Email exchange with Alter Domus regarding restyling of accounts. |
| John Baumgartner | Business Operations | 1/16/26 | 0.5 | 825.00 | 412.50 | Email exchange with HSBC regarding transfer of funds to JPM account owned by BVI. |
| John Baumgartner | Business Operations | 1/16/26 | 0.3 | 825.00 | 247.50 | Email exchange with outsourced management regarding vendor payments to be released. |
| John Baumgartner | Employment and Fee Applications | 1/16/26 | 0.8 | 825.00 | 660.00 | Further review of and comments on November fee statement. |
| John Baumgartner | Accounting/Auditing | 1/16/26 | 0.5 | 825.00 | 412.50 | Analysis of outstanding vendor and consultant payments. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| John Baumgartner | Business Operations | 1/16/26 | 0.2 | 825.00 | 165.00 | Conference with Amit Pomal regarding outstanding vendor and consultant payments. |
| John Baumgartner | Case Management | 1/16/26 | 0.9 | 825.00 | 742.50 | **[REDACTED]** |
| John Baumgartner | Case Management | 1/16/26 | 0.3 | 825.00 | 247.50 | **[REDACTED]** |
| Jonathan Vukanovich | Business Operations | 1/16/26 | 1.0 | 675.00 | 675.00 | Daily update call with BTI. |
| Marco Nykodym | Business Operations | 1/16/26 | 1.2 | 450.00 | 540.00 | Conducted vendor diligence on key relationships |
| Marco Nykodym | Business Operations | 1/16/26 | 0.9 | 450.00 | 405.00 | Continued vendor diligence on key relationships |
| Pearse Mascola | Accounting/Auditing | 1/16/26 | 2.5 | 495.00 | 1,237.50 | **[REDACTED]** |
| Pearse Mascola | Accounting/Auditing | 1/16/26 | 1.5 | 495.00 | 742.50 | **[REDACTED]** |
| Pearse Mascola | Reporting | 1/16/26 | 2.5 | 495.00 | 1,237.50 | Updated MOR drafts following receipt of cash flow from client. |
| Pearse Mascola | Case Management | 1/16/26 | 1.0 | 495.00 | 495.00 | Call with India counsel regarding upcoming filing. |
| Charvi Gupta | Reporting | 1/17/26 | 0.2 | 675.00 | 135.00 | Correspondence with Amit Pomal regarding MORs. |
| Charvi Gupta | Case Management | 1/18/26 | 0.7 | 675.00 | 472.50 | Correspondence regarding India litigation. |
| John Baumgartner | Case Management | 1/18/26 | 0.6 | 825.00 | 495.00 | Email exchange with counsel in India regarding court hearing. |
| Carl Finkbeiner | Case Management | 1/19/26 | 0.7 | 495.00 | 346.50 | BTI weekly team call. |
| Charvi Gupta | Reporting | 1/19/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Mascola regarding MORs. |
| Charvi Gupta | Case Management | 1/19/26 | 0.7 | 675.00 | 472.50 | Internal GH team call regarding case updates and work plan development. |
| Charvi Gupta | Reporting | 1/19/26 | 0.2 | 675.00 | 135.00 | Reviewed NOC report. |
| Charvi Gupta | Case Management | 1/19/26 | 0.5 | 675.00 | 337.50 | Standing debtors' call. |
| John Baumgartner | Case Management | 1/19/26 | 0.1 | 825.00 | 82.50 | Interaction with P. Mascola regarding data needed by India counsel. |
| John Baumgartner | Case Management | 1/19/26 | 0.3 | 825.00 | 247.50 | Prepared for weekly GHA team meeting to coordinate tasks and confirm priorities. |
| John Baumgartner | Case Management | 1/19/26 | 0.7 | 825.00 | 577.50 | Led weekly GHA team meeting to coordinate tasks and confirm priorities. |
| John Baumgartner | Meetings and Communications with Creditors | 1/19/26 | 0.3 | 825.00 | 247.50 | Prepared and distributed agenda for weekly lender conference call. |
| John Baumgartner | Case Management | 1/19/26 | 0.8 | 825.00 | 660.00 | Prepared for and participated in weekly debtors' professional call regarding priorities and deadlines. |
| John Baumgartner | Case Management | 1/19/26 | 0.8 | 825.00 | 660.00 | **[REDACTED]** |
| Jonathan Vukanovich | Case Management | 1/19/26 | 1.0 | 675.00 | 675.00 | Prepared for and attended weekly GHA team update call. |
| Marco Nykodym | Case Management | 1/19/26 | 0.7 | 450.00 | 315.00 | Call with internal GH team. |
| Marco Nykodym | Case Management | 1/19/26 | 1.0 | 450.00 | 450.00 | Reviewed newly published articles related to the case. |
| Pearse Mascola | Business Operations | 1/19/26 | 0.8 | 495.00 | 396.00 | **[REDACTED]** |
| Pearse Mascola | Case Management | 1/19/26 | 2.4 | 495.00 | 1,188.00 | **[REDACTED]** |
| Pearse Mascola | Case Management | 1/19/26 | 0.7 | 495.00 | 346.50 | Weekly internal GH team call to discuss workflows and agenda items. |
| William Henrich | Case Management | 1/19/26 | 0.5 | 895.00 | 447.50 | **[REDACTED]** |
| Charvi Gupta | Cash Flow & Financial Projections | 1/20/26 | 0.2 | 675.00 | 135.00 | Correspondence with Amit Pomal regarding cash flow. |
| Charvi Gupta | Case Management | 1/20/26 | 0.2 | 675.00 | 135.00 | Correspondence with J. Baumgartner regarding DIP budget updates. |
| Charvi Gupta | Reporting | 1/20/26 | 0.4 | 675.00 | 270.00 | Correspondence with P. Mascola regarding MORs and DIP budget updates. |
| Charvi Gupta | Case Management | 1/20/26 | 0.2 | 675.00 | 135.00 | **[REDACTED]** |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Charvi Gupta | Meetings and Communications with Creditors | 1/20/26 | 0.6 | 675.00 | 405.00 | Lender call. |
| Charvi Gupta | Reporting | 1/20/26 | 2.4 | 675.00 | 1,620.00 | Reviewed December MORs. |
| Charvi Gupta | Business Operations | 1/20/26 | 0.4 | 675.00 | 270.00 | Reviewed task list for Bankai Infotech. |
| Charvi Gupta | Case Management | 1/20/26 | 1.1 | 675.00 | 742.50 | Reviewed DIP budget received from Amit Pomal and correspondence with P. Mascola regarding same. |
| John Baumgartner | Meetings and Communications with Creditors | 1/20/26 | 0.8 | 825.00 | 660.00 | Conference with P. Mascola to prepare for weekly lender call. |
| John Baumgartner | Meetings and Communications with Creditors | 1/20/26 | 0.6 | 825.00 | 495.00 | Led weekly lender conference call. |
| John Baumgartner | Case Management | 1/20/26 | 0.9 | 825.00 | 742.50 | **[REDACTED]** |
| John Baumgartner | Case Management | 1/20/26 | 0.6 | 825.00 | 495.00 | Extended email exchange with counsel regarding cash management motion and use of bank accounts. |
| John Baumgartner | Travel | 1/20/26 | 7.0 | 412.50 | 2,887.50 | Non-working travel to New York for hearing and meetings. |
| Jonathan Vukanovich | Meetings and Communications with Creditors | 1/20/26 | 1.0 | 675.00 | 675.00 | Prepared for and attended weekly lender call. |
| Marco Nykodym | Business Operations | 1/20/26 | 0.5 | 450.00 | 225.00 | Reviewed and circulated mail received at NYC GH office. |
| Marco Nykodym | Case Management | 1/20/26 | 1.8 | 450.00 | 810.00 | Reviewed newly uploaded claims and exported to internal site for storage. |
| Pearse Mascola | Reporting | 1/20/26 | 3.5 | 495.00 | 1,732.50 | Continued work on final formatting of PDFs for December MORs. |
| Pearse Mascola | Meetings and Communications with Creditors | 1/20/26 | 0.8 | 495.00 | 396.00 | Prep call with J. Baumgartner for lender meeting. |
| Pearse Mascola | Meetings and Communications with Creditors | 1/20/26 | 0.6 | 495.00 | 297.00 | Update call with creditors and preparation. |
| William Henrich | Meetings and Communications with Creditors | 1/20/26 | 0.6 | 895.00 | 537.00 | **[REDACTED]** |
| Charvi Gupta | Case Management | 1/21/26 | 0.2 | 675.00 | 135.00 | **[REDACTED]** |
| Charvi Gupta | Business Operations | 1/21/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Brahmbhatt regarding vendor payments. |
| Charvi Gupta | Case Management | 1/21/26 | 0.2 | 675.00 | 135.00 | Correspondence with J. Baumgartner regarding DIP budget extension. |
| Charvi Gupta | Case Management | 1/21/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Mascola regarding DIP budget extension. |
| Charvi Gupta | Reporting | 1/21/26 | 0.7 | 675.00 | 472.50 | Final MOR review and sign-off. |
| Charvi Gupta | Reporting | 1/21/26 | 2.3 | 675.00 | 1,552.50 | Reviewed remaining draft MORs and revised versions. |
| Charvi Gupta | Employment and Fee Applications | 1/21/26 | 1.2 | 675.00 | 810.00 | Reviewed fee statement and discussed with M. Nykodym. |
| Charvi Gupta | Reporting | 1/21/26 | 1.3 | 675.00 | 877.50 | Correspondence with P. Mascola regarding comments and edits to MOR and exhibits. |
| Charvi Gupta | Case Management | 1/21/26 | 2.5 | 675.00 | 1,687.50 | Worked on DIP budget with J. Baumgartner and P. Mascola. |
| John Baumgartner | Case Management | 1/21/26 | 0.5 | 825.00 | 412.50 | **[REDACTED]** |
| John Baumgartner | Reporting | 1/21/26 | 0.5 | 825.00 | 412.50 | Reviewed and approved December MOR. |
| John Baumgartner | Business Operations | 1/21/26 | 0.4 | 825.00 | 330.00 | Email exchange with customer regarding invoice validation. |
| John Baumgartner | Cash Flow & Financial Proj | 1/21/26 | 2.5 | 825.00 | 2,062.50 | Conference with P. Mascola and C. Gupta to extend cash forecast. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| John Baumgartner | Cash Flow & Financial Proj | 1/21/26 | 0.3 | 825.00 | 247.50 | Email exchange with counsel regarding extended cash forecast. |
| John Baumgartner | Case Administration | 1/21/26 | 0.3 | 825.00 | 247.50 | Drafted and sent email to JPM Chase regarding U.S. Trustee depository account guidelines. |
| John Baumgartner | Case Management | 1/21/26 | 0.5 | 825.00 | 412.50 | Extended email exchange with India counsel regarding Section 9 hearing and supporting information. |
| John Baumgartner | Business Operations | 1/21/26 | 0.4 | 825.00 | 330.00 | Email exchange with outsourced management team regarding vendor payment templates. |
| Marco Nykodym | Case Management | 1/21/26 | 1.6 | 450.00 | 720.00 | **[REDACTED]** |
| Marco Nykodym | Business Operations | 1/21/26 | 0.7 | 450.00 | 315.00 | Reviewed Broadband mail received at GH office and uploaded key documents to internal site. |
| Marco Nykodym | Case Management | 1/21/26 | 0.3 | 450.00 | 135.00 | Correspondence on vendor payments and case updates. |
| Pearse Mascola | Reporting | 1/21/26 | 2.5 | 495.00 | 1,237.50 | Made final revisions following correspondence on final send-out of the December MOR. |
| Pearse Mascola | Reporting | 1/21/26 | 2.2 | 495.00 | 1,089.00 | Completed remaining items related to MORs and finalized professional payments. |
| Pearse Mascola | Case Administration | 1/21/26 | 1.1 | 495.00 | 544.50 | Correspondence related to disbursement totals. |
| Pearse Mascola | Cash Flow & Financial Proj | 1/21/26 | 2.5 | 495.00 | 1,237.50 | Updated cash flow forecast with C. Gupta and J. Baumgartner. |
| Charvi Gupta | Court Hearing Prep and/or | 1/22/26 | 0.7 | 675.00 | 472.50 | Attended court hearing. |
| Charvi Gupta | Case Management | 1/22/26 | 0.3 | 675.00 | 202.50 | Call with A&M India team regarding case status and retention updates. |
| Charvi Gupta | Case Management | 1/22/26 | 0.2 | 675.00 | 135.00 | Correspondence and calls with P. Mascola regarding court hearing. |
| Charvi Gupta | Case Management | 1/22/26 | 0.2 | 675.00 | 135.00 | Correspondence regarding Section 9 hearing. |
| Charvi Gupta | Case Management | 1/22/26 | 0.2 | 675.00 | 135.00 | Correspondence with Amit Pomal regarding court hearing. |
| Charvi Gupta | Case Management | 1/22/26 | 0.5 | 675.00 | 337.50 | Discussion with J. Baumgartner regarding work plan development. |
| Charvi Gupta | Employment and Fee Applications | 1/22/26 | 0.9 | 675.00 | 607.50 | Reviewed December fee statement redactions and discussed with M. Nykodym. |
| John Baumgartner | Court Hearing Prep and/or | 1/22/26 | 0.5 | 825.00 | 412.50 | Prepared for status conference and hearing. |
| John Baumgartner | Travel | 1/22/26 | 0.7 | 412.50 | 288.75 | Traveled to courthouse in Brooklyn from Manhattan. |
| John Baumgartner | Court Hearing Prep and/or | 1/22/26 | 0.8 | 825.00 | 660.00 | Attended status conference and hearing. |
| John Baumgartner | Travel | 1/22/26 | 0.7 | 412.50 | 288.75 | Returned to Manhattan following hearing. |
| John Baumgartner | Case Management | 1/22/26 | 1.0 | 825.00 | 825.00 | Conference with counsel regarding case developments, litigation strategy, and Section 9 matter in India. |
| John Baumgartner | Meetings and Communica | 1/22/26 | 0.2 | 825.00 | 165.00 | Email to lenders with extended and updated cash forecast. |
| John Baumgartner | Case Management | 1/22/26 | 0.5 | 825.00 | 412.50 | Conference with C. Gupta and technical consultants in India regarding case updates. |
| John Baumgartner | Case Management | 1/22/26 | 0.2 | 825.00 | 165.00 | Conference with counsel regarding vendor payments. |
| Jonathan Vukanovich | Business Operations | 1/22/26 | 1.0 | 675.00 | 675.00 | Update call with the company. |
| Marco Nykodym | Business Operations | 1/22/26 | 2.1 | 450.00 | 945.00 | Conducted business diligence on key vendors requesting disbursements |
| Marco Nykodym | Business Operations | 1/22/26 | 0.7 | 450.00 | 315.00 | Continued diligence on vendors. |
| Marco Nykodym | Employment and Fee Applications | 1/22/26 | 1.5 | 450.00 | 675.00 | Made final edits to fee applications. |
| Marco Nykodym | Business Operations | 1/22/26 | 0.5 | 450.00 | 225.00 | Reviewed BBI mail received at GH NYC office. |
| Marco Nykodym | Business Operations | 1/22/26 | 0.4 | 450.00 | 180.00 | **[REDACTED]** |
| Marco Nykodym | Business Operations | 1/22/26 | 0.2 | 450.00 | 90.00 | **[REDACTED]** |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Marco Nykodym | Case Management | 1/22/26 | 2.3 | 450.00 | 1,035.00 | Exported and reviewed new uploads from BTI site and uploaded to internal site. |
| Pearse Mascola | Business Operations | 1/22/26 | 2.3 | 495.00 | 1,138.50 | Conducted additional business analysis diligence into vendors not yet cleared and potential connections; worked on related presentation slides. |
| Pearse Mascola | Court Hearing Prep and/or Appearance | 1/22/26 | 0.9 | 495.00 | 445.50 | Court hearing preparation and attendance via dial-in. |
| Charvi Gupta | Business Operations | 1/23/26 | 0.3 | 675.00 | 202.50 | Activated wire templates on Chase portal and correspondence with P. Brahmbhatt regarding same. |
| Charvi Gupta | Case Management | 1/23/26 | 0.5 | 675.00 | 337.50 | Call with India counsel regarding India hearing update. |
| Charvi Gupta | Business Operations | 1/23/26 | 1.5 | 675.00 | 1,012.50 | Worked on vendor AP review and diligence rationale. |
| Charvi Gupta | Case Management | 1/23/26 | 0.3 | 675.00 | 202.50 | **[REDACTED]** |
| Charvi Gupta | Case Management | 1/23/26 | 0.4 | 675.00 | 270.00 | **[REDACTED]** |
| Charvi Gupta | Accounting/Auditing | 1/23/26 | 0.3 | 675.00 | 202.50 | **[REDACTED]** |
| Charvi Gupta | Employment and Fee Applications | 1/23/26 | 0.4 | 675.00 | 270.00 | Reviewed final December fee statement and redactions and corresponded with M. Nykodym. |
| Charvi Gupta | Case Management | 1/23/26 | 0.7 | 675.00 | 472.50 | Working meeting with J. Baumgartner regarding work plan development and A&M retention review. |
| Charvi Gupta | Case Management | 1/23/26 | 0.1 | 675.00 | 67.50 | Correspondence regarding India hearing scheduling. |
| Charvi Gupta | Assumption and Rejection | 1/23/26 | 0.3 | 675.00 | 202.50 | Correspondence with counsel regarding lease rejection. |
| Charvi Gupta | Assumption and Rejection | 1/23/26 | 0.2 | 675.00 | 135.00 | Correspondence with J. Baumgartner regarding lease rejection. |
| John Baumgartner | Case Management | 1/23/26 | 0.5 | 825.00 | 412.50 | Coordinated and participated in conference with India counsel regarding Section 9 hearing and next steps. |
| John Baumgartner | Meetings and Communications with Creditors | 1/23/26 | 0.2 | 825.00 | 165.00 | Drafted and sent update to lenders regarding Section 9 hearing and upcoming hearing schedule. |
| John Baumgartner | Case Management | 1/23/26 | 0.5 | 825.00 | 412.50 | **[REDACTED]** |
| John Baumgartner | Case Management | 1/23/26 | 0.6 | 825.00 | 495.00 | **[REDACTED]** |
| John Baumgartner | Business Operations | 1/23/26 | 1.0 | 825.00 | 825.00 | Reviewed vendor payment status and prepared response to B. Brahmbhatt's counsel. |
| John Baumgartner | Meetings and Communications with Creditors | 1/23/26 | 0.5 | 825.00 | 412.50 | Extended email exchange among lenders and agent regarding fees and scheduling conference call. |
| John Baumgartner | Employment and Fee Applications | 1/23/26 | 0.7 | 825.00 | 577.50 | Reviewed, approved, and distributed GHA fee statements for October, November, and December to counsel and independent director. |
| John Baumgartner | Employment and Fee Applications | 1/23/26 | 0.2 | 825.00 | 165.00 | Distributed GHA fee statements for October, November, and December to notice parties. |
| John Baumgartner | Travel | 1/23/26 | 7.0 | 412.50 | 2,887.50 | Traveled home from NYC. |
| Marco Nykodym | Business Operations | 1/23/26 | 1.2 | 450.00 | 540.00 | Conducted diligence on set of vendors. |
| Marco Nykodym | Business Operations | 1/23/26 | 0.5 | 450.00 | 225.00 | Correspondence regarding findings. |
| Marco Nykodym | Business Operations | 1/23/26 | 0.4 | 450.00 | 180.00 | Follow-up research on particular vendors. |
| Marco Nykodym | Case Management | 1/23/26 | 1.2 | 450.00 | 540.00 | Worked on vendor payments, insurance, and case issues. |
| Marco Nykodym | Case Management | 1/23/26 | 1.7 | 450.00 | 765.00 | Updated document library tracker. |
| Marco Nykodym | Business Operations | 1/23/26 | 0.5 | 450.00 | 225.00 | **[REDACTED]** |
| Pearse Mascola | Case Management | 1/23/26 | 0.5 | 495.00 | 247.50 | Meeting with India counsel, GH team, and U.S. counsel regarding case matters. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Pearse Mascola | Case Management | 1/23/26 | 1.7 | 495.00 | 841.50 | Work on and correspondence with internal GH team regarding vendor diligence and related workstreams. |
| Pearse Mascola | Business Operations | 1/23/26 | 1.5 | 495.00 | 742.50 | Conducted diligence on payments to be released and reviewed outstanding vendor payment list. |
| Carl Finkbeiner | Case Management | 1/26/26 | 1.0 | 495.00 | 495.00 | Prepped for and attended BTI weekly team call. |
| Charvi Gupta | Business Operations | 1/26/26 | 0.4 | 675.00 | 270.00 | Approved vendor payments on Chase portal. |
| Charvi Gupta | Case Management | 1/26/26 | 0.5 | 675.00 | 337.50 | Correspondence regarding Bankai Infotech suspension of services and work plan development. |
| Charvi Gupta | Case Management | 1/26/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Mascola regarding downloading files from shared folder. |
| Charvi Gupta | Business Operations | 1/26/26 | 0.3 | 675.00 | 202.50 | Circulated December Bankai Infotech invoice to counsel and corresponded with J. Baumgartner. |
| Charvi Gupta | Case Management | 1/26/26 | 0.4 | 675.00 | 270.00 | Correspondence with counsel regarding Bankai Infotech suspension of services. |
| Charvi Gupta | Case Management | 1/26/26 | 0.4 | 675.00 | 270.00 | Correspondence with P. Mascola regarding standing debtors' call. |
| Charvi Gupta | Business Operations | 1/26/26 | 0.4 | 675.00 | 270.00 | Correspondence with P. Mascola regarding vendor payments. |
| Charvi Gupta | Meetings and Communications with Creditors | 1/26/26 | 0.3 | 675.00 | 202.50 | Reviewed lender call update agenda and corresponded with J. Baumgartner. |
| Charvi Gupta | Case Management | 1/26/26 | 0.2 | 675.00 | 135.00 | Reviewed correspondence regarding Bankai Infotech. |
| Charvi Gupta | Case Management | 1/26/26 | 0.5 | 675.00 | 337.50 | Standing debtors' professionals call. |
| Charvi Gupta | Case Management | 1/26/26 | 0.9 | 675.00 | 607.50 | Weekly team call. |
| John Baumgartner | Business Operations | 1/26/26 | 1.0 | 825.00 | 825.00 | Conference with P. Mascola regarding response to owner questions on vendor payments. |
| John Baumgartner | Case Management | 1/26/26 | 0.6 | 825.00 | 495.00 | Reviewed purported suspension of services by Bankai Infotech and engaged in extended correspondence with India and U.S. counsel regarding response. |
| John Baumgartner | Case Management | 1/26/26 | 0.9 | 825.00 | 742.50 | Weekly conference with GHA team to discuss developments and task priorities. |
| John Baumgartner | Case Management | 1/26/26 | 0.5 | 825.00 | 412.50 | Weekly conference with debtors' professionals to discuss developments and priorities. |
| John Baumgartner | Case Management | 1/26/26 | 0.5 | 825.00 | 412.50 | Follow-up to professionals' call, including fee statements distribution and scheduling India counsel conference. |
| John Baumgartner | Case Management | 1/26/26 | 0.4 | 825.00 | 330.00 | Email exchange with counsel to coordinate call regarding response to Bankai Infotech suspension of services. |
| John Baumgartner | Case Management | 1/26/26 | 0.4 | 825.00 | 330.00 | Drafted and sent response to Bankai Infotech counsel regarding threat to suspend services. |
| John Baumgartner | Meetings and Communications with Creditors | 1/26/26 | 0.3 | 825.00 | 247.50 | Drafted and sent agenda to lender group for weekly call on January 27. |
| John Baumgartner | Employment and Fee Applications | 1/26/26 | 0.3 | 825.00 | 247.50 | Circulated fee statements and directed counsel to file them. |
| Marco Nykodym | Case Management | 1/26/26 | 0.9 | 450.00 | 405.00 | Internal GH team call. |
| Marco Nykodym | Case Management | 1/26/26 | 2.5 | 450.00 | 1,125.00 | Continued updating documentation library with materials stored on internal GH drive. |
| Marco Nykodym | Case Management | 1/26/26 | 1.3 | 450.00 | 585.00 | Organized loose documents into proper locations on internal drive. |
| Marco Nykodym | Case Management | 1/26/26 | 0.3 | 450.00 | 135.00 | Reviewed service suspension notice. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Pearse Mascola | Meetings and Communications with Creditors | 1/26/26 | 2.3 | 495.00 | 1,138.50 | Prepared slides for creditor call. |
| Pearse Mascola | Meetings and Communications with Creditors | 1/26/26 | 2.3 | 495.00 | 1,138.50 | Conducted research in preparation for creditor call. |
| Pearse Mascola | Case Management | 1/26/26 | 0.9 | 495.00 | 445.50 | Internal team call to discuss agenda and workstreams for the week. |
| William Henrich | Case Management | 1/26/26 | 0.9 | 895.00 | 805.50 | **[REDACTED]** |
| William Henrich | Case Management | 1/26/26 | 0.5 | 895.00 | 447.50 | **[REDACTED]** |
| Charvi Gupta | Case Management | 1/27/26 | 0.8 | 675.00 | 540.00 | Call with India counsel. |
| Charvi Gupta | Case Management | 1/27/26 | 1.5 | 675.00 | 1,012.50 | Call with J. Baumgartner and P. Mascola regarding India litigation. |
| Charvi Gupta | Meetings and Communications with Creditors | 1/27/26 | 0.8 | 675.00 | 540.00 | Lender call. |
| Charvi Gupta | Meetings and Communications with Creditors | 1/27/26 | 0.6 | 675.00 | 405.00 | Reviewed lender call deck and correspondence with P. Mascola regarding same. |
| Charvi Gupta | Case Management | 1/27/26 | 0.2 | 675.00 | 135.00 | **[REDACTED]** |
| John Baumgartner | Case Management | 1/27/26 | 1.5 | 825.00 | 1,237.50 | Conference with C. Gupta and P. Mascola regarding background narrative for India counsel to support litigation against Bankai Infotech. |
| John Baumgartner | Case Management | 1/27/26 | 1.0 | 825.00 | 825.00 | Series of calls with India counsel to assist with preparation of emergency motion. |
| John Baumgartner | Case Management | 1/27/26 | 1.0 | 825.00 | 825.00 | Reviewed and commented on draft emergency petition prepared by India counsel. |
| John Baumgartner | Case Management | 1/27/26 | 0.2 | 825.00 | 165.00 | **[REDACTED]** |
| John Baumgartner | Meetings and Communications with Creditors | 1/27/26 | 0.3 | 825.00 | 247.50 | Prepared for conference with lenders. |
| John Baumgartner | Meetings and Communications with Creditors | 1/27/26 | 0.5 | 825.00 | 412.50 | Conference with P. Mascola to review slides and data to be shared with lenders. |
| John Baumgartner | Meetings and Communications with Creditors | 1/27/26 | 0.8 | 825.00 | 660.00 | Weekly conference with lender group. |
| John Baumgartner | Case Administration | 1/27/26 | 0.5 | 825.00 | 412.50 | Attended to loan agent fees. |
| John Baumgartner | Case Management | 1/27/26 | 0.8 | 825.00 | 660.00 | Conference with counsel regarding response to purported suspension of services by Bankai Infotech. |
| John Baumgartner | Case Management | 1/27/26 | 0.4 | 825.00 | 330.00 | **[REDACTED]** |
| John Baumgartner | Case Administration | 1/27/26 | 0.2 | 825.00 | 165.00 | Conference with lender regarding potential adjustment to fees. |
| John Baumgartner | Case Management | 1/27/26 | 0.5 | 825.00 | 412.50 | Email exchange with counsel and GHA team supporting preparation of emergency petition to stay suspension of services. |
| Pearse Mascola | Case Management | 1/27/26 | 0.8 | 495.00 | 396.00 | Call with counsel and India counsel to discuss agenda and litigation strategy. |
| Pearse Mascola | Meetings and Communications with Creditors | 1/27/26 | 0.2 | 495.00 | 99.00 | Preparation for creditor meeting. |
| Pearse Mascola | Case Management | 1/27/26 | 1.5 | 495.00 | 742.50 | Call with internal GH team regarding summary narrative to prepare for counsel. |
| Pearse Mascola | Case Management | 1/27/26 | 0.5 | 495.00 | 247.50 | Call with J. Baumgartner to discuss follow-up action items after recent calls and correspondence. |
| Pearse Mascola | Business Operations | 1/27/26 | 1.4 | 495.00 | 693.00 | Further diligence on vendor line items and potential items of concern. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Pearse Mascola | Meetings and Communications with Creditors | 1/27/26 | 0.8 | 495.00 | 396.00 | Weekly creditor update call. |
| William Henrich | Meetings and Communications with Creditors | 1/27/26 | 0.7 | 895.00 | 626.50 | **[REDACTED]** |
| William Henrich | Case Management | 1/27/26 | 0.4 | 895.00 | 358.00 | **[REDACTED]** |
| William Henrich | Case Management | 1/27/26 | 0.4 | 895.00 | 358.00 | Drafted and responded to correspondence regarding exchange of information with India counsel for India court filing preparation. |
| Charvi Gupta | Business Operations | 1/28/26 | 0.3 | 675.00 | 202.50 | Correspondence with J. Baumgartner and P. Mascola regarding vendor payments. |
| Charvi Gupta | Business Operations | 1/28/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Brahmbhatt regarding vendor payments. |
| Charvi Gupta | Case Management | 1/28/26 | 0.9 | 675.00 | 607.50 | **[REDACTED]** |
| Charvi Gupta | Accounting/Auditing | 1/28/26 | 0.3 | 675.00 | 202.50 | Reviewed week-in/week-out report and compared against vendor list. |
| John Baumgartner | Case Management | 1/28/26 | 0.5 | 825.00 | 412.50 | Reviewed final draft of emergency petition and filed version. |
| John Baumgartner | Business Operations | 1/28/26 | 0.2 | 825.00 | 165.00 | Attended to payment of independent director fees. |
| John Baumgartner | Business Operations | 1/28/26 | 0.2 | 825.00 | 165.00 | Email exchange with customer refusing to remit payment due to bankruptcy filing. |
| John Baumgartner | Business Operations | 1/28/26 | 0.5 | 825.00 | 412.50 | Reviewed JPM Chase wire requests. |
| Pearse Mascola | Business Operations | 1/28/26 | 1.5 | 495.00 | 742.50 | Conducted diligence on vendor payments to be released, including individual vendor analysis and invoice matching. |
| Pearse Mascola | Business Operations | 1/28/26 | 2.0 | 495.00 | 990.00 | Prepared detailed diligence list of vendor payments in response to counsel questions regarding withheld payments. |
| Charvi Gupta | Business Operations | 1/29/26 | 0.3 | 675.00 | 202.50 | Approved vendor payments on Chase portal. |
| Charvi Gupta | Business Operations | 1/29/26 | 0.4 | 675.00 | 270.00 | Correspondence with J. Baumgartner regarding Chase accounts and proof of claim received. |
| Charvi Gupta | Business Operations | 1/29/26 | 0.3 | 675.00 | 202.50 | Correspondence and call with P. Mascola regarding vendor payment approvals. |
| Charvi Gupta | Business Operations | 1/29/26 | 0.2 | 675.00 | 135.00 | Correspondence with J. Baumgartner regarding vendor payment. |
| Charvi Gupta | Business Operations | 1/29/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Brahmbhatt regarding vendor payments. |
| Charvi Gupta | Business Operations | 1/29/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Mascola regarding vendor payments. |
| Charvi Gupta | Business Operations | 1/29/26 | 0.6 | 675.00 | 405.00 | Managed Chase account internal transfers between BTI and BVI, vendor payments, and creation of payment templates. |
| Charvi Gupta | Case Management | 1/29/26 | 0.8 | 675.00 | 540.00 | **[REDACTED]** |
| Charvi Gupta | Business Operations | 1/29/26 | 0.3 | 675.00 | 202.50 | Reviewed proof of claim and correspondence with P. Mascola regarding same. |
| Charvi Gupta | Case Management | 1/29/26 | 0.2 | 675.00 | 135.00 | **[REDACTED]** |
| Charvi Gupta | Business Operations | 1/29/26 | 0.3 | 675.00 | 202.50 | Reviewed response to counsel regarding vendor payments and made edits. |
| John Baumgartner | Meetings and Communications with Creditors | 1/29/26 | 0.4 | 825.00 | 330.00 | Email exchange with lenders regarding loan agent legal fees. |
| John Baumgartner | Business Operations | 1/29/26 | 0.4 | 825.00 | 330.00 | Reviewed proposed payments from JPM Chase accounts. |
| John Baumgartner | Case Management | 1/29/26 | 0.4 | 825.00 | 330.00 | **[REDACTED]** |
| Pearse Mascola | Case Management | 1/29/26 | 2.0 | 495.00 | 990.00 | Drafted correspondence responding to legal counsel regarding withholding of vendor payments. |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Pearse Mascola | Meetings and Communications with Creditors | 1/29/26 | 1.5 | 495.00 | 742.50 | Reviewed diligence items of note and prepared slides for upcoming creditor call. |
| Charvi Gupta | Business Operations | 1/30/26 | 0.2 | 675.00 | 135.00 | Approved vendor payments on Chase portal. |
| Charvi Gupta | Case Management | 1/30/26 | 0.5 | 675.00 | 337.50 | Call with J. Baumgartner regarding Chase accounts, Section 9, cash flow, and work plan development. |
| Charvi Gupta | Case Management | 1/30/26 | 0.4 | 675.00 | 270.00 | **[REDACTED]** |
| Charvi Gupta | Case Management | 1/30/26 | 0.2 | 675.00 | 135.00 | **[REDACTED]** |
| Charvi Gupta | Business Operations | 1/30/26 | 0.2 | 675.00 | 135.00 | Correspondence regarding vendor payments. |
| Charvi Gupta | Business Operations | 1/30/26 | 0.2 | 675.00 | 135.00 | Correspondence with P. Mascola regarding vendor approvals. |
| Charvi Gupta | Case Management | 1/30/26 | 0.4 | 675.00 | 270.00 | **[REDACTED]** |
| John Baumgartner | Case Management | 1/30/26 | 1.0 | 825.00 | 825.00 | Reviewed court order and engaged in extended correspondence with India counsel, bankruptcy counsel, GHA, and independent director regarding order preventing suspension of services by Bankai Infotech. |
| John Baumgartner | Business Operations | 1/30/26 | 0.7 | 825.00 | 577.50 | Conference with P. Mascola regarding activity across JPM Chase and HSBC accounts. |
| John Baumgartner | Business Operations | 1/30/26 | 0.8 | 825.00 | 660.00 | Drafted and sent detailed email to Bankim Brahmbhatt's bankruptcy counsel regarding vendor invoices and concerns over vendor validity. |
| John Baumgartner | Case Management | 1/30/26 | 0.2 | 825.00 | 165.00 | **[REDACTED]** |
| John Baumgartner | Case Management | 1/30/26 | 0.5 | 825.00 | 412.50 | Conference with C. Gupta regarding email to B. Brahmbhatt's counsel. |
| John Baumgartner | Case Management | 1/30/26 | 0.6 | 825.00 | 495.00 | Drafted and sent email to counsel for Bankai Infotech regarding court orders preventing suspension of services. |
| John Baumgartner | Case Administration | 1/30/26 | 0.7 | 825.00 | 577.50 | Began addressing payment of loan agent counsel invoices and coordinated with debtor counsel regarding payment. |
| John Baumgartner | Case Management | 1/30/26 | 1.0 | 825.00 | 825.00 | **[REDACTED]** |
| Pearse Mascola | Business Operations | 1/30/26 | 0.7 | 495.00 | 346.50 | Conference with J. Baumgartner regarding activity across JPM Chase and HSBC accounts. |
| Pearse Mascola | Business Operations | 1/30/26 | 1.8 | 495.00 | 891.00 | Continued diligence on vendor payments to be released, including individual vendor analysis and invoice matching. |
| | **Total** | | **303.8** | | **$ 186,374.50** | |

## Getzler Henrich and Associates
## Exhibit B: Expense Detail
## For the Period January 1, 2026 through January 31, 2026

| Staff Member | Category | Subcategory | Date | Billable ($) | Notes |
|---|---|---|---|---|---|
| John Baumgartner | Travel | Airfare | 1/14/26 | $ 815.99 | Airfare to New York City for hearing on 1/22 |
| John Baumgartner | Travel | Auto Parking | 1/19/26 | 47.00 | Prepaid parking at airport |
| John Baumgartner | Meals | Lunch | 1/20/26 | 44.10 | Travel lunch at airport prior to flight to LaGuardia Airport (LGA) |
| John Baumgartner | Travel | Car Rental/Ground Transportation | 1/20/26 | 77.11 | Taxi from LaGuardia Airport (LGA) to hotel |
| John Baumgartner | Meals | Dinner | 1/21/26 | 90.21 | Dinner in New York City prior to hearing |
| John Baumgartner | Meals | Dinner | 1/22/26 | 91.22 | Travel dinner in New York City |
| John Baumgartner | Travel | Car Rental/Ground Transportation | 1/22/26 | 6.00 | Two New York City subway fares of $3 each for travel to courthouse |
| John Baumgartner | Travel | Car Rental/Ground Transportation | 1/22/26 | 79.83 | Uber to LaGuardia Airport (LGA) for return trip home |
| John Baumgartner | Meals | Dinner | 1/23/26 | 43.61 | Travel dinner while returning home |
| John Baumgartner | Travel | Auto Parking | 1/23/26 | 25.00 | Additional day of parking at George Bush Intercontinental Airport (IAH) |
| John Baumgartner | Travel | Accommodations Hotel/Motel | 1/23/26 | 1,158.91 | Three nights lodging in New York City |
| Carl Finkbeiner | Computer Services & Supplies | Software | 1/28/26 | 499.00 | Monthly PDF extraction software subscription expense |
| | **Total** | | | **$ 2,977.98** | |